courts even when the statute of the state in which the suit is brought provides that a receipt from the local and office is sufficient proof of title to support the action.  Langdon v Sherwood, 124 U.S. 74: Carter v Ruddy, 166 US 493.

15.   The plaintiff in ejectment must in all cases prove the legal title to the premises in him, at the time of the demise laid in the declaration, and evidence of an-equitable title will not be sufficient for a recovery.  The practice of allowing ejectments to be maintained in state courts upon equitable title cannot affect the jurisdiction of the courts of the United States. Fenn v Holmes, 21 Howard 481.

16.   Under USCA Constitution, Article 4, Section 3, clause 2, Congress, in exercise of its discretion in disposal of public lands, had power, by this section, to restrict alienation of homestead land after conveyance by United States in fee simple, b providing no, such lands shall become liable to satisfaction of debts contracted prior to issuance of patent. Ruddy v Rossi, (1918) 248 US 104.

17.   Patents are tied to the Bible, in Genesis 47 by way of the word assigned in italicized print. Also note in later verse the beginning of sharecropping.  BC 1701.

18.   The right to the ownership of property and to contract with respect of its use is unalienable. Golding v Schubac, 93 U.S. 32: Saville v Corless, 46 U.S. 495.

19.   Parties in possession of real property have the right to stand on their possessions until compelled to yield to the rule title determined by trial by jury. 47 Am.Jr., 2d 45.

20.   Giving a note does not constitute payment. Echart v Commissioners, C.C.A. 42 F2d 158; 283 U.S. 140.

100

21.  Actual or threatened exercise of power over the property of another is coercion and duress which will render the payment involuntary.  Cleveland v Smith, 132 US 318.

22.  Property value means the price the property will command in the market, or its equivalent in Lawful money.  People v Hines, 89 p. 858, 5 Cal. App 122.

23.  Neither a town nor its officers have any right to appropriate or interfere with private property.  Mitchell v City of Rockland, 45 Me 496.

24.  A state may provide for the collection of taxes is gold and silver only. State Treasurer v Wright 28 Ill. 5090:  Whitaker v Haley, 2 Ore. 128.

25.  Taxes lawfully assessed, are collectible by agents in money and notes, and cannot be accepted in payment.  Town of Frankford v Waldo, 128 Me. 1

26.  There must be strict compliance with statutory requirements to divest property ownrrs of their property titles for nonpayment of taxes McCarthy v Greenlawn Cem., 158 Me 388.

27.  At common law there was no tax lien.  Cassidy v Aroostook 134 Me 34.

28.  A tax on real estate to one not the owner is not valid.

   Memorandum of Law on Assignees's Status, Preemption Right, Privilege & Immunity

1.  Assignee is a preamble de jure Freeholder & a Citizen of the United States of America by virtue of his state citizenship, cognizant the Preamble(s) of Your State Constitution and U.S. Constitution 1787, Dred Scott v Sanford, 19 How 393 (1857), has never knowingly alienated his State Citizenship, Texas v White, 7 Wall 700 (1868) under franchise of the declaratory 13th Amendment Section 2; the 14th et seg Amendment, USC Title XI. Section 1101 (a) (1), (2) & (3), Social Security act (1935) et seq; enjoy his privileged status at law in accord with Art. IV Sections 1, & 2, cl. 1 & 2, 3 cl. 1 & 2 and Section 4 U.S.

101

Constitution 1787. Cole v Cunningham, 103 U.S. 107, Fenn v Holmes 21 How 484 (1858), pursuant to an Act of Congress (date congress acted admitting your state to the union) admitting the Territory of (YOUR STATE) into the Union upon equal footing, full faith and credit, whereupon, Assignee is out restrained by conventional disability to lawfully enter upon said premises, to have and to hold the same (postliminium) unto his heirs and assigns forever, and allodial freehold Estate at law, as constituent sovereign member of the Posterity of "We the People".                    Assignee is not "person" and/or "taxpayer" defined by state/federal (law merchant) statute; is not a resident alien or foreign corporation, USC Title XI et seq, 26 USC/IRC, 42 USC et seq. Long v Rasmussen, 281 F. 236, at page 238; is not a cestui que trust (beneficiary) of the State of (YOUR STATE), Inc. id est, a municipal corporation, and political subdivision of Congress of the District of Columbia by reciprocal compacts, agreements, duties and/or obligations.

2.   Acts of Congress making notes of the United States, a legal tender do not apply to involuntary contributions in the nature of taxes or assessments (fines, penalties, forfeitures) exacted under State law, Hagar v Land Reclamation District 108, 111 U.S. 701 (S. Ct. 1884), Lewis v U.S., 680 F 2d 1239 (1982). 12 USC 152, 31 USC 371. State's enjoined by Art. I Section 10 cl. 1 (U.S. Constitution, 1781-1791). Arizona enjoined by Art. 2 Section 25, (Arizona Constitution, 1912) (ex-pos facto law) and/or ultra vires H.J.R. 192, 31 USC 408 (a) June 5, 1993) et seq 31 USC enactments to the contrary, notwithstanding. Hence; the authority under which this instrument is executed emanates directly from the Word of The Omnipotent, most High God, El Ellyon thy Adonai, as

appears in the Holy Scriptures (KJV) at: Exodus 20:12, which edict states: "Honor thy father (ABBA) and thy mother (ecclesia) that thy days may be long upon the land which the El Ellyon thy Adonai giveth thee for an inheritance, to possess it, for this is the first law with promise. AMEN.`

3.   A grant of land is a public law standing on the statute books of the sate, and is notice to every subsequent purchaser under conflicting sale afterward, Wineman v Grastrell, 54 Fed 819, 4 C CA 596, 2 US app 581: Patent alone passes paramount legal Title to Grantee, and his heirs or assign's forever, Wilcox v. Jackson 13 Pet 498, 10 L. Ed. 264 (1839); U.S. v Stone, 2 U.S. 525, 17 L. Ed. 765: where U.S. has parted with Title by Patent legally issued & surveys legally made by itself, approved by the proper Department, Title so granted cannot be impaired by any subsequent survey by the state government for its own purpose, Cage v Danks, 13 La Ann 128; stare decisis: summa Corp. v California ex rel. State Landscommission & City of Los Angeles, 104US 1754 (April 17, 1984) Yeakle, Torrens system 209: Subsequent purchasers final certificate/receipt acknowledging payment in full Homesteader/Preemptor is not in legal effect a conveyance of land; U.S. v Seenerson, 50 fed 504, I C CA 552, 4 US App 332; There being a legal distinction between a debt discharged and one extinguished at law, Stanek v White, 172 Minn 390, 215 N.V.R. 781, 784.

4.   A Land Patent is conclusive evidence that the Patentee has compiled with the Acts of congress (Homestead Act) 1862) as concerns improvements on the land, etc. Jenkins v Gibson, 3 La Ann 203: Wilcox v Jackson, supra; injunctions & mandamus will not lie

103

against it. Lichfield v The Register, 9 Wall 575, 19 l Ed. 681; Ware v Hylton 3 Dall (3 US 199) 1976); Summa Corp. supra.

5.    Title and Rights vested in original Patentee unto bona fide purchaser/assignee in law, will be protected, U.S. v Debell, 227 F 760 (C8 SD, 1915); State v Hewitt Land Co., 74 Wash 573, 134 P 474 (1913) re USC Sections 57, 59, 83 and 175; Congress restricted alienation of Homestead land after conveyance by U.S. fee, simply by providing no such lands shall become liable to satisfaction of debts contracted prior to issuance of Patent, USCA Art. IV Section 3 Cl. 2, and Rudd v Rossi, 248 U.S. 104 (1918); Lien assessment theory to the contrary, notwithstanding, U.S. v Schurz, 102 US 378; U.S. v Champaign County, Fed. Supp 474 (1958); Summa Corp. supra.

6.    A Patent certificate, Patent issued, or confirmation made to an original Grantee, or his legal Representative embraces representative of the Grantee unto Assignee, by contract, as well in law. Hogan v Page, 69 US 605, 171. Ed. 854; where the issue is who has paramount legal Title, Patent issued by the U.S. is unassailable, Sanford v Sanford, 139 US 642, 35 L Ed 290; Johnson v Christen 128 U S 374, 32 l. ed. 412; Doe v Aiken, 31 Fed 393; Then such land is not taxable by the State; Sargent v Herrick & Stevens, 221 US 404, 55 L Ed. 787; Lomas v Pickering; 173 US 26, 43 L Ed. 601; Hence:  No State shall impair the obligation of contracts (U.S. Constitution, Art I Section 10 cl. 1 (1781- 91)"Assignee's seized in deed, lawful entry, exercised under the authority of Art.IV, supra and Cole v Cunningham, 103 US 107, against all the world, Droit Droit Dominium jus in Re.

7.    Immunity from Collateral Attack: Collins v Bartlett, 44 Cal 371: Green v Barker, 47 Neb 934, 66 NW 1032: Sawyer v Brodle, 209 US 393, 52 L. Ed. 849: Fenn v Holmes and Summa Corp., stare decisis, supra.

## Bylaws of Hagen Trust

"One of the objectives of business trusts is to obtain for the trust associates, most of the advantages of corporations, without the authority of any legislative act and with the freedom from the restrictions and regulations generally imposed by law upon corporation." 13 Am Jur 2d, 379, Paragraph 51

Pursuant to the prerogative of the sovereign people of the United States of America under the Common Law right to contract among themselves, as protected by the 1787 Constitution for the united States of America (hereinafter, "Constitution"), Article 1 Section 10, the 1791 Bill of Rights Amendments (hereinafter, "Bill of Rights") and right to property to be held in trust by one party for the benefit of another, the Creator, who is a sovereign de jure Citizen of the United States of America, acting in sui juris Sovereign prerogative, doing business as Trust Enterprise, hereby establishes this Express Equity Pure Trust Organization contract and Retirement Plan for the sum of twenty-one U.S. silver dollars and other valuable consideration, receipt of which is hereby acknowledged. This contract does not owe its existence to any statutory act of legislature.

NON-TAXABLE Earnings of this Pure Trust Organization, a "foreign trust" defined at 26 USC Section 7701 (a)(31), are not considered included in 26 USC, Subtitle A gross income since it conducts no trade or business within the United States as defined at 26 USC Section 7701 (a) (31). Distributions to Beneficiaries who are not "citizens subject to its jurisdiction" as defined at

105

26 CFR 1.1-1 (c), are not taxable under the USC Title 26 excise tax since they are "non-resident aliens" as defined at 26 CFR Section 1.871-1 (b) (i).

Pursuant to all state Codes of Civil Procedure which is similar to 695.30 (a) of the Code of Civil Procedure for the State of California "... property of the judgment debtor that is not assignable or transferable is not subject to the enforcement of a money judgment." The beneficial and equitable right to proceeds enjoyed by the holders of the Capital Units shall not be assignable or transferable, at law, in equity, or under statutory, legislative or administrative law or any "statutory condemnations, analogous to admiralty" procedures.

This Pure Trust Organization contract is created as a right, protected in both the Common law, under the Constitution, Article 1, Section 10 and the Bill of Rights. It is not dependent for its existence on any statute and accepts no benefits, privileges or powers there from. Statutory Acts, therefore, have no applicability to, or force of law on, this contract for any purpose whatsoever, including, but not limited to, the Restatement of Trusts or any derivative thereof, or those governing statutory trusts, partnerships, associations, corporations or other statutory entity.

No official of any government, its governing bodies, courts, administrative agencies or departments, including, but not limited to, any officer, employee, agent, elected official, legislator, appointee, judge, magistrate or justice, shall have the power to change or impair any provision of this Pure Trust Organization contract.

This Pure Trust Organization contract shall be governed by the Common law, the Constitution, the Bill of Rights and only those laws enacted pursuant to them.

This Pure Trust Organization contract shall not be bound by any Treaty or Agreement whose provisions are contrary to the Constitution and the Bill of Rights. Further, no Executive

Order or national emergency shall nullify any of the Constitutional protections or any provisions of this Pure Trust Organization contract.

The Trustee(s) hereby bind the United States government and all governments operating within the United States of America to Article 4, Section 4 of the Constitution for the United States of America. No government shall, therefore, exercise sovereign immunity for any damages to this Trust or to any Trustee or beneficiary thereof.

The proper jurisdiction for any action brought against this Pure Trust Organization contract is a de jure Article III Court of Equity under the realm of Common Law with a de jure Article III judge presiding, with power to determine law, merits and make declaratory judgment regarding the rights of the parties. Such judges shall be bound by oath to uphold the Constitution. Further, no "ex parte" actions shall be valid against this Pure Trust Organization and only those actions pursuant to "due process", in a Court of proper jurisdiction as defined hereunder, shall apply.

All Judges, Magistrates, Commissioners or other judicial officials constituted under authority of Article 1, Section 8, Clause 17 or Article IV, Section 3, Clause 2 of the Constitution and the Administrative Procedures Act, Title 5 USC, Section 701, Section 706 are without jurisdiction and are therefore prohibited from hearing any case or issue brought against, by or for this Pure Trust Organization contract. Pleadings in a Court other than that of proper jurisdiction shall be "coram non judice."

When challenged, the burden of proof is on the government to establish proper "in personam" and "subject matter" jurisdiction. It is not necessary to obtain a Writ to challenge jurisdiction. Pursuant to this contract, the Trustee(s) are hereby bound to cause removal of any

action brought against this. Pure Trust Organization, in any Court other than required herein, to the Court of proper jurisdiction. Further, if any erroneous action is filed in any Administrative of other Article 1 Court, the Trustee(s) shall immediately file, pro per a Motion to Dismiss for the lack of "In personam" and "subject matter" jurisdiction.

The Trustee(s) shall be at all times under a sworn, absolute, non-discretionary duty to manage this Pure Trust Organization, in all actions whatsoever, in adherence to every provision of the Constitution, by making the following oath:

"I hereby affirm that I will, at all times, uphold, support and defend the 1787 Constitution for the United States of America in exercising my fiduciary duties under this contract."

The Trustee(s) shall be under duty to uphold the de jure federal and state Constitutions as well as laws passed pursuant to them. They have no duty to uphold any Article 1, Territorial or Admiralty court decisions, any statute or treaty not created under authority of, or in violation of the Constitution.

"It may be said that the Constitution executes itself. This expression may be allowed; but with as much propriety, these may be said to be laws which the People have enacted themselves, and no laws of Congress can take from, add to, or confirm them. They are rights, privileges, or immunities which are granted by the People, and are beyond the power of Congress or State Legislatures… It may be laid down as a universal rule, admitting to no exception, that when the Constitution has established a disability or immunity, a privilege or Right, these are precisely as that instrument has fixed them, and can neither be augmented nor curtailed by any act or law either of Congress or a State Legislature. We are more particular in stating this because it has

108

sometimes been forgotten both by Legislatures and theoretical expositors of the Constitution." Bouvier's Law Dictionary, 1877 pp. 622-625

Definition of "Coram non judice": "before one not the proper judge; applied to the acts of the court which has no jurisdiction over the person, the subject matter or process. Such acts are wholly void." Black's Law Dictionary, 6th Edition

"Even Admiralty and maritime jurisdiction, when brought inland, is subject to the Common Law remedy, the same as Equity; and cannot supersede the sovereign citizen's God endowed given unalienable/inalienable rights, and these same rights as secured in and under the Constitution of the United States of America." Title 5 U.S.C. Section 559 Clause 2; Title 28 U.S.C.; Miranda v. Arizona, 384 U.S. 436 at 491

"The Common Law of England, so far it is not repugnant to or inconsistent with the Constitution of the United States, or the Constitution or the laws of this state, is the rule of decision in all courts of this state. California Government Code, Section 22.2

"People of a state are entitled to all rights which formerly belonged to the King by his prerogative." Lansing v. Smith, 21 1, 89

"Since in common usage, the term person does not include the sovereign, statutes not employing the phrase are ordinarily construed to exclude it." United States v. Fox, 94 U.S. 315

"The People or the Sovereign are not bound by general words in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the Rights of the King, the former Sovereign... It is a maxim of the common law that when an act of parliament is made for the public good, the advancement of religion and justice, and to prevent injury and wrong, the king shall be bound by

109

such an act. though not named; but when a statute is general, and any prerogative right. title or interest would be divested or taken from the King. in such a case he shall not be bound…" The People v. Horkimer. 15 Am Dec 379, 1 Cowen 315

"Under our system the people, who are there called subjects, are here the sovereign… Their rights. whether collective or individual. are not bound to give way to a sentiment of loyalty to the person of the monarch. The citizen here knows no person, however near to those in power or however powerful himself to whom he need yield the rights which the law secures to him when it is well administrated…" United States v. Lee, 106 U.S. 196 at 208

"Here sovereignty rests with the people." Chisholm Ex'r v. Georgia, 1 L. Ed (2 Dall) 415, 472 "It is a doctrine of the common law, that the Sovereign cannot be sued in his own court without his consent." The Siren v. U.S., 74 U.S. 152

"There is no such thing as a power of inherent Sovereignty in the Government of the United States. In this country sovereignty resides in the people, and Congress can exercise no power which they have not. by their Constitution entrusted to it: All else is withheld." Juliard v. Greenman. 110 U.S. 421

"Sovereignty itself is. of course, not subject to law for it is the author and source of law." "…While sovereign powers are delegated to the agencies of government, sovereignty itself remains with the People. by whom and for whom, all government exists and act." Yick Wo v. Hopkins and Woo Lee v. Hopkins. 118 U.S. 356

"Under our form of government. the legislature is not supreme. It is only one of the organs of that absolute sovereignty which resides in the whole body of the People; like other bodies of

the government, it can only exercise such powers as have been delegated to it, and when it steps beyond that boundary, its acts… are utterly void." Billings v. Hall, 7 CA. 1

"In Europe, the executive is synonymous with the sovereign power of a state… where it is too commonly acquired by force or fraud, or both… In America, however, the case is widely different. Our government is founded upon compact. Sovereignty was, and is, in the people." Glass v. The Sloop Betsy, 3 Dall 6

"…the United States has no constitutional capacity to exercise municipal jurisdiction, sovereignty, or eminent domain, within the limit of a state except in cases in which it is expressly granted." Pollard Lessee v. Hagan, 44 U.S. 212 at 233

"The fact that a business trust is not regarded as a legal entity distinct from the trustees, if a true trust…may result in this advantage to the trust, which a corporation does not possess: The trust consist of individuals … who are Citizens, and who, therefore, are entitled to certain rights and immunities such as those guaranteed by the privileges and immunities clause [Art. IV, Section 12, Clause 1] of the Federal Constitution, which do not apply to corporations."

"The individual may stand upon these Constitutional rights as a Citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business to open his doors to investigation. He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property. His rights are such as existed by the Law of the Land, Long antecedent to the organization of the State, and only be taken from him by due process of law and in accordance with the Constitution. He owes nothing to the public so long as he does not trespass upon their rights." Hale v. Henkel, 201 U.S. 43 at 74

"The term "common law trust" ... is not descriptive of any particular characteristics of such organizations. The basis for the terminology, "common law trust" is not that such organizations are the creatures of the common law, as distinguished from equity, but that they are created under the common law of contracts and do not depend on any statute." "If it is free of control by Certificate Holders, then it is a Pure Trust." Schumann Heink v. Folsom, 328 Ill. 159 NE 250, 58 ALR 485, 156 ALR viii

"These trusts - whether pure trusts or partnership – are unincorporated. They are not organized under any statute; and they derive not power, benefit, or privilege from any statute." Hecht v. Malley, 68 L ed. 949

"An equitable owner of land may establish a homestead in his interest." Allen v. Hawley, 66 Ill. 164; Hewitt v. Rankin, 42 Iowa 35; Tarrant v. Swain, 15 Kan. 146; Jelinek v. Stapan, 41 Minn. 412, 43 N.W. 90; Smith v. Chenault, 48 Tex. 455

"Trust property cannot be held under attachment not sold upon execution, for the trustee's personal debts." Clew v. Jamison, 182 U.S. 461, 21 S. Ct. 645

"The fact that trustees hold property, does not mean the trustees own personal property. Trust property cannot be held under attachment nor sold upon execution of trustee's personal debts... Trustees and beneficiaries cannot be held liable for debts incurred by the trust. If, in fact, a true trust has been created, the certificate holders are not liable on the obligation incurred by the trustees or managing agents appointed by the trustees." Hussey v. Arnold, 70 NE 87; Mayo v. Morltz. 24 NE 1083

"It has been held that public policy is not offended by permitting a business to be carried on by trustees who limit their liability to the trust estate ... nor do statutes authorizing limited

112

liability partnership and corporations by implication prohibit the creation of other types of organizations such as Business Trusts, enjoying similar immunity by virtue of the common law." 13 Am Jur 2d 405, Paragraph 35

"The general rule that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void and ineffective for any purpose; since its unconstitutionality dates from the time of its enactment... In legal contemplation, it is as inoperative as if it had never been passed... Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protections and justifies no act performed under it... A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing law. Indeed, insofar as a statute runs counter to the fundamental law of the land, it is superseded thereby. No one is bound to obey an unconstitutional law and no courts are bound to enforce it." 16 Am Jur 2d Section 177, late Am Jur 2d Section 256; Norton v. Shelby County, 118 U.S. 178

"All subjects over which the sovereign power of the state extends are objects of taxation, but those over which it does not extend are exempt from taxation. This proposition may almost be pronounced as self-evident. The sovereignty of the state extends to everything which exists by its authority or its permission." McCulloch v. The State of Maryland, 4 Wheat. 316

"It is a well established principle of law that all federal legislation applies only within territorial jurisdiction of the United States unless a contrary intent appears." Foley Brothers v. Filardo, 336 U.S. 281

113

"No agreement with a foreign nation can confer power on the Congress or any other branch of Government, which is free from restraints of the Constitution." "The prohibitions of the federal constitution are designed to apply to all branches of the national government and cannot be nullified by the executive or by the executive and senate combined." Reid v. Covert, 354 U.S. 1, 1 L Ed 2nd 1148 (1951)

"No national emergency or Executive Order, including but not limited to, the Act of October 6, 1917, as amended March 9, 1933, shall nullify any of the Constitutional protections of this "Trust Estate." "No emergency justifies a violation of any Constitutional protections." 16 Am Jur 2d Section 71, Section 72

"Executive and Judicial departments are each formed in a separate and independent manner; and the ultimate bases of each, is the Constitution, only within the limits of which, each department came alone justify any act of authority/jurisdiction." Hayburn v. Case, 2 Dall, 2 U.S. 409

"The United States Government is a foreign corporation with respect to the state." NY re: Merricam, 36 N.E. 505, 1441 S. Ct. 1973, 41 L Ed. 287

"A person is born subject to the jurisdiction of the United States, for purposes of acquiring citizenship at birth, if this birth occurs in a territory over which the United States is sovereign." 3A Am Jur 1420

"A Trust organization created under the constitutional right to contract cannot be abridged. The agreement, when executed, creates a federal organization not under the laws passed by any of the several state legislatures. "Crosker v. MacCloy, 649 U.S. Supp. 39 at 270

114

"When legal and equitable title, possession and control of property are legally and irrevocable passed form the Settler to himself as Trustee, in legal contemplation, it is as though the Trustee receiving the conveyance is another person. The Settler may be recognized as a different person even when de facto he/she may be the same human being." CIR v. St. Louis Union Trust Co., 296 U.S. 48, 50, 80 L Ed. 35, 56 S. Ct. 78; Reinecke v. Northern Trust Co., 278 U.S. 339, 346, 73 L Ed. 410, 414, 49 S.Ct. 123; 66 ALR 397

"The words "People of the United States" and "citizens" are synonymous terms, and mean the same thing. They both describe the political body who, according to our republican institutions, form the sovereignty… They are what we familiarly call the "sovereign people." and every citizen is one of this people, and a constituent member of the sovereignty." United Sates v. Wong Kim Ark, 169 U.S. 649 p. 914

"Since the business trust has its origin in the common-law right of the parties to enter into a contract and does not spring from a franchise granted by state, it has been held that the constitutional authority to levy excises upon commodities, a term including corporate franchises, does not empower the legislature to impose an excise tax on business trusts." 266 Mass. 590, 163 N.E. 904, 63; 63 ALR 192; 13 Am Jur 2nd 85

"It is not an evasion of legal responsibility to take what advantages may accrue from the choice of any particular form of organization permitted by law." Narraganaett Mut. F. Inc. Co. v. Burnham, 51 RI 371, 154 A 909


Eisner v. Macomber, 252 U.S. 189

Brushaber v. Union Pacific RR Co., 240 U.S. 1

115

Stanton v. Baltic Mining Co., 240 U.S. 103

Flint v. Stone Tracy Co., 220 U.S. 107

Doyle v. Mitchell Brothers, 247 U.S. 330

Edwards v. Commissioner, 415 F 2d 581, 582 (10th Cir. 1969)

Weeks v. Sibley, D.C. 269 F. 155

Phillips v. Blanchford, 37 Mass 510

Edison California Stores, Inc. v. McColgan, 30 Cal 2d 472, 183 P2d

**Highlights**

**Gold Fringed Flag**

The United States Military Flag with the Gold Fringe

1.   Martial Law Flag "Pursuant to 4 U.S.C. chapter 1, Sections 1, 2, & 3; Executive Order 10834, August 21, 1959; 24 F.R. 6865, a military flag is a flag that resembles the regular flag of the United States, except that it has a yellow fringe border on three sides. The President of the United States designates this deviation from the regular flag, by executive order, and in his capacity as Commander in Chief of the military.

2.   President, Dwight David Eisenhower, by Executive Order No. 10834, signed on August 21, 1959 and printed in the Federal Register at 24 F.R. 6865, stated that military and United States of America flag are the same except the military flag has yellow fringe border on three sides.

116

### The Law of the Flag

3.      The Law of the Flag, an International Law, which is recognized by every nation of the planet, is defined as: "a rule that a vessel is a part of the territory of the nation whose flag she flies.

4.      The term is used to designate the rights under which a ship owner, who sends his vessel into a foreign port, gives notice by his flag to all who enter into contract with the ship master that he intends the Law of that Flag to regulate those contracts, and that they must either submit to its operation or not contract with him or his agent. Ref: Ruhstrat v. People, 57 N.E. 41

5.      By the doctrine of "four cornering" the flag establishes the law of the country that it represents.  For example, the embassies of foreign countries, in Washington D.C. are "four cornered" by walls or fencing, creating an "enclave." Within the boundaries of the "enclave" of the foreign embassy, the flag of that foreign country establishes the Jurisdiction and law of that foreign country, which will be enforced by the Law of the Flag and International Treaty.  If you enter an embassy, you will be subject to the laws of that flag, enforceable by the "master of the ship," (Captain), by the Law of the Flag.

6.      When you enter a courtroom displaying a gold or yellow fringed flag, you have just entered into a foreign country, and you better have your passport with you, because you may not be coming back to the land of the free for a long time.  The judge sitting under a gold or yellow fringe flag becomes the "captain" or "master" of that ship or enclave and he has absolute power to make the rules as he goes.

117

7. The gold or yellow fringe flag is your warning that you are leaving your constitutionally secured right on the floor outside the door to that courtroom.

8. This is exactly why so many judges are appointed, and not just elected by the people.

9. The Federal judges are appointed by the President, the national military Commander in Chief.

10. The State judges are appointed by the Governors, the state military commanders. The judges are appointed because the courts are military courts and civilians do not "elect" military officers. Under martial law, you are presumed guilty until proven innocent.

11. The gold fringed flag only stands inside military courts that sit in summary court martial proceedings against civilians and such courts are governed in part by local rules, but more especially by "The Manual of Courts Martial", U.S. 1994 ED., at Art 99, (c)(1)(b). pg. IV-34, PIN 030567-0000, U.S. Government Printing Office, Washington D.C. The details of the crimes that civilians can commit, which are classed as "Acts of War", cover 125 pages in the Manual of Courts Martial.

12. Under Article IV, section 3, of the Constitution for the United States of America, no new State shall be formed or erected within the jurisdiction of any other State.

### Reid vs. Covert

13. The United States is entirely (354 US 1, 6) a creature of the Constitution. Its power and authority have no other source. It can only act in accordance with all the limitations imposed by the Constitution.

118

14.    In No. 701, Reid v. Covert, the judgment of the District Court directing that Mrs. Covert be release from custody is affirmed. Since all were reversed and remanded all cases using admiralty will be released. Therefore all other cases are res judicata.

### Reid vs. Covert Commentary

15.    Admiralty Jurisdiction cannot be used on anyone within the bounds and jurisdiction of the United States of America.

16.    "The United States is entirely a creature of the Federal Constitution, its power and authority has no other source and it can only act in accordance with all the limitations imposed by the Constitution." Reid vs. Covert, 354 U.S. 1 (1957), 1 7-.Ed. 2i-Ib. 1148.

17.    "Federal Constitution has supremacy over a treaty and executive agreement." Reid vs. Covert, 354 U.S. 1 Supra.

18.    "The rights and limits of the citizens of the United States are not protected by custom and tradition alone; they are preserved from the encroachments of government by express (enumerated) provisions of the Federal Constitution." Reid vs. Covert, 354 U.S. I Supra.

19.    "The prohibitions of the Federal Constitution are designed to apply to all branches of the national government and cannot be nullified by the executive or by the executive and the senate combined." Reid vs. Covert, 354 U.S. 1 Supra.

20.    "In effect such construction would permit amendment of the instrument in a manner not sanctioned by Article V." Reid vs. Covert, 354 U.S. 1 (1957).

### Proper Jurisdiction

21.    In all cases where a financial institution is a Federal Reserve Member, insured by the Federal Deposit Insurance Corporation, or another Federal account insurance fund, etc.,

119

the principal of Interest is the United States all "credit" is "hypothecated" on credit of the United States.

22.   In order for there to be litigation to collect a debt, (a) the Director of the General Accounting Office must make a liability determination, and (b) the Attorney General must initiate, authorize and/or contract civil prosecution.

23.   The action must be prosecuted in a lawful court of the United States.  State courts do not have subject matter jurisdiction over Federal debt collection actions.

24.   The first matter is the nature of "credit" extended by Federally chartered and/or Federal Reserve or FDIC-member financial institutions.  It is important to grasp what "credit" is, as defined at 15 U.S.C. Section 1602(e): "Credit" is a grant of authority to defer payment of debt, or create debt then defer payment.

25.   In one way or another, we pass "credit" hand-to-hand rather than receiving lawful payment for goods and services, particularly our labor.  It should be obvious where the colorable grant of authority to defer payment of debt or create debt then defer payment originates.

26.   The United States is always principal of interest- the "debt" is ultimately an obligation to the United States is and the United States has the only right of action to recover it.  The financial institution that originates the "credit" merely services the debt; it is not the principal of interest.

27.   The financial institution, whether a national bank, credit union, or whatever, is organized as an "association" to provide basic financial services for qualified association members.  These entities deal exclusively in "public money", public money is hypothecated "credit

120

of the United States." Therefore, only people who are authorized by law to receive and use "public money" are qualified to be association members.

28. Those authorized by law to receive and use "public money" are officers and employees of the United States, and Indian tribes recognized by United States Government. See limiting provision at 31 CRF Section 202(a), and FDIC Insurance solely of "public money" accounts at 12 U.S.C. Section 1821 (a)(2)(A).

29. This is where the Social Security number comes in –the Social Security number creates a presumption that whoever applies for credit is one of those entitled to custody and use of public money.

30. Under Federal law, the Social Security System is exclusively territorial, and Federal employees may participate. Federal territory now includes the District of Columbia and insular possessions such as Puerto Rico. (See definitions of "State", United States", and" citizen" at 26 U.S.C. Section 3121 (e) and attending regulations). However, that in and of itself isn't sufficient to sustain most foreclosures, etc. as the financial institution has no right of action to foreclose consumer or other "credit" obligations.

31. A national banking association may sue and be sued in states courts, but only so far as basic organizational matters are concerned. Under organization charters, these institutions may provide only basic services such as checking accounts for qualified association members. They may own property necessary to conduct business. To go beyond that, they must apply to become, and be licensed as Federal Tax & Loan Depositaries, and Treasury Depositaries (31 CRF Sections 202 & 203). Only then can they apply to become Federal Home Loan Banks, Farm Credit Banks, etc. When they function in these

121

capacities, they operate in Federal agency capacity, and the United States is all times principal of interest.

32. They are subject to all Federal statutory and regulatory mandates and prohibitions, including mandates of Privacy Acts and Paperwork Reduction Act disclosure.  If and when there is a "credit" default, there must be administrative collection process in accordance with HUD and other applicable regulations.

33. The Secretary of HUD is responsible for appointing an agent in any give district, and where defaults are concerned; he has responsibility for pursuing administrative remedies.

34. Ultimately, however, there must be a determination of liability by the Direct of General Accounting Office (31 U.S.C. Sections 3526 & 3701; 5 U.S.C. Section 55121) when and if the obligation is contested before any "debt" can be foreclosed.

35. The Attorney General, in his capacity as Solicitor of the Treasure, must then initiate litigation for debt recovery.  The Attorney General may do this directly, authorize the United States Attorney for the district to foreclose or contract private attorneys.

36. Process for Federal debt collection must be initiated in a court of the United States as defined at 28 U.S.C. Section 1610.  Procedure is prescribed in Chapter 176 of Title 28 (28 U.S.C. Sections 2001 et seq.).

37. Where financial institutions have initiated foreclosures and the like in state courts, the case should be vacated and dismissed with prejudice for lack of subject matter jurisdiction.

38. Subject matter jurisdiction can be raised at any time-there is no statute of limitations.

39. United States of America Constitution Amendment VII- In suits at common-law where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be

preserved. and no fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rule of common law.

40.    Bill of rights. Article IX- In suites at common law where the value in controversy shall exceed twenty dollars, the right trial by Jury shall be preserved; and no fact tried by a jury shall be preserved. and no fact tried by a jury shall be otherwise re-examined in any court of the United States, than according to the rules of Common Law.

41.    Discovery when discovery was demanded as to the existence of a Promissory Note the judge refused discovery and accounting by a competent person of the bank.  This is to say that the accuser is correct and proof its correctness is incontrovertible, thereby guilty until proven innocent.

42.    Plaintiffs' pleadings set the jurisdiction of this cause in the jurisdiction of the American flag. Title 4 U.S.C. Sec 1. of the United States of America.

43.    When Plaintiffs captured Miami-Dade County, State of Florida. now is within the jurisdiction of a Federal Court, as all courts are United States Federal Courts because of the United States Federal Oath or affirmation and the Title 4 U.S.C.  Section I- American flag.

**Brief on Promissory Notes**

44.    Without proof of damages, there are no damages: i.e. American Red Cross v. Community Blood Center of the Ozarks. 257 F.3d 859 (8th Cir. 07/25/2001.  If no one is able to produce the original "instrument", there is no competent evidence before the court that any party is the holder of the alleged note or the true holder in due course:  in the day of computer technology and the sophisticated means by which a document can be put

123

together to make the copies say whatever the bank wants to have them say with (party)'s signature from another source attached. in fact. is no proof of anything and there is still no proof without competent evidence that (bank) is still holder of the alleged note or the true holder in due course to make a claim, can prove the existence of the alleged note in question and can show what the original contract actually was including inspection of forgery and/or unauthorized makings/changes/alleges, can prove that the party sued signed the alleged note, and can show an actual debt with original account ledgers and/or records. Federal Circuit Courts have ruled that the only way to prove the perfection of any security is by actual possession of the security.  See Matter of Staff Mortgage & Invest Corp. 550 F. 2d 1228 (9th Cir. 1977).

45.   The Hawaii Supreme Court stated that since the "ledger had not been attached to the affidavit, any information there from was inadmissible and should not have been considered by the circuit court" and that the "(a) affiant's testimony as to what was in the ledger was inadmissible hearsay" "Pacific Concrete Federal Credit Union v. Kauanoe, 82 Haw. 334, 614 P.2d 936 (1980).

### Cases on Promissory Notes

46.   McKay v CAPITAL RESOURCES COMPANY. LTD. 96-200 SW .2d 1977 where appellee apparently never possessed appellants' original note as provided in Ark Code Ann. 4-3-309(a) (i) Repl. 1991).

47.   Mortgage Securities Inc. v. Hartley LORD. No. 4D02-4051. July 23, 2003. Mortgagee by assignment brought foreclosure action. The Circuit Court, 15th Judicial Circuit, Palm Beach County, Edward Fine and John Wessel, JJ. entered summary Judgment for

124

mortgagor. Mortgagee appealed. The District Court of Appeal. Stone, J. Held that mortgagee could not maintain cause of action to enforce missing promissory Note or foreclose mortgage, in absence of proof that mortgagee or assignor ever had Possession of note.

48. LORRAINE C. TILLMAN v VIRGINIA SAVAGE SIMITH (07/25/85) The purpose of the section is well expressed by commentator Car W. Ehrhardt as Follows: The drafters of the Code excluded from the general rule of admissibility of Duplicates these documents because the possessor of the documents is the owner of the obligation that they represent and the party who may bring a cause of action based on the document Therefore, the person who possesses the duplicate may not possess the cause of action.

49. SMS Financial LLC v. Abco Homes, Inc. No. 98-50117 February 18, 1999 (167 F. 3d. 235; 5th Circuit Court of Appeals.) Where the complaining part cannot prove the existence of the note, then there is no note.

50. In Mason vs. Rubin. 727 Sp/ 2d 283 (Fla. 4th DCA 1999), the appellant brought a foreclosure action on a second mortgage, the trial court denied the foreclosure, and this court affirmed on the basis that the appellant had failed to establish the lost note under section 673.3091. Likewise, here, where State Street failed to comply with section 673.3091, the trial court correctly entered summary judgment denying its foreclosure claim. In contrast, here, the undisputed evidence was that EMC, the assignor never had possession of the notes and, thus, could not enforce the note under section 673.3091 governing lost notes. Because EMC could not enforce the lost note under section 673.3091, it had no power of enforcement which it could assign to State Street.

**Florida Statutes**

<u>Common Law in force in Florida</u>

<u>Florida Statutes Chapter 2.01</u>

51.     Common law and certain statutes declared in force. The common and statute laws of England which are of a general and not a local nature, with the exception hereinafter mentioned, down to the 4th day of July, 1776, are declared to be of force in this state; provided, the said statutes and common law be not inconsistent with the Constitution and laws of the united States and the acts of the legislature of this state.

<u>Common Law Declaration of Trust</u>

<u>Florida Statutes Chapter 609.01</u>

52.     Common law declaration of trust. Two or more persons, whether residents of this state or not, may organize and associate themselves together for the purpose of transacting business in this state under what is commonly designated or known as a "declaration of trust"

**A Common Law Trust Organization**          ·

<u>Confirming the Trust Contract</u>

53.     Certificate holders are devoid of legal rights, have no officers, are and must remain forever mute as to the selection, approval or disapproval of the trustees and their methods of conduct of business affairs would make the trustee absolute owner. Bourchard v. First People's trust, 253 Mas 351, 148 NE 895.

54.     Right to Contract Schumman-Heink v. Folsom, 159 NE 250 (1927)

55. United States Supreme Court has long held and recognized that freedom to make contracts and have them enforced by the courts is a part of the bundle of rights protected by the "due process: clauses of both the Fifth and Fourteenth Amendments. Paterson v. Bank Eudora (1903) 190 US 169, 47 L Ed 1002, 23 S Ct 821 Muller v. Oregon, 208 US 412, 52 L Ed 551, 38 S Ct 324 1908 v. U.S. 157 US 160, 39 L Ed 657, 15 S Ct 586 (1895)

56. The trust contract is established by private parties, for personal purposes, is not registered with the state corporation commissioner to comply with statues relating to incorporating and does not invalidate the trust organization.

57. Certificate holders of a Trust Contract enjoy an even greater immunity from personal liability than is accorded to stockholders of corporations. Goldwater v. Oltman, 210 Cal 408, 292 P624, 71 ALR 871

58. One of the main objectives of a trust contract is to obtain most of the advantages of corporations, but with freedom from the burdens, restrictions, and regulations generally imposed upon them. Ashworth v. Hagen Estates 165 Va 151, 181 SE 381

59. The United States Supreme Court has acknowledged the Trust contract as a "pure or true" trust citing the Hecht case in the Navarro v. Lee. Hecht v. Malley 265 US 144 (1924) Navarro v. Lee 446 US 458 (1980),

60. Business trusts are found in Corpus Juris Secundum and American Jurisprudence. 2d.

61. Business trusts recognized under the term "common law trust" 88 American Law Reports 3d 704, citing Schumann-Heink v. Folsom 328 III 321, 159 NE 250, ALR 485 (1927)

127

62.    A trust is one of several juridical devices whereby one person is enabled to deal with property for one benefit of another person. Restatement of the Law of Trusts, 2d Introduction Note, Pa.1

63.    Any law or procedure materially affecting contract rights necessarily impairs the obligation of the contract upon which right is founded and is, therefore, violative of the United States Constitution. Smith v. Morse 2 CA 524.

64.    The creation of a Pure Trust is not subject to legislative control. The United States Supreme Court holds that trust relationship comes under the realm of equity, based upon common law, and is not subject to legislative restrictions as are corporations and other organizations created by legislative authority. Eliot v. Freeman 220 US 178.

65.    The creator of a Pure Trust may mold and give it in any shape he chooses, and he chooses, and he or the trustees may provide for the appointment of a successor or successors to the trustee or trustees, upon such terms as he may choose to impose. Shaw v. Pine 12 Allen (Mass) 293; also in Harwood vs. Tracy, 118 Mo. 631, 24 SW 214

66.    The court will support the trustees in carrying out the terms of their Trust contract and agreement. Clews v. Jamison, 182 US 461, 21 S. Ct. 845

67.    Trust property cannot be held under attachment nor sold upon execution, for the trustees' personal debts. Personal Liability of a trustee cannot be enforced against the trust property. Mayo v. Mortiz, 24 N.E 1083 (1890)

68.    If the trustee owned personally any amounts of beneficial interest, these Certificate Units can be attached. Hussev. Arnold 70 N.E. 87 (1904)

<u>Contract Trust Recognized by IRS</u>

128

69.    Internal Revenue Regulations acknowledgement of contract Trust Organization. IRS
Regulations 301, 7701 4 (b) Berry v. McCourt 204 NE 2d 235, 240

70.    An "exchange" is a reciprocal transfer of property as distinguished from the transfer of
property for a money or consideration only. TR 118, S. 39.112 (a) 1(e)

71.    The owner of Beneficial Certificates is not an owner as a stockholder is an owner; the
Certificate Holders have no ownership whatever in property held by the Contract Trust,
nor do they have any voice or control over the Trustees. Becker v. St. Louis Union Trust
Co. 296 US 48, 50; 80L ED 35;56 S CT 78.

72.    "The Internal Revenue Code classifies a Trust as an 'individual' for tax purposes. Trusts
are included with persons and "individuals" in Section 1 which lists entities which are
subject to tax. Also section 3(b) (2) refers to Trusts as individuals. Also the tax forms for
trusts clearly illustrate they are not to be exchanged for assets, and thus there is no taxable
event because of this exchange, as determined by the U.S Supreme Court." Burnett v
Logan 283 U.S. 404), (Stern v C.I.R. 747 F. 2d 555 (1984)

### No Gift or Estate Taxes

73.    Certificates have no ascertainable "Fair Market Value", and have minimal value to
someone else.  Bad bargains do not result in taxable gifts.  Contract Trust in a genuine
business transaction. Estate of Anderson V. Commissioner of Internal Revenue. 8 Tax
Court 706.721

74.    The United States Circuit Court of Appeals for the First Circuit has long held that full and
adequate consideration is met by issuance of trust certificate units in exchange for real and

129

personal property invested in a "pure" trust organization. Carpententer v White, Cir. 80 F 2d 145

75. The measure of the gain of an exchange is the difference between the (adjusted) cost basis of the property transferred and the fair market value of the property received. Internal Revenue Code 1001 (a), (b) Parrington v Attorney General LR. H.I. 100. 122.

76. No "Equitable Construction of a tax statute. Code must be strictly construed. Gain (is) measured from fair market value of property received. U.S. V Merriam, 263 US 179 (1923) Commissioner v. Harrelson 282 US 55 (1930) Gould v Gould US 151

77. The "fair market value" is the price at which the property would change hands between a willing buyer and a willing seller, neither being under any compulsion buy or sell, and both having knowledge of all relevant facts.  It may not be determined by a forced sales price, nor is it to be determined by the sale price of the item in a market by a forced that in which such item in a market other than that in which such item is most commonly sold to the public. Federal Estate and Gift taxation, Publication, No. 448  Davis v U.S. (1961) 287 F 2d 168. 82 S Ct. 805 affirmed in part and reversed in part on other grounds, 370 US 65, 82 S Ct 1190. 90, 8 L Ed 335, Rehearing denied 371 VS 854, 83 S. Ct 14, 15.F)

78. IRC Section 1001 (b) requires that the capital gain be measured by "the fair market value" of the property received (emphasis added) by the taxpayer, not by the fair market value transferred by the taxpayer in exchange for the property received. To say that the fair market value of the property received is the same as the fair market value of the property given up not only ignores realities, but is the use of a formula which is radically different from the recognized formula approved by the courts for determining fair market value.

130

Commissioner v. Marshman 279 F 2d 27, Cert. den. 364 US 918, 8 Ct 282, 286; 5 L Ed 2d 259. Maxfied v. U.S. 152 F 2d 593, Cert. den. 2 Cases 327 US 791, 66 S Ct 821.9

79. This definition primarily benefits the Treasury in estate tax situations. However, IRS may not have one definition for "fair market value" at one time when it is beneficial, and a different one for another time when the benefit goes to the taxpayer. The IRS is obliged to keep their conclusion that the fair market value of valuable beneficial units cannot be determined in any forum other that a voluntary sale.

80. The IRS may not force a sale to determine price where the item displays an inherent yet unsettled value. They may also not force the beneficial units to be sold in a market other than that in which such certificates may commonly be sold to the public. In addition, when the Treasury says "public", they mean at retail rather than wholesale. The value of the above definition is evident in the point that the client may plan affairs around hard and fast rules not subject to change. Federal Estate and Gift Taxation, Publication No. 448, p. 39 Burnett v. Logan, 283 US 404, 51 S Ct. 75 LED 1143 (1931).

81. Interests which terminate "on" or "before" death are not a proper subject of the Federal Estate Tax. Knowlton v. Moore, 178 US 41, 20 S Ct. 7471, 44 L Ed 969 (1900); YMCA V. Davis, 264 US 47 (1924), 44 S Ct 291, 68 LED 564; Goodman v. Grander, 243 F 2d 264 (1957); Babb v. US 349 F Supp 792 (1972).

82. Because Code Sec. 64`1 does not provide a method for determining the basis of property transferred (into a trust), Code Sec. 2516 of the gift tax provisions control, Under Code Sec.2516, the distribution of (property) was deemed to be a transfer for full and adequate consideration --. Accordingly, the trust's basis in the (property) was its fair market value

on the date of transfer (St. Joseph Bank and Trust Co., Ca-7, 83-2 USTC 9586.) – (907 CCH – Standard Federal Tax Reports 46, 191.)

### Contract Trust as a Legal Entity

83. The Contract Trust owns the property and is a distinct legal entity. Beneficial Certificate Holders are not treated as co-owners of trust property. National City Finance v. Lewis (Cal App) 9P 2d 316 (Rehearing denied) 4P2d 163: Beilin v. Krenn & Dato 350 111284, 183 NE 330: Hemphil v. Orloff 238 Mich 508, 213 NW 867, 58 ALR 507, aid 277 US 537, 72 L Ed 978. 48 Ct. 577, Annotation 156 Alr 32, Goldwater v. Oltman, 210 Cal 408: 292 P 624

84. The Contract Trust does not escape the necessity of having no economic effect other than the creation of income tax losses, cannot be recognized for tax purposes. Thompson v. Commissioner. 631 F 2d 642. 646 (1980) Cert. Denied 452 US 961 (1981) Edwards v. Commissioner .415 F 2d 578, 582 Lewis and Taylor, Inc. v. Commissioner, 447 F 2d 1074 (1971).

85. The fact that transactions of business are so arranged that tax consequences are highly favorable (or altogether avoid taxes) affords no license to the government to recast it into a mold or less advantage. Gyro Engineering. Inc. F 2d 578 Peter Pan Seafoods, Inc. V. US 417 F 2d 670.

86. The fact that transactions of business are so arranged that tax consequences are highly favorable (or altogether avoid taxes) affords no license to the government to recast it into a mold or less advantage. Gyro Engineering. Inc. F 2d 578 Peter Pan Seafoods, Inc. V. US 417 F 2d 670.

87.   The fact that transactions of business are so arranged that tax consequences are highly favorable (or altogether avoid taxes) affords no license to the government to recast it into a mold or less advantage. Gyro Engineering, Inc. F 2d 578 Peter Pan Seafoods, Inc. V. US 417 F 2d 670.

### Legal and Equitable Title Held by Contract Trust

88.   Legal and equitable title by contract trust. Hecht v. Malley US 144.68 L Ed 949. 44 Ct. 462 Williams v. Milton 215 MASS 2. 102 NE 355 Goldwater v. Oltman, 210 CA 148, 292 P624, 71 ALR 871 Schumann-Heink v. Folsom 328 111321. 159 NE 250, 58 ALR 485.

89.   When legal and equitable title, possession and control of property are legally and irrevocably passed from the Trustor (contracting investor) to himself as Trustee in legal contemplation. it is as though the trustee receiving the conveyance is another person. Com. of Internal Revenue v. St Louis Trust Co., 296 US 48, 50 (1935).

90.   Property invested in the Contract Trust Organization must be fixed and irrevocable. Thus the Trustor (contracting investor) may legally be recognized as a different person even when de facto he/she may be the same human being. Trusteeship is a position created by parties at arm's length which when established is an office to be occupied by any qualified person. Becker. Collector Internal Revenue v. St Louis Union Trust Co. 296 Us 48, 50. 50: 80 L ED 35 56 S Ct 78.

91.   Genuine contractual obligations control the substance. Estate of Hilt N. Goodwyn. T.C. Memo 1976-238

92.    Trustees of the Contractual Trust have the exclusive power to interpret or construe the intent and direction of the Trust Indenture. Cohen v. US Trust Securities Corporation. 40 NE 2d 282.

93.    Statutes may authorize limited liability of partnerships and corporations, but those statutes do not by implication prohibit the creation of Contract Trust to enjoy similar immunity by virtue of Common Law. Goldwater v. Oltman, 292 P 624. 71 ALR 871 Annotation

94.    In tax context, "Associated" relates to a joint action and interest of the stock holders and their directors. Contract Trust Trustees and Beneficiaries are not associated in a joint action. Elm Street Realty Trust, 76 TC No 68 (1981): Morrissey v. CIR, 296 US 34 (1935): Crocker v. Malley, 249 US 223 (1919); Internal Revenue Regulations 301.7701-1. 2(a) (2): Schumann Heink v. Folsom. 159 NE 250, annotation 58 ALR 485; Hecht v. Malley, 265 US 144.

95.    IRS Regulations state the term "Person" includes an "Unincorporated Organization or Group". Internal Revenue Regulations 301.7701-1 (a) Internal Revenue Regulation Ruling 73-254

96.    It is whether the entities were taxable as association with the corporation rates applied, or as trusts (with the conduit method applied). Commissioner v. Brouillard, 70 F 2d 154. 157, Cert denied 293 US 574 No., 152

97.    The United States Supreme Court Articulated what has become recognized as the standard for determining whether an entity will be taxed as a corporation or as a trust by saying that

it's the nature of the entity's dominant functions and attributes which determines whether it is an association for tax purposes.

98. The system and course of procedure approximates much more closely that of an ordinary partnership among personal friends reposing "full confidence" (Pure trust a Contract Trust) in each other. The resemblances predominate strongly in favor of trusts, not associations. Commissioner of Internal Revenue v. Brouillard Same v. Shepherd Syndicate, and Same v. Pryor & Lockhart Development Co., 70 F 2d 154 Cert. den. 293 US 574 No. 152 Hemphil v. Orloff, 277 US 537, 48 S Ct 277, 72 L Ed 978 cited Ibid.

### Foreign Conduit (Foreign Structure), Miscellaneous

99. Foreign Trust (is a trust) the income of which, from sources without the United States which is not effectively connected with the conduct of a trade or business within the United States, is not includable in gross income under subtitle A( Income Taxes). Internal Revenue Code Sec. 7701 (a) (31)

100. Since 1967 the Internal Revenue Code has actually provided that a blanket exception from federal gift taxation is provided for all gifts made by nonresident alien of intangible property even though the situs or location of that intangible property is within the United States. IRC Sec. 2,501 (a) (2). All intangibles include stock bonds, funds, notes or other certificates of indebtedness (not Federal Reverse Notes "green backs" or US currency, or checks drawn on US banks – IRR Sec. 25.2511-3 (b) (4) (IV), bank accounts, or US government bonds, etc.)

135

## Additional Legal Opinions

101. "Dignity of contract cannot be set aside because a tax benefits result either by design or accident." Edwards v. Commissioner, 416 F 2d 578, 582, 10th Cir (1969)

102. "U.S. taxpayers may also use tax havens for tax planning reasons. Some transactions conducted through tax havens have a beneficial tax for U.S_ Taxpayers that it completely within the letter of the U.S. tax laws." Federal Tax Guide Reports in official IRS agent's manual.

103. Each taxpayer in our country has the perfect right to do everything within his or her power to legally reduce his or her liability to the least legal limit that can be reached.

104. In the celebrated case of United States v. Dahlstrom, 713 F. 2d 1423 (C. A. 9, 1983) before the United States Court of Appeals for the Ninth Circuit. The opinion, decided August 24, 1983 ... dealt a death blow to I.R.S. hopes of utilizing misinformation schemes to terrorize average taxpayers with the spectra of criminal liability and deter them from engaging in creative tax planning

105. A trust can be a separate, legal profit making, business entity. When trust income is accumulated or distributed at the sole discretion of the Fiduciary (the Board of Trustees), net income so held and accumulated is taxable to the trust. Only the income that is distributed to the beneficiaries is taxable to them. In one case, the I.R.S. claimed that the trust was as association taxable as a corporation, and thus, not so taxable. It also states that income earned by the trust in any given year, not distributed, as is the case with incorporated businesses. Buitar Family Trust Estate v. Commissioner 72 F 2d 544 (1934).

136

106. And, most important of all, the contractual companies are not trusts under the Code – for trusts, by their very definition, at common law, require a division or split of title(legal and equitable) between the trustees, serving on the corpus of the trust, and the beneficiaries.

### Trusts

107. A trust is, "An obligation arising out of a confidence reposed in the trustee, or person who has the legal title to property conveyed to him, that he will faithfully apply the property according to the Confidence reposed; in other words, according to the wishes of the creator of the trust." Beers v. Lyon, 21 Conn. 604

108. There are four essential elements of a valid trust of personal property: (1) A designated beneficiary; (2) a designated trustee, who must not be the beneficiary; (3) a fund or other property sufficiently designated or identified to enable title thereto to pass to the trustee; and (4) the actual delivery of the fund or other property, or of a legal assignment thereof to the trustee, with the intention of passing legal title thereto to him as trustee. Brown v. Spohr, 180 N. Y. 201.

109. The one thing necessary to give validity to a declaration of trust-the indispensable thing--I take to be, that the donor, or grantor, or whatever he may be called, should have absolutely parted with that interest which had been his up to the time of the declaration, should have effectually changed his right in that respect, and put the property out of his power, at least in the way of interest. Bacon, Warrimer v. Rogers, L. R. 16 Eq. 340.

110. A man may transfer his property, without valuable consideration, in one of two ways; he may either do such acts as amount in law to a conveyance or assignment of the

property, and thus completely divest himself of the legal ownership, in which case the person who by those acts acquires the property takes it beneficially or on trust, as the case may be; or the legal owner of the property may, by one or other of the modes recognized as amounting to a valid declaration of trust, constitute himself a trustee, and, without an actual transfer of the legal title, may so deal with the property as to deprive himself of its beneficial ownership, and declare that he will hold it from that time forward on trust for the other person. Jessel, Richards v. Delbridge, L. R. 18 Eq. 11.

111.  The rules of law are presumed to be known by all men; and they must govern themselves accordingly. The ;law holds that the insertion of the word "trustee" after the name of a stockholder does indicate and give notice of a trust. No one is at liberty to disregard such notice and to abstain from inquiry, for the reason that a trust is frequently simulated or pretended when it really does not exist. The whole force of this offer of evidence is addressed to the question, whether the word "trust" alone! Has any significance and does amount to notice of the existence of a trust. But that has heretofore been decided, and is no longer an open question in this commonwealth. Foster, Shaw v. Spencer, 100 Mass. 382.

112.  The rule of public policy which subjects a debtor's property to the payment of his debts, does not subject the property of the donor to the debts of his beneficiary, and does not give the creditor a right to complain that, in the exercise of his absolute right of disposition, the donor has not seen fit to give the property to the creditor, but has left it out of his reach. Morton, Broadway National Bank v. Adams, 133 Mass. 170.

113.   The sole right of the ces tuis que trustent is to have the property administered in their interest by the trustees, who are the masters, to receive income while the trust lasts, and their share of the corpus when the trust comes to an end. (It is plain that it is a trust and not a partnership.) Loring, Williams v. Milton, 215 Mass. 1.

## Memorandum of Law History, Force & Effect of the Land Patent

### In summary Common- Law of England:

114.   The king was the only person (sovereign) to hold complete and full title to a land (allodial title).

115.   The people who maintained estates of land. (either called manors or fiefs), held title by fee simple absolute

116.   This fee simple absolute in feudal England, being not the full title, did not protect the "owner" if the King found disfavor with the "owner".

117.   The "owner" therefore had to pay a type of homage to the king or a higher baron each year to discharge the obligation of his fief

118.   This homage of his fief could take the form of a revenue or tax, an amount of grain. or a set and permanent amount of money.

119.   And therefore as long as the "owner" of the fief is fee simple absolute paid homage to the king or sovereign. who held the entire country under an allodial title, then the "owner" could remain on the property with full rights to sell, devise or pass it by inheritance as if the property was really his

## Land Patents, Ejectments and Estoppels

120.  In case of ejectment, where the question is who has the legal title, the patent of the government is unassailable. Sanford v. Sandford. 139 US 642

121.  A patent for land is the highest evidence of title and is conclusive as against the government and all claiming under junior patents or title.  United States v Stone, 2 Us 525.

122.  The presumption being that it (patent) is valid and passes the legal title.  Minter v Crommelin, 18 US 87

123.  Estoppel has been sustained as against a municipal corporation (county) Beadle v Smyer 209 US 393.

124.  A court of law will not uphold or enforce an equitable title to land as defense to action of ejectment.  Johnson v Christina, 128 US 374: Doe V Aiken, 31 FED. 393

125.  When congress has prescribed the conditions upon which portions of the public domain may be alienated (to convey, to transfer), and has provided that upon the fulfillment of the conditions be United States shall issue a patent to the purchaser, then such land is not taxable by state. Sargent v Herrick & Stevens, 221 US 404: Northern P.R. Co. v Trail Count y 115 US 600

126.  The patent alone passes land from the United States to the Grantee and nothing passes a perfect title to public lands but a patent.  Wilcox v Jackson, 13 Peter (US) 498.

127.  Patents and other evidences of title from the United States government are not controlled by state recording laws and shall be effective, as against subsequent purchasers, only from the time of their record in the county. Lomax v Pickering, 173 US 26.

128. In federal courts the patent is held to the foundation of title at law. Fenn v Holmes. 21 Howard 481

129. Congress has the sole power to declare the dignity and effect of titles emanating from the United Sates and the whole legislation of the government, in reference to the public lands, declare the patent to the superior and conclusive evidence of the legal title. Until it issues, the fee is in the Government, which by the patent passes to the grantee, and he is entitled to enforce the possession in ejectment. Bagnell v Broderick 13 Peer (US 436.

130. In ejectment the legal title must prevail, and patent of the United States to public lands pass that title; it cannot be assailed collaterally on the ground that false and perjured testimony was used to secure it. Steel v St. Louis Smelting and Refining Co. 106 US 417

131. A patent certificate, or patent issued, or confirmation made to an original grantee or his legal representatives of the grantee or assignee by contract, as well as by law, Hogan v Pace, 69 US 605.

132. In federal courts, the rule that ejectment cannot be maintained on a mere equitable title is strictly enforced, so that ejectment cannot be maintained on mere entry made with a register and receiver, but only on the patent, since the certificates of the officers of the land department vest in the locator only equitable title. This rule prevails in the federal courts even when the statute of the state in which the suit is brought provides that a receipt from the local and office is sufficient proof of title to support the action. Langdon v Sherwood. 124 U.S. 74: Carter v Ruddy, 166 US 493.

133. The plaintiff in ejectment must in all cases prove the legal title to the premises in him, at the time of the demise laid in the declaration, and evidence of an-equitable title will not

be sufficient for a recovery. The practice of allowing ejectments to be maintained in state courts upon equitable title cannot affect the jurisdiction of the courts of the United States. Fenn v Holmes, 21 Howard 481.

134. Under USCA Constitution, Article 4, Section 3, clause 2, Congress, in exercise of its discretion in disposal of public lands, had power, by this section, to restrict alienation of homestead land after conveyance by United States in fee simple, b providing no, such lands shall become liable to satisfaction of debts contracted prior to issuance of patent. Ruddy v Rossi, (1918) 248 US 104.

135. Patents are tied to the Bible, in Genesis 47 by way of the word assigned in italicized print. Also note in later verse the beginning of sharecropping. BC 1701.

136. The right to the ownership of property and to contract with respect of its use is unalienable. Golding v Schubac, 93 U.S. 32: Saville v Corless, 46 U.S. 495

137. Parties in possession of real property have the right to stand on their possessions until compelled to yield to the rule title determined by trial by jury. 47 Am.Jr., 2d 45.

138. Giving a note does not constitute payment. Echart v Commissioners, C.C.A. 42 F2d 158; 283 U.S. 140

139. Actual or threatened exercise of power over the property of another is coercion and duress which will render the payment involuntary. Cleveland v Smith, 132 US 318.

140. Property value means the price the property will command in the market, or its equivalent in Lawful money. People v Hines, 89 p. 858, 5 Cal. App 122.

141. Neither a town nor its officers have any right to appropriate or interfere with private property. Mitchell v City of Rockland, 45 Me 496.

142.    A state may provide for the collection of taxes is gold and silver only. State Treasurer v Wright 28 Ill. 5090:  Whitaker v Haley, 2 Ore. 128.

143.    Taxes lawfully assessed, are collectible by agents in money and notes, and cannot be accepted in payment.  Town of Frankford v Waldo, 128 Me. 1.

144.    At common law there was no tax lien.  Cassidy v Aroostook 134 Me 34.

145.    A tax on real estate to one not the owner is not valid.

Memorandum of Law on Assignees's Status, Preemption Right, Privilege & Immunity

146.    Assignee is a preamble de jure Freeholder & a Citizen of the United States of America by virtue of his state citizenship, cognizant the Preamble(s) of Your State Constitution and U.S. Constitution 1787, Dred Scott v Sanford, 19 How 393 (1857), has never knowingly alienated his State Citizenship, Texas v White, 7 Wall 700 (1868) under franchise of the declaratory 13th Amendment Section 2; the 14th et seg Amendment, USC Title XI, Section 1101 (a) (1), (2) & (3), Social Security act (1935) et seq: enjoy his privileged status at law in accord with Art. IV Sections 1, & 2, cl. 1 & 2, 3 cl. 1 & 2 and Section 4 U.S. Constitution 1787, Cole v Cunningham, 103 U.S. 107, Fenn v Holmes 21 How 484 (1858), pursuant to an Act of Congress (date congress acted admitting your state to the union) admitting the Territory of (YOUR STATE) into the Union upon equal footing, full faith and credit, whereupon, Assignee is out restrained by conventional disability to lawfully enter upon said premises, to have and to hold the same (postliminium) unto his heirs and assigns forever, and allodial freehold Estate at law, as constituent sovereign member of the Posterity of "We the People".

147.   A grant of land is a public law standing on the statute books of the state, and is notice to every subsequent purchaser under conflicting sale afterward, Wineman v Grastrell, 54 Fed 819, 4 C CA 596, 2 US app 581: Patent alone passes paramount legal Title to Grantee, and his heirs or assign's forever, Wilcox v. Jackson 13 Pet 498, 10 L. Ed. 264 (1839); U.S. v Stone, 2 U.S. 525, 17 L. Ed. 765: where U.S. has parted with Title by Patent legally issued & surveys legally made by itself, approved by the proper Department, Title so granted cannot be impaired by any subsequent survey by the state government for its own purpose, Cage v Danks, 13 La Ann 128; stare decisis: summa Corp. v California ex rel. State Landscommission & City of Los Angeles, 104US 1754 (April 17, 1984) Yeakle, Torrens system 209; Subsequent purchasers final certificate/receipt acknowledging payment in full  Homesteader/Preemptor is not in legal effect a conveyance of land; U.S. v Seenerson, 50 fed 504, I C CA 552, 4 US App 332: There being a legal distinction between a debt discharged and one extinguished at law, Stanek v White, 172 Minn 390, 215 N.V.R. 781, 784.

148.   A Land Patent is conclusive evidence that the Patentee has compiled with the Acts of congress (Homestead Act) 1862) as concerns improvements on the land, etc. Jenkins v Gibson, 3 La Ann 203: Wilcox v Jackson, supra; injunctions & mandamus will not lie against it, Lichfield v The Register, 9 Wall 575, 19 I Ed. 681; Ware v Hylton 3 Dall (3 US 199) 1976): Summa Corp. supra

149.   Title and Rights vested in original Patentee unto bona fide purchaser/assignee in law, will be protected, U.S. v Debell, 227 F 760 (C8 SD, 1915); State v Hewitt Land Co., 74 Wash 573, 134 P 474 (1913) re USC Sections 57, 59, 83 and 175; Congress restricted alienation

144

of Homestead land after conveyance by U.S. fee, simply by providing no such lands shall become liable to satisfaction of debts contracted prior to issuance of Patent, USCA Art. IV Section 3 Cl. 2, and Rudd v Rossi, 248 U.S. 104 (1918); Lien assessment theory to the contrary, notwithstanding, U.S. v Schurz, 102 US 378; U.S. v Champaign County, Fed. Supp 474 (1958); Summa Corp. supra.

150.    A Patent certificate, Patent issued, or confirmation made to an original Grantee, or his legal Representative embraces representative of the Grantee unto Assignee, by contract, as well in law, Hogan v Page, 69 US 605, 171. Ed. 854; where the issue is who has paramount legal Title, Patent issued by the U.S. is unassailable, Sanford v Sanford, 139 US 642, 35 L Ed 290; Johnson v Christen 128 U S 374, 32 l. ed. 412; Doe v Aiken, 31 Fed 393; Then such land is not taxable by the State; Sargent v Herrick & Stevens, 221 US 404, 55 L. Ed. 787; Lomas v Pickering; 173 US 26, 43 L Ed. 601; Hence: No State shall impair the obligation of contracts (U.S. Constitution, Art I Section 10 cl. 1 (1781-91)"Assignee's seized in deed, lawful entry, exercised under the authority of Art.IV, supra and Cole v Cunningham, 103 US 107, against all the world, Droit Droit Dominium jus in Re.

151.    Immunity from Collateral Attack:  Collins v Bartlett, 44 Cal 371: Green v Barker, 47 Neb 934, 66 NW 1032: Sawyer v Brodle, 209 US 393, 52 L. Ed. 849: Fenn v Holmes and Summa Corp., stare decisis, supra.

## Jurisdiction III

### What is Law?

Law is a concept that we are exposed to all of our lives, and which affects our lives and the things around us. Law is as essential to a well ordered universe as it is a stable and just civil or jural society, or properly kept family unit. That we might better understand how law relates to us we need to define what it is or should be. The following is a definition of law from Black's Law Dictionary:

1. That which is laid down, ordained, or established.

2. A system of principles and rules of human conduct.

3. A rule of civil conduct.

4. A law is a general rule for human action.

5. A law is a command which obliges a person or persons. Black's Law Dictionary. 2nd Edition. p. 700.

Law is basically a rule that guides, directs or limits the conduct or action of something or someone, which is declared by some authority. The physical law of nature guide direct and limit the action of matter and energy. There thus are the laws of thermodynamics, electricity, pressure, light, magnetism, gravity, chemistry and other physical laws. Our concern with law is its application to ourselves as a rule which guides and directs our action or conduct. A set of such laws establishes a jural system or order.

146

A law that regulates human conduct has attributes similar to physical laws. But laws regulating human conduct are distinguished from physical laws in that they are not self-executing, as are physical laws. Such laws usually need an outside force to assure they are executed. Also, a law which regulates human conduct is not always of effect or enforceable, as it is limited or controlled by other laws and conditions. Where a conflict of laws exists, the superior law prevails. Also, a law for human conduct cannot be enforced where the right of a person to act differently exists. When the proper law is enforced or upheld, it is regarded as justice or doing that which is right and just.

Law then must have a binding legal force, and an appropriate means for its enforcement of execution to be of any use or importance in human affairs. This is because the concept of laws implies a command, not an opinion or suggestion. Certainly no law would exist, or need to exist, if there were not those who are required to follow and obey it.

A law regulating human conduct can be of two types. It can be negative by prohibiting an act or declaring that it shall not be done, or it can be affirmative by commanding or requiring an action to be done. Most law is of a negative nature, Law can also be written, such common law, natural law, or international law. We will find that we are subject today are not constitutions or even legislative statutes directly, but a type of unwritten law.

If one is obliged or required to obey a law, there must of necessity be an authority for the law to exist.

"Law in the since in which courts speak of it today, does not exist without some definite authority behind it." Black & White Taxi Transfer Co. v. Brown & Yellow Taxi Transfer Co., 276 U.S. 518, 533 (1927).

147

The question we should be asking or looking into regarding all the oppressive and what appears to be unconstitutional law is, what is the authority behind this law? The answer to this primarily depends upon the source of the law and our relationship to that source.

### The Source of a Law

We generally understand that all laws which regulate human conduct are either human or divine according to whether they have man or God for their author or source. Under Anglo-Saxon jurisprudence, the law of God has always stood in pre-eminence in relation to human law.

"Man's laws are strength less before God's laws, consequently a human law, directly contrary to the law of God, would be an absolute nullity." Border v. State, 11 Ark. 519, 526 (1951).

While this proposition is quite true and important, it also acknowledges that man is the source of law. Actually, God has in many instances recognized that this ability or power for human law does exist, as with kings, patriarchs or heads of a house.

For something to be regarded as a law, it must come from a source which has authority to enact the law. If a person is required to follow a law of another person or entity, then that person must in some manner or degree be subject to the law making entity. Thus the authority for a law depends on the source of the law, and the relationship between that source and the obligated to follow the law. Let us look at some examples of this concept.

The prime example of a law making authority is God. We readily acknowledge that God can enact laws which we are obligated to follow. But what is His authority to do so? Why are we required to follow laws of God? Is it because God is all powerful, or all knowing or because He is eternal? No it is not. God's authority to place law over us lies not the fact that He is

148

omnipotent or a supreme being, but rather in our relationship to God. That relationship lies in the fact that God is out Creator provider. Sir William Blackstone expressed this relationship in his discussion on "the nature of laws" as follows: "Man, considered as a creature, must necessarily be subject to the laws of his Creator, for he is entirely a dependant being. A being, independent of any other, has no rule[law] to pursue, but such as he prescribes to himself; but a state if dependence will inevitable oblige the inferior to take the will of him, on whom he depends absolutely upon his Maker for everything, it is necessary that he should in all points conform to his Maker's will." 1 Blackstone's Commentaries, §38, p.39.

God has the authority to make law we are subject to because we are His creatures and because of our dependence upon Him for necessities of life. These things establish a relationship between us and God, making us legally obligated to Him. Thus, because of these relationships God has authority if a parent to make laws we must follow.

Similar to this the authority of a parent to make laws which a child must follow. A parent is a law making authority over a child not because the parents is stronger or bigger or even more intelligent than the child, but because of the relationship between parent and child. The child, was produced by the parent and is dependent upon the parent, thus when laws come from that source, the child's parent, the child is bound to obey. The parent has authority over the child because of the relationship that exists between them.

The superior strength and knowledge of that parent does not give him the right to make law for any child he thinks needs correction but his own.

### The Enacting Clause

### Constitutional Requirements of Laws

149

All written constitutions prescribe the mode and process of making laws. This includes the reading of the bill on three different days in each house that if passed it is to be signed by the speaker of the house and the president of the senate, the recording of the votes upon the journal, being signed by the governor or president, and other such procedures.

But the constitution also regulates the form and style in which laws are to enact to them laws of the state. The form and style are regarded as essential parts of the law and thus must be included at all times with the law to make it a valid law. Laws or statutes traditionally have had three main parts: The three essential parts of every bill or law are:

(1) the title, (2) the enacting clause, and (3) the body. H. Walker, law making in the United States. p.316. Some laws also have an optional "preamble" after the title.

The title and enacting clause of the law are two aspects of its form and style which are necessitated by both fundamental law and constitutional mandate. Titles and enacting clauses have been used in the process of making laws long before America was a country. But when the comprehensive "Revised Statutes" started to be used, the titles and enacting clauses disappeared from the records and publications of the laws. A look at any modern Revised or Codified Statute book or the United States Code will reveal that the laws within them have neither titles nor enacting clauses. What does this mean? We have to look at these areas specifically to see the ramifications they have on the authority of the law as found in these codes and revisions. We will first examine the enacting clause as this is the main item that directly relates to authority of law. An enacting clause, sometimes called an acting style or enacting authority is that part of a law which usually comes after a title and before the body of the law. The following shows the manner in which this provision is prescribed in some of our state constitutions:

150

### Constitution of California - 1879

Section 1. The enacting clause of every law shall be as follows: "The People of the State of California, represented in Senate and Assembly, do enact as follows."

### Constitution of Indiana - 1851

Section 1. The style of every law shall be, "Be enacted by the General Assembly of the State of Indiana."

### Constitution of North Carolina - 1876

Section 21. The style of the acts shall be: "The General Assembly of North Carolina do enact."

### Constitution of Texas - 1876

Section 29. The enacting clause of all laws shall be. "Be it enacted by the legislature of the State of Texas."

The Constitution for the United States does not prescribe an enacting clause on all congressional laws. The style which has preceded all laws of Congress is, "Be it enacted by the Senate and House of Representatives of the United States of America." The Supreme Court of Georgia in 1967 said that "the constitutions of 46 states specify the form of the enacting clause. Only the constitutions of Delaware, Georgia, Pennsylvania and Virginia, as well as the Constitution of the United States, are silent on the point." The Court also stated the function and purpose of such provisions: The enacting clause is that portion of a statute which gives if jurisdictional identity and constitutional authenticity. *** The purpose of an enacting clause is to establish the act; to give it permanence, uniformity and certainty; to afford evidence of its

151

legislative, statutory nature, and thus prevent inadvertence; possible mistake, and fraud." Joner v. State, 155 S.E.2d 8, 10, 223 Ga. 367 (1967).

The enacting clause fives a statute its "constitutional authenticity," which makes its use essential since the constitution is the source of the legislature's authority for enacting laws. A law can not be regarded as coming from a constitutionally authorized source if it does not have an enacting clause. The enacting clause provides evidence that the law which follows is of the proper legislative source or jurisdiction. This function and purpose or such a constitutional provision has often been expressly stated: "What is the object of the style of a bill or enacting clause anyway? To show the authority by which the bill is enacted into law; to show that the act comes from a place pointed out by the Constitution as the source of legislation." Ferrill v. Keel, 151 S.W. 269, 272, 105 Ark. 380 (1912)

"The enacting clause is a short formal statement, appearing after the title, indicating that all which follows is to become law, and giving the authority by which the law is made. There is no excuse for not using it." Harvey Walker, The Legislative Process," N.Y., Ronald Press Co. (1948), p.346

"The enacting clause is the section of a bill or statute which establishes the whole document as a law." Pearce v. Vittum, 61 N.E. 1116, 1117, 193 111.192 (1901). "The enacting part of a statute is that which declares its enactment and identifies it as an act of legislation." State v. Reilly, 95 Atl. 1005, 1006, 88 N.J. Law 104 (1915)

Since the legislature, and not any other body or agency, is given certain law making authority, an enacting clause is necessary to show that the law in question comes from that duty

assembled legislature. If any law is to have authority behind it, it must have an enacting clause preceding it, as is required by the constitution and fundamental law.

"By an acting clause, the makers of the Constitution intended that the General Assembly should make its impress or seal, as it were, upon each enactment for the sake of identity, and to assume and show responsibility. While the Constitution makes this a necessity, it did not originate it. The custom is in use practically everywhere, and is as old as parliamentary government, as old as king's degrees, and even they borrowed it. The degrees of Cyrus, King or Persia, which Holy Write records, were not the first to be prefaced with a statement of authority. The law was delivered to Moses in the name of the Great I Am, and the prologue to the Great Commandments is no less impelling. But, whether these edicts and commands be promulgated by the Supreme Ruler or by petty kings, or by the sovereign people themselves, they have always begun with some such form as an evidence of power and authority." Commonwealth v. Illinois Cent. R. Co., 170 S.W. 171 175, 160 KY. 745 (1914)

Much of what is often regarded as law, or common law, depends upon what has proven to be legally soundly and commonly used in history. Thus many legal authorities have recognized the historical legacy of using an enacting clause, thus indicating it is a concept of fundamental law.

"Written laws, in all times and all countries, whether the edicts of absolute monarchs, degrees of King of Counsel, or the enactments of representative bodies, have almost invariably, in some form, expressed upon their face the authority by which they were promulgated or enacted. The almost unbroken custom of centuries has been to preface laws with a statement in some form declaring the enacting authority." Sjoberg v. Security Saving & Loan Assn, 73 Minn.

203,212,213 (1898); State v. Kozer, 239 Pac. 805,807 (Ore. 1925) Ruling Case Law, "Statute,"

§22, p.775, 776; City of Carlyle v. Nicolay, 165 N.E. 211, 216,217 (Ill. 1929)

<u>Mandatory Requirements of an Enacting Clause</u>

The question has often been raise as to whether constitutional provisions that call for a particular form and style of laws, or procedure for their enactment, are to be regarded as directory or mandatory. The question is critical since its use will have an effect on the validity of a statute or law. If such provisions are directory, then they are treated as legal advice which those in government can decide whether or not to follow. But if mandatory such provisions must be strictly followed or else the resulting act or law is unconstitutional and invalid.

While a few courts at an early period held that such provision were merely directory, the great weight of authority has deemed them to be mandatory. In speaking on the mandatory character of enacting clause provisions one legal textbook state:

The view that this provision is merely directory seems to conflict with the fundamental principle of constitutional construction that whatever is prohibited by the constitution, if in fact done, is ineffectual. And the vast preponderance of authority holds such provisions to be mandatory and that a failure to comply with them renders a statute void. Ruling Case Law, vol. 25, "Statutes," § 84, p. 836.

When something is "directory" its usage is only an advisable guide, and can be ignored. But the requirement of an enacting clause is based upon its ancient usage in legislative acts. A declaration of the enacting authority in laws is a usage and custom of great antiquity, * * * and a compulsory observance of it is founded in sound reason. Caine v. Robbins, 131 P.2d 516, 518 61 Nev. 416 (1942).

154

The Supreme Court of Illinois had under consideration an ordinance with no enacting clause. The Court expounded upon why the lack of the clause invalidated the law: Upon looking into the constitution, it will be observed that "The style of the laws of this State shall: 'Be it enacted by the People of the State of Illinois, represented in the General Assembly.'" (Art. 4 § 11). * * * The foregoing sections of articles 3, 4, and 5, of the Constitution, are the only ones in that instrument proscribing the mode in which the will of the people, acting through the legislative and executive departments of the government, can become law. * * * That these provisions, giving the form and mode by which, * * * valid and binding laws are enacted, are, in the highest sense mandatory, and cannot be doubted. * * * Then it follows that this resolution cannot be held to be a law. It is not the will of the people, constitutionally expressed, in the only mode and manner by which that will can acquire the force and validity, under the constitution, of law for this legislative act is without a title, has no enacting clause, * * * and is sufficient to deprive this expression of the legislative will of the force and effect of law; and the same did not become, therefore, and is not legally binding and obligatory upon the respondents. City of Carlyle v. Nicolay, 165 N.E. 211, 215, 216 (Ill. 1929); affirmed, Liberty Nat. Bank of Chicago v. Metrick, N.E. 2d 308, 310, 410 Ill. 429 (1951).

The Court concluded that the constitutional provisions regulating the form and mode of laws, such as the enacting clause and title, are "essential and indispensable parts: of the process making laws.

The Supreme Court of Arkansas, on several occasions, ruled on the necessity of an enacting clause: As long ago as 1871, this court, in Vinsant v. Knox, 27 Ark. 266, held that the constitutional provision that the style of all bills should be, "Be it enacted by the General

Assembly of the state of Arkansas," was mandatory, and that a bill without this style was void, although otherwise regularly passed and approved. Ferill v. Keel, 151 S.W. 269, 273, 105 Ark. 380 (1912).

In a case in Nevada a law passed the legislature without a proper enacting clause, raising the question of whether the constitutional enacting clause was a requisite to a valid law. The Court said it was because the provision was mandatory: The said section of the Constitution is imperative and mandatory, and a law contravening its provisions is null and void. If one or more of the positive provisions of the Constitution may be disregarded as being directory, why not all? And if all, it certainly requires no argument to show what the result would be. The Constitution, which is the paramount law, would soon be looked upon and treated by the binding force or effect; a mere "rope of sand," to be held together or pulled to pieces at its will and pleasure. We think the provisions under consideration must be treated as mandatory.

Every person at all familiar with the practice of legislative bodies is aware that one of the most common methods adopted to kill a bill and prevent its becoming a law, is for a member to move to strike out the enacting clause. If such a motion is carried, the bill is lost. Can it be seriously contended that such a bill, with its head cut off, could thereafter by any legislative action become a law? Certainly not. Nevada v. Rogers, 10 Nev. 250, 255, 256 (1875); approved in Caine v. Robbins, 131 P. 2d 516, 518, 61 Nev. 416 (1942).

This case was cited and approved by the Supreme Court of Michigan, which also stated: It will be an unfortunate day for constitutional rights when courts begin the insidious process of undermining constitutions by holding unambiguous provisions and limitations to be directory

156

merely, to be disregarded at please. People v. Dettenhaler, 77 N.W. 450, 453, 118 Mich. 595 (1898).

In Montana, a case arose that involved a statute with a "defective enacting clause." The Supreme Court of Montana, after quoting the constitutional section relating to the enacting clause, held that: These provisions are to be construed as mandatory and prohibitory, because there is no exception to their requirements expressed anywhere in the Constitution. * * * WE think the provisions of the Constitution are so plainly and clearly expressed and are so entirely free from ambiguity that there can be no substantial ground for any other conclusion than that Chapter 199 was not enacted in accordance with the mandatory provisions of that instrument, and that the Act must be declared invalid. Vaughn & Ragsdale Co. v. State Bd. of Equalization, 96 P.2d 420, 423, 424, 109 Mont. 52 (1939).

In affirming this decision in a later case, the same Court said that "the enacting clause of a bill goes to the substance of that bill; it is not merely procedural." Morgan v. Murray, 328 P.2d 644, 656 (Mont. 1958). The Court also said that a resolution could not be regarded as a law because, "It had no enacting clause without which it never could become a law." State v. Highway Patrol Board, 372 P.2d 930, 944 (Mont. 1962).

The Court of Appeals of Kentucky held a statute void for not having an enacting clause, holding that all constitutional provisions are mandatory. Certainly there is no longer room for doubt as to the effect of all provisions of the Constitution of this state. By common consent they are deemed mandatory. * * * No creature of the Constitution has power to question its authority or to uphold inoperative any section or provision of it. * * * The bill in question is not complete; it does not meet the plain constitutional demand. Without an enacting clause it is void.

157

Commonwealth v. Illinois Cent. R. Co., 170 S.W. 171, 175, 160 Ky. 745 (1914); Louisville Trust Co. v. Morgan, 203 S.W. 555, 180 Ky. 609 (1918).

The mandatory character of laws was examined by the Supreme Court of Tennessee, which reviewed many other cases and concluded the following: The provision we are here called upon to construe is in plain and unambiguous words. The meaning of it is clear and indisputable, and no ground for construction can be found. The language is: "The style of the laws of this state shall be." etc. The word "shall," as used here, is equivalent to "must." We know of no case in which a provision of the Constitution this expressed has been held to be directory. We think this one clearly mandatory, and must be complied with by the Legislature in all legislation, important or unimportant, enacted by it; otherwise it will be invalid. State v. Burrow, 104 S.W. 526, 529, 119 Tenn. 376 (1907); Biggs v. Beeler, 173 S.W.2d 144, 146 (Tenn. 1943).

This case was reported by the New Jersey Superior Court which cited the following from the case: The provision of these solemn instruments (constitutions) are not advisory, or mere suggestions of what would be fit and proper, but commands which must be obeyed. Village of Ridgefield Park v. Bergen Co. Bd. of Tax., A.2d 132, 134, 62 N.J. Super. 133 (1960).

The Supreme Court of Minnesota, in one of the landmark cases on this subject, held the following regarding the enacting clause provisions in its Constitution: Upon both principle and authority, we hold that article 4 § 13, of our constitution, which provides that "the style of all laws of this state shall be, 'Be it enacted by the legislature of the state of Minnesota,' is mandatory, and that a statute without any enacting clause is void. Strict conformity with the constitution ought to be an axiom in the science of government. Sjoberg v. Security Savings & Loan Assn., 75 N.W. 1116, 73 Minn. 203, 212 (1898); affirmed in Freeman v. Goff, 287 N.W.

238, 241, (Minn. 1939); State v. Naftalin, 74 N.W.2d 249, 262 (Minn. 1956); State v. Zimmerman, 204 N.Q. 803, 812 (Wis. 1925).

Section 45 of the Constitution of Alabama prescribes that, "the style of laws of this state shall be, 'Be it enacted by the Legislature of Alabama.'" In determining the nature and purpose of this section the Federal Circuit of Alabama stated: Complainant corrects urges that this section is mandatory, and not directory; that not equivalent words will suffice; and that any departure from the mode prescribed is fatal to the enactment, since, if one departure, in style, however slight, is permitted, another must be, and the constitutional policy embodied in the section would soon become without any force whatsoever. Montgomery Amusement Co. v. Montgomery Traction Co., 139 Fed. 353, 358 (1905), affirmed, 140 Fe. 988.

The Supreme Court of Georgia said the use of an enacting clause is "essential," and that without it the Act they had under consideration was "nullity and of no force and effect as law." Joiner v. State, 155 S.E.2d 8, 10, 223 Ga. 367 (1967). This decision was based upon the traditional use of an enacting clause by Georgia's General Assembly. In an earlier decision the Court held that a measure containing no enacting clause had no effect as intended in a legal sense. Walden v. Town of Whigham, 48 S.E. 159, 120 Ga. 646 (1904).

The Supreme Court of North Carolina held that an act prohibiting the sale of spirituous liquors is inoperative and void for want of an enacting clause as prescribed by the Constitution: The very great importance of the constitution, as the organic law of the state and people, cannot be overstated. * * * It is not to be disregarded, ignored, suspended, or broken, in whole or in part. * * * When it prescribes that a particular act or thing shall be done in a way and manner specified, such direction must be treated as a command, and an observance of it essential to the

effectiveness of the act or thing to be done. Such act cannot be complete; such thing is not effectual, until done in the way and manner so prescribed. State v. Patterson, 4 S.E. 350, 351, 98 N.C. 660 (1887).

The case was later approved by the Court holding that an enacting clause is "mandatory," and thus the act under consideration which had no enacting clause "must be regarded as inoperative and void." It further said: To be valid and effective the Acts of the General Assembly must be enacted in conformity with the Constitution. Advisory Opinion In Re House Bill No. 65, 43 DE.2d 73, 76, 77 (N.C. 1947).

The Supreme Court of Missouri held that constitutional requirements, such as that for an enacting clause, "are mandatory are not directory." The case involved an initiative measure by the people which was without an enacting clause as required by the constitution. The Court said that, "under such a requirement the omission of an enacting clause in a proposed initiative measure renders it void." State ex rel Scott v. Kilpatrick, 484 S.W.2d 161, 163 (Mo. 1972). Earlier the Court held that where a law fails to conform to such provisions "there is no other alternative but to pronounce it invalid. The State of Missouri v. Miller, 45 Mo. 495, 498 (Mo. 1870).

In a similar case in Arkansas, a legislative initiative under the state constitution required having a specific enacting clause, but the initiative involved had no such clause.    The Court held: This constitutional requirement, that the measure sough to be initiated shall have an enacting clause, is mandatory. There is absolutely no enacting clause in the measure here involved; and therefore, the petition is not legally sufficient. The absence of the enacting clause is a fatal defect. Hailey v. Carter, 251 S.W. 2d 826, 828 (Ark. 1952).

The dangers of not treating such provisions as mandatory have been noted: It seems to us that the rule which gives to the courts and other departments of the government a discretionary power to treat a constitutional provision as directory, and to obey it or not, at their pleasure, is fraught with great danger to the government, and to the rights and liberties of the people, than the doctrine which permits a loose, latitudinous, discretionary construction of the organic law. Hunt v. State, 3 S.W. 233, 235, 22 Tex. App. 396 (1886).

That an enacting clause provisions is mandatory and not directory, and that its absence renders a law invalid, was also held by the Supreme Court of South Carolina [Smith v. Jennings, 45 S.E. 821, 67 S.C. 324 (1903)], and the Supreme Court of Indiana. See May v. Rice, 91 Ind. 546 (1883). These provisions relating to the mode of enacting laws "have been repeatedly held to be mandatory, and that any legislation in disregard thereof is unconstitutional and void." State and Burlington & M.R.R. Co., 84 N.W. 254, 255, 60 Neb. 741 (1900).

This laws which fail to adhere to the fundamental concept of containing an enacting clause lose their authority as law. It thus would seem quite clear that the lack of enacting clauses on the laws used in Revised Statutes or the U.S. Code have no sign of authority and are void as laws. It was not a choice of Congress or the Legislature to approve of laws which have no enacting style. The use of such form and style for all laws is mandatory, and any failure to comply with it for any reason, such as for convenience, renders the measure void.

The Absence of an Enacting Clause

Provision in a Constitution

While the U.S. Constitution and a few state constitutions do not specifically prescribe that all laws use an enacting style, its use is nonetheless required by out written constitution. The

use of an enacting clause and even title exists by fundamental law; they are common law concepts.

Like many other old and well established concepts of law and procedure, the framers of the U.S. Constitution did not feel it necessary to write into it the requirement of an enacting clause or titles on all laws. There are so many of these fundamental concepts that it would be impractical to list them all in a constitution. But that does not mean they don't exist, just like the rights enumerated in the Bill of Rights were not originally written into the Constitution because they were recognized to be so fundamental it would se superfluous to list them.

That the use of an enacting clause is necessary or required despite its failure to be prescribed in a constitution has been often recognized. Several legal authorities have cited with approval Mr. Cushing, in his Law & Practice of Legislative Assemblies (1819) § 2102, where he states: (1) Where enacting words are prescribed, nothing can be a law which is not introduced but hose very words, even though others which are equivalent are at the same time used. (2) Where the enacting words are not prescribed by a constitutional provision, the enacting authority must notwithstanding be stated, and any words which do this to a common understanding are doubtless sufficient, or the words may be prescribed by rule.  In this respect much must depend upon its usage. Smith v. Jennings, 45 S.E. 821, 824, 825, S.C. 324 (1903); Commonwealth v. Illinois Cent R. Co., 170 S.W. 171, 173, 160 Ky. 745 (1914); State of Nevada v. Rogers, 10 Nev. 250, 256, 257 (1875); Sjoberg v. Security Savings & Loan Assn. 73 Minn. 203, 211, 75 N.W. 1116 (1898).

The usage of an enacting clause is thousands of years old, and every state and the United States have followed this custom from the beginning. This for something to be regarded as a true and valid law it is logical that one would expect to see an enacting clause on its face.

One of the leading cases on this issue was from the Supreme Court for the Territory of Washington. The validity of an act of the Territorial Legislature that would move the seat of the government was in question. The act had no enacting clause, and the territory had no constitution of its own requiring one, as it was generally governed by the U.S. Constitution. The Court held the law invalid stating: Strip this act of its outside appendages, leave it "solitary and alone," is it possible for any human being to tell by what authority the seat of government of Washington Territory was to be removed from Olympia to Vancouver?

The staring fact that the constitutions of so many states, made and perfected by the wisdom of their greatest legal lights, contain a statement of an enacting clause, in which the power of the enacting authority is incorporated, is to our minds a strong, and powerful argument of its necessity. It is fortified and strengthened by the further fact that Congress, and the other states, to say nothing of the usage, prefaced all their laws with some set form of words, in which is contained the enacting authority. Guided by the authority of such eminent jurist as Blackstone, Kent, and Cushing, and the precedents of national and state legislation, the Court arrives with satisfaction and consciousness of right in declaring, that where an act like the one now under consideration, is wanting in the essential formalities and solemnities which have been mentioned, it is inoperative and void, and of no binding force or effect. In re Seat of Government, 1 Wash. Ter. 115, 123, (1851).

163

The Court here judges the validity of the law based upon fundamental law, than any specific constitutional provision. This case has been cited quite frequently by various legal texts and courts and always in a favorable or approving manner.

Various law textbooks in the discussion of statutes have clearly stated the need for an enacting clause despite the lack of a constitutional provision for one: Although there is no constitutional provision requiring an enacting clause, such a clause has been held to be requisite to the validity of a legislative enactment. 82 Corpus Juris Secundum, "Statutes," § 65, p. 104. In recognition of this custom [of using an enacting clause]' it has sometimes been declared that an enacting clause is necessary to the validity of a statute, although there is no provision in the fundamental law requiring such a clause. Ruling Case Law, vol. 25, "Statutes," § 22, p. 776.

In 1967, the Supreme Court of Georgia held that a law without an enacting clause was null and void, even though their State constitution had no provision requiring one. They based their decision on the long standing custom of its usage. Joiner v. State, 155 S.E.2d 8, 10 223 Ga. 367 (1967).

The requirement that all laws contain an enacting style or clause is deeply rooted in precedent and the common law. There thus need not be ant constitutional provision for an enacting clause to make its usage mandatory. If it is not used in the law in question is not valid and carries no obligation to be followed.

## Enacting Clauses in the Publication of Statute Books

While it has been decided that the passage of a bill in the legislature without an enacting clause on the bill renders it void as a law, we need to consider the result of not using an enacting clause after it leaves legislature. This is the important question today in light of the fact that the

state "Codes" and "Revise Statutes" and the "U.S. Code" are publications which purport to be law, but which use no enacting clause. Is a publication of a law without an enacting clause a valid and lawful law?

If laws are only required to have an enacting clause while in the legislative system, only to be thereafter removed, then what is their value and purpose to the public? If they are to serve as evidence of a law's legislative nature, and as identification of its source and authority as a law, what good does that function do only for the legislators? The vast majority of the public never sees the bill under consideration until it passes and is printed in public records and statute books. They generally only see the finished "law."  When we read the provisions which require an enacting clause, they say that "all laws shall ...." or "the laws of this State shall ...." They do not say "all bills shall ..." The term "bill" and "law" are clearly distinguished from one another in most constitutions in prescribing the procedure of the legislative process, such as:

"No law shall be passed except by bill"

"No bill shall become a law except by a vote of a majority."

"Every bill which shall pass both houses shall be presented to the governor of the State; and every bill he approves shall become a law."

A bill is a form or draft of a law presented to the legislature. "A bill does not become a law until the constitutional prerequisites have been met." State v. Naftalin, 74 N.W.2d 249, 261, 246 Minn. 181 (1956). Thus a bill is something that becomes a law. Laws do not exist in the legislature, rather only bills do. Laws exist only when the legislative process is followed and completed as prescribed in the constitution.

165

Clearly, the legislature cannot enact a law. It merely has the power to pass bills which may become laws when signed by the presiding officer of each house and are approved and signed by the Governor. Vaughn & Ragsdale Co. v. State Bd. of Eq., 96 P.2d 420, 423 (1939).

Since all constitutional provisions place the requirement of an enacting clause on "laws" it includes the statute as it exists outside the legislative process, that is, as it is published in statute books. We have to also regard the fundamental maxim which states: "A law is not obligatory unless it be promulgated." Black Law's Dictionary, 2d edition, p. 826. An act is not even regarded as law, or enforceable law, unless it is made publicly known. This is usually done through a publication by the proper public authority such as the Secretary of State. But a law is not properly or lawfully promulgated without an enacting clause or title published with the law

Since the constitution requires "all laws" to have an enacting clause, it makes it a requirement on published laws as well as on bills in the legislature. If the constitution said "all bills" shall have an enacting clause, then their use in publications would not be required.

That published laws are to have an enacting clause is make clear but the statement commonly used by legal authorities that an exacting clause of a law is to be "on its face." To be on its face means to be in the same plain of view.

Face has been defined as the surface of anything; especially the front, upper, or outer part or surface; that which particularly offers itself to the view of a spectator. Cunningham v. Great Southern Life Ins. Co., 66 S.W.2d 765, 773 (Tex. Civ. App).

The face of an instrument is that which is shown by the language employed without any explanation, modification or addition from extrinsic facts or evidence. In re Stoneman, 146 N.Y.S. 172, 174.

For the enacting clause to be of any use it must appear with a law, that is, on its face, so that all who took at the law know that it came from legislative authority designated by the Constitution. The enacting clause would not serve its intended purpose if not printed in the statute book on the face of the law.

The purpose of an enacting clause in legislation is to express on the face of the legislation itself the authority behind the act and identify it as act of legislation. Preckel v. Byrne, 243 N.W. 823, 826, 62 N.D. 356 (1932).

The purpose of provisions of this character [enacting clauses] is that all statutes may bear upon their faces a declaration of the sovereign authority by which they are enacted and declared to be the law, and to promote and preserve uniformity in legislation. Such clauses also import a command of obedience and clothe the statute with a certain dignity, believed in all times to command respect and aid in the enforcement of laws. State v. Burrow, 104 S.W. 526, 529, 119 Tenn. 376 (1907).

It is necessary that every law should show on its face the authority by which it is adopted and promulgated, ad that it should clearly appear that it is intended by the legislative power that enacts it that it should take effect as a law.  People v. Dettenthaler, 77 N.W. 450, 451, 118 Mich. 595 (1898); citing Swan v. Black, 40 Miss. 268 (1866).

The enacting clause, sometimes referred to as the commencement or style of the act, is used to indicate the authority from which the statute emanates. Indeed, it is a custom of long standing to cause legislative enactments to express on their face the authority by which they were enacted or promulgated. Earl T. Crawford, The Construction of Statutes, St. Louis, 1940, § 89, p. 125.

A law is "promulgated" by its being printed and published and made available or accessible by a public document such as an official statute book. When this promulgation occurs, the enacting clause is to appear "on the face" of that law, this being printed in that statute book along with the law.

Enacting clauses traditionally appear right after the title and before the body of the law, and when so printed, whether on a bill or in a statute book, it is then regarded as being on the face of the law. It cannot be in some other record or book, as stated by the Supreme Court of Minnesota: If an enacting clause is useful and important, if it is desirable that laws shall bear upon their face the authority by which they are enacted, so that the people who are to obey them need not search legislative and other records to ascertain the authority, then it us not beneath the dignity of the framers of a constitution, or unworthy of such an instrument, to prescribe a uniform style for such enacting clause. Sjoberg v. Security Savings & Loan Assn., 73 Minn. 203, 213, 75 N.W. 1116 (1898).

This case dealt with "the validity if Laws 1897, c. 250," and it was held that "Law 1897, c. 250, is void." While the court mainly decided this because the law had no enacting clause when signed by the governor, it clearly expressed that if laws are to be regarded as valid laws of the state, they "must express upon their face the authority by which they were promulgated or enacted." The law was published in the statute book without an enacting clause (see Fig. 1). The law was thus challenged as being "unconstitutional" because it "contains no enacting clause whatever."

The enacting clause must be readily visible on the face of the statute so that citizens don't have to search through the legislative journals or other records or books to see if one exists. Thus

168

a statute book without the enacting clause is not a valid publication of laws. In regards to the validity of a law that was found in their statute books without an enacting clause, the Supreme Court of Nevada held: Our constitution expressly provided that the enacting clause of every law shall be, "The people of the state of Nevada, represented in senate and assembly, do not enact as follows." This language is susceptible of but one interpretation. There is no doubtful meaning as to the intention. It is, in our judgment, an imperative mandate of the people, in their sovereign capacity, to the legislature, requiring that all laws, to be binding upon them, shall, upon their face, express the authority by which they were enacted; and since this act comes to us without such authority by which they were enacted; and since this act comes to us without such authority appearing upon its face, it is not a law. State of Nevada v. Rogers, 10 Nev. 120, 261 91875): cited with approval in: People v. Dettenthaler, 77 N.W. 450, 452, 118 Mich. 595 (1898): Kefauver v. Spurling, 290 S.W. 14, 15 154 Tenn. 613 (1926).

The manner in which the law came to the court was by the way it was found in the statute book, cited by the Court as "Stat. 1875, 66," and that is how they judge the validity of the law. Since they saw that the act, as it was printed in the statute book, had an insufficient enacting clause on its face, it was deemed to be "not a law." It is only by inspecting the publicly printed stature book that the people can determine the source, authority and authenticity of the law they are expected to follow.

The Supreme Court of Arkansas, in construing what are the essentials of law making, and what constitutes a valid law, stated the following: A legislative act, when made, should be a written expression if the legislative will, in evidence, not only of the passage, but of the authority of the law-making power, is nearly or quite a self-evident proposition. Likewise, we regard it as

169

necessary that every act, this expressed, should show on its face the authority by which it was enacted and promulgated, in order that it should clearly appear, upon simple inspection of the written law, that it was intended by the legislature power which enacted it, that it should take effect as law. These relate to the legislative authority as evidence of the authenticity of the legislative will. These are features by which courts of justice and the public are to judge of its authenticity and validity. These, then, are essentials of the weightiest and importance, and the requirements of their observance, in the enacting and promulgation of laws is absolutely imperative. Not the least important of these essentials is the style or enacting clause. Vinsant, Adm'x v. Knox, 27 Ark. 266, 284, 285, (1871).

The common mode by which a law is "promulgated" is by it being printed and published in some authorized public statute book. Thus that mode of promulgation must show the enacting clause of each law therein on its face, that is, on the face of the law as it is printed in the statute book. This is the only way that the "courts of justice and the public are to judge of its authenticity and validity."

The decision in the Vinsant case was later approved by the Court in a case where a man was convinced of failing to follow an animal health law – "The Tick Eradication Law." He appealed by demurrer on the basis that the law claimed violated in the indictment did not have an enacting clause as found in the statute book. The Court said: The appellant demurred to the indictment on the ground that the facts stated do not charge a public offense. The appellant contends that Act 200 of the Acts of 1915, p. 804. Providing a method for putting in operation the tick eradication law in Pike Country, was void because it has no enacting clause. Appellant is correct in this contention. The act contains no enacting clause, and, under the decisions of this

court, such defect renders it a nullity. Article 5, § 19, and article 29, amend. 10, Const. 1874; Vinsant, Adm'x v. Knox, 27 Ark. 266. Palmer v. State, 208 S.W. 436, 137 Ark. 160 (1919).

The section of the state Constitution cited by the Court (Art. 5, § 19) states: "The style of the laws of the State of Arkansas shall be: 'Be in enacted by the general assembly of the State of Arkansas'." The laws of the State are to bear this enacting style; otherwise they are not valid laws. The law in this case was missing this constitutional prerequisite of an enacting clause as printed in the statute book (see Fig. 2). As such it carried no force and effect as a law. Thus, laws as they are taken or cited from statute books, which have no enacting clause, cannot be used to charge someone with a public offense because they are not valid laws.

In a case in Kansas, a man was indicated for violating a law making it unlawful to print and circulate sandals, assignations, and immoral conduct of person. He was arrested upon an indictment and applied for his discharge upon habeas corpus alleging that the act of the legislature was not properly published. The act had been published several weeks before the indictment, "which publication omitted an essential part of said act, to wit, the enacting clause." The Court held that the act was not properly and legally published, at the time the indictment was found, thus the act was not in force at the time the indictment was brought against the petitioner. The Court also Held: The publication of an act of the legislature, omitting the enacting clause or any other essential part thereof, is no publication in law. The law not being in force when the indictment was found against the petitioner, nor when the acts complained of therein were done, the petitioner could not have been guilty of any crime under its provisions, and is therefore, so far as this indictment is concerned, entitled to his discharge. In re Swartz, 27 Pac. 839, 840, 47 Kan. 157 (1891).

There was no question involved here of whether an enacting clause was used on the bill of the legislature. The fact that the law was published without one was sufficient to render it void or invalid. Thus a publication of an act omitting the enacting clause is not a valid publication of the act. If the required statement of authority is not on the fact of the law, it is not a law that has any force and effect. Such a published law cannot be used on indictments or complaints to charge persons with a crime for its violation. This decision was upheld and affirmed by the court in 1981, when it said:

In (the case of) in re Swartz, Petitioner, 47 Kan. 157, 27 P. 839 (1891), this court found the act in question was invalid because it had been mistakenly published without and enacting clause. We again adhere to the dictates of that opinion. State v. Kearsn, 623 P. 2d 507, 509, 229 Kan. 207 (1981).

Thus whatever is published without an enacting clause is void, as it lacks the required evidence or statement of authority. Such a law lacks proof that it came from the authorized source spelled out in the constitution, and thus is not a valid publication to which the public is obligated to give any credence.

In the law text, Ruling Case Law is a section that deals with the requirements of statutes, and under the subheading, "Publication of Statutes," it says: The publication of a statute without the enacting clause is no publication. Ruling Case Law, vol. 25, "Statutes," Section 133, p. 884: citing L.R.A. 1915B, p. 1065.

A publication of a statute book without the title and enacting clause on the laws therein is an incomplete or invalid publication, just like a publication of a book or magazine article is incomplete without the title and author's name: it is just a nameless body of words.

172

When a law in Kentucky was claimed to be void because it was found to have no enacting clause, the Court of Appeals of Kentucky read the entire law (Chapter 68) from the statute book and then said: It will be noticed that the act does not contain an enacting clause. *** The alleged act or law in question is unnamed; it shows no sign of authority; it carries with it no evidence that the General Assembly or any other lawmaking power is responsible or answerable for it. Commonwealth v. Illinois Cent. R. Co., 170 S.W. 171, 178, 160 Ky. 745 (1914).

The law was thus declared "void" because of the fact that the act appeared in the statute book without an enacting clause (see Fig. 3). Likewise, the alleged laws in the U.S. Code or the state Revised Statutes are "unnamed," they show "no sign of authority" on their face; there is no evidence that they came from Congress or a State Legislature. The enacting clause has been deliberately removed from these "laws" and they thus are only nameless decrees without authority. The Supreme Court of South Carolina said that in order for bills to "have the force of law," they "must have an enacting clause showing the authority by which they were promulgated". Smith v. Jennings, 67 S.C. 324, 45 S.E. 821, 824 (1903). Thus the publication of a law must display its enacting authority.

The Kentucky case above was cited later by the same Court when it was found that an enacting clause was missing from "chapter 129, p. 540, of the Sessions Acts" for 1934. Regarding this omission the Court said: By oversight and mistake the constitutionality required enacting clause was omitted from the act, thereby rendering it illegal and invalid. Stickler v. Higgins, 106 S.W. 2d 1008, 1009 Ky. 260 (1937).

173

The law in question, which was to "consolidate the county offices of sheriff and jailer," was deemed to be "ineffectual" in accomplishing its objective because it was published without an enacting clause for some unknown reason (see Fig. 4).

In a case in Montana, the validity of a statute in its statute book (Chapter 199, Laws of 1937) was being questioned because it had a faulty or insufficient enacting clause. The State Supreme Court held the law invalid stating: The measure comes before this court in the condition we find it in the duly authorized volume of the Session Laws of 1937, and in determining whether Chapter 199 is invalid or not we are confronted with a factual situation. It is entirely immaterial how the defective enacting clause happens to be a part of the measure. Vaughn & Ragsdale Co. v. State Board of Equalization, 96 P.2d 420, 422 (Mont. 1939)

Here again the invalidity of the law, due to its "defective" enacting clause, was judged by its condition as it was published in the statue books of the State (see Fig. 5). The law had the enacting clause, "Be it enacted by the people of Montana."But this style was only to be used for measures initiated by the people. Laws passed by the Legislature were to have a different enacting clause - "Be it enacted by the Legislative Assembly of the State of Montana." As this was a legislative enactment, it was void for having the wrong enacting clause.

In North Carolina a legislative enactment for the incorporation of a town and the regulation of spirituous liquors therein was challenged because it had no enacting clause. The law was cited from the statute book as "Priv. Acts 1887, c. 113, Section 8 (see Fig. 6). A man was indicted with the offense of selling spirituous liquors in the town and there was a verdict of guilty. On appeal the State Supreme Court said there was "error" in the judgment because the law charged against the man was void, stating: In the case before us, what purports to be the

174

statute in question has no enacting clause. and nothing appears as a substitute for it. *** The constitution. in article 2. in prescribing how statutes shall be enacted. provides as follows: "Section 23. The style of the acts shall be: 'The General Assembly of North Carolina do enact'." It thus appears that its farmers. and the people who ratified it. deemed such provisions wise and important: the purpose being to require every legislative act of the legislature to purport and import. upon its face to have been enacted by the general assembly. We are therefore of the opinion that the supposed statute in question has not been perfected. and is not such in contemplation of the constitution: that it is wholly inoperative and void. State v. Patterson. 4 S.E. 350. 352. 98 N.C. 660 (1887).

This alleged law could not be called a law pursuant to the constitution. because it existed in the statute books without an enacting clause on its face.

In a case in Louisiana. a law was claimed to be unconstitutional based on the fact that it had no enacting clause as it existed in statute book (see Fig. 7). The main evidence that the court book used in holding the act unconstitutional was its status as found within the printed book. The contention that the statute of 1944 is unconstitutional is based upon the fact that it contains no enacting clause. The State Constitution of 1921. in Section 7 of Article 3. provides that: "The style of laws of this State shall be: 'Be it enacted by the Legislature of Louisiana.'" A mere glance at an official volume of the acts of 1944. discloses that the statute in question. Act 303 or 1944. contains no such enacting clause nor any part thereof.*** And from the fact that it does not appear in the printed volume of acts. we conclude that the act was originally and finally defective. O'Rourke v. O'Rourke. 69 So. 2d 567. 572. 575 (La. App. 1954).

It could not be deduced exactly how the law came to be with no enacting clause. An examination of the original journal of the proceedings of each house could not disclose whether the enacting clause was present when the act was passed. The Court thus relied upon the status of the law in the printed statute book as proof of the overall status of the law. Thus the law was said to be "originally" defective because it was deduced that there was no enacting clause when the act was passed, and it was "finally" defective because it was printed in the volume of the acts without an enacting clause.

In a later case, this same court upheld this decision in declaring that a law was void because it too was recorded or printed in the statute books without an enacting clause: The state statute on which both plaintiff and defendant rely cannot be given effect. What is reported in La. Acts 1968, Ex. Sess., as Act No. 24 is not law because it does not contain the enacting clause which La. Const. Art. 3, Section 7 requires to distinguish legislative action as law rather than mere resolution or some other act. Complete absence of the enacting clause renders the statute invalid. First National Bank of Commerce, New Orleans v. Eaves, 282 So. 2d 741, 743, 744 (La. App. 1973).

Again the invalidity of the law was deduced by the manner in which it was published (see Fig. 8). This decision raises another reason why the enacting clause must be printed in the public law book. It is so that citizens can identity it as a public law as opposed to a resolution, proclamation, executive order, or administrative rule. The enacting clause distinguishes a true public law from these other type of acts.

An enacting style of a law generally reads, "Be it enacted," while the style of a resolution usually reads, "Be it resolved," or "Resolved, that." Most state constitution make a distinction

between a law and a resolution. The Constitution for the United States distinguishes a "resolution" and "order" from a "bill" which can "become a law" (Article 1, Section 7). They each go through the same basic formalities with respect to vote and procedure in congress, but they are not the same thing.

When we look at the "laws" in the "United States Code," how do we know that they are public laws passed by Congress? For all we know they could be "mere resolutions," which carry no force and effect as laws. When we are charged with a violation of a law from the "Oregon Revised Statutes," how do we know that this is a law from the legislature of Oregon, as authorized by the Constitution of Oregon? There is no enacting clause on the face of the law to indicate whether it is a law, a resolution, an order, or an administrative rule. What then is a resolution?

Resolution- the term is usually employed to denote the adoption of a motion, the subject-matter of which would not properly constitute a statute; such as a mere expression of opinion; and alteration of the rules; a vote of thanks or of censure, etc. Black's Law Dictionary, 2nd edition. p. 1027. A resolution or order is not a law, but merely the form in which the legislative body expresses an opinion. Chicago & N.P.R. Co. v. City of Chicago. 51 N.E. 596, 598 (Ill. 1898); Village of Altamont v. Baltimore & O.S.W. Ry. Co., 56 N.E. 340, 341, 184 Ill. 47; Van Hovenberg v. Holeman. 144 S.W. 2d 718, 721, 261 Ark. 370 (1940). The general rule is that a joint or concurrent resolution adopted by the legislature is not a statute, does not have the force or effect of law, and cannot be used for any purpose for which an exercise of legislative power is necessary. 73 American Jurisprudence, 2nd, "Statutes,"... Section 3, p. 270; cases cited.

177

In Indiana, a joint resolution was passed for the appropriation of money, which used the enacting style: "Be it resolved by the General Assembly of the State of Indiana." The State Constitution allows for the appropriation of funds to be made only by law. The State Supreme Court said "the resolution is not law," as laws for the appropriation of money "cannot be enacted by joint resolution." May v. Rice, 91 Ind. Rep. 546 (1883).

That which is printed in the Revised Statute books and the U.S. Code could just as well be resolutions, which carry no force of law. If these statutes had enacting clauses, all would know what they were, the authority for their existence, and how they affect their rights and obligations. But they have no enacting clauses, and thus these publications in law which can be used to charge citizens with a crime. No enacting clause has been published with these "laws." They are only words of some committee, and thus are not constitutionally authorized laws which citizens are obligated to follow or obey.

So we must confront those in government who try to accuse us of violating a law published in some code, and ask them what is the authority for this law to exist? Where is its enacting authority on its face that identifies it as a law of the legislature? A law exists not only in the manner in which it is enacted, but also in the manner in which it is promulgated or published. A law cannot validity exist in printed form without the constitutionally required enacting clause.

## Procedure, Jurisdiction & Arguments

### Criminal Jurisdiction

Jurisdiction, in terms of the authority of a court, is of two main types, as Judge Cooley states: The proceedings in any court are void if it wants jurisdiction of the case in which it has assumed to act. Jurisdiction is, first, of the subject-matter; and second, of the persons whose

rights are to be passed upon. Thomas M. Cooley, A Treatise on the Constitutional Limitations, Little, Brown, & Co., Boston, 1883 p. 493. Both types of jurisdiction are required in criminal matters. To try a person for the commission of a crime, the trial court must have jurisdictions of both the subject matter and the person of the defendant. 21 American Jurisprudence, "Criminal Law," Section 338, p. 588. Personal jurisdiction (in personum jurisdiction). See jurisdiction II main complaint for discover (pp. 52-59)

Jurisdictional arguments, to be of any merit, even in the present day de facto courts, have to be based upon some concept of law that would have had merit 150 years ago. All of the popular jurisdictional arguments used today fail this test. But by Divine Providence a flaw has been placed within the current corrupt legal system, one which causes it to exist and operate without any actual jurisdiction to which citizens are subject. This flaw relates to subject matter jurisdiction, not personal jurisdiction. The system that has grown up around us has a defect which causes a lack of subject matter jurisdiction in the courts, which means that no criminal case can be lawfully tried.

But it is important that one know of this defect so it can be asserted against officials or in court, for if it is not, then it is as though the defect doesn't exist. The key then lies in understanding subject matter jurisdiction.

Subject Matter Jurisdiction

Jurisdiction of the subject matter involves the actual thing involved in the controversy. In civil matters it is usually some property or money in dispute, or it might be the tort or wrong one committed against another, or it might be a contract, marriage, bankruptcy, lien or will that is in

dispute. If the property or thing in dispute never existed there would be no subject matter jurisdiction.

In criminal proceedings the thing that forms the subject matter is the crime or public offense that is allegedly committed. The subject-matter of a criminal offense is the crime itself. Subject-matter in its broadest sense means the cause; the object; the thing in dispute. Stillwell v. Markham, 10 P.2d 15, 16 (Kan. 1932).

Most cases in which there would be a want of subject matter jurisdiction are self evident. If a subject matter or crime is outside the territorial jurisdiction of the court, then the court would not have jurisdiction over the thing or crime involved. Also, certain types of courts are given the authority, either by constitutional grant or statute, to hear certain types of cases. A federal tax court has subject matter jurisdiction over federal tax matters, not over state tax matters or over bankruptcy cases. A probate court has jurisdiction over a will, but has no subject matter jurisdiction over the crime of burglary. A Justice of the Peace, who is given authority to hear misdemeanor cases, has no subject matter jurisdiction to hear any felony cases.

It thus is said in a general sense that subject matter jurisdiction refers to the power of the court to hear and decide a case, or a particular class of cases; this is because jurisdiction of a court is derived from law (constitution or statue), and cannot be conferred by consent. The law creates courts and defines their powers.  Consent cannot authorize a judge to do what the law has not given him the power to do.  Singleton v. Commonwealth, 208 S.W. 2d 325, 327, 306 Ky. 44 (1948).

Because subject matter jurisdiction is a matter of law and authority of the court to hear a matter, the accused cannot waive the lack of it, or even give his consent to it if it does not exist.

Thus, the issue of subject matter jurisdiction can be raised at any time during the case, even after a plea has been entered. Jurisdiction of the subject matter is derived from the law. It can neither be waived nor conferred by consent of the accused. Objection to the court over the subject matter may be urged at any stage of the proceedings, and the right to make such an objection is never waived. However, jurisdiction of person of the defendant may be acquired by consent of the accuses or by waiver of objections. 21 American Jurisprudence, 2nd., "Criminal Law," § 339, p. 589. It is everywhere held that jurisdiction over subject matter or cause of action cannot be conferred upon a Court by consent or waiver, but may be question at any stage or the proceedings. Harris v. State, 82 A.2d 387, 389, 46 Del. 111 (1950).

Even if one fails to raise the issue of the lack of subject matter jurisdiction at trial, he can still raise the issue on appeal. It is elementary that the jurisdiction of the court over the subject matter of the action is the most critical aspect of the court's authority to act. Without it the court lacks any power to proceed; therefore, a defense based upon this lack cannot be waived and may be asserted at any time. Accordingly, the appellants may raise the issue of jurisdiction over the matter for the first time on appeal trial court. Matter of Green, 313 S.E. 2d 193, 195 (N.C. App. 1984). A reviewing court is required to consider the issue of subject matter jurisdiction even where it was not raised below in order to avoid an unwarranted exercise of judicial authority. Honomichl v. State, 333 N.W. 2d 797, 799 (S.D. 1983).

There is nothing that one can do, or fail to do, that would cause the issue of subject matter jurisdiction to be lost. Even if a person pleads guilty he can raise the issue later on if the subject matter jurisdiction never existed. Subject matter jurisdiction cannot be conferred by a guilty plea if it does not otherwise exist. The guilty plea must confess some punishable offense to form the

181

basis of a sentence.  The effect of a plea of guilty is a record admission of whatever is well alleged in the indictment.  If the latter is insufficient the plea confesses nothing.  People v. McCarty, 445 N.E. 2d 298, 304, 94 Ill. 2d 28 (1983), cases cited.

In this case a man was charged with a "felon-theft charge" to which he entered into a plea bargain and pleaded guilty.  But the facts alleged in the indictment did not constitute the offense charged.  There thus was not subject matter jurisdiction, and the conviction was void.

There are many cases where a person was convicted and put into prison, then upon discovery of a lack of subject matter jurisdiction, submitted a habeas corpus based upon the jurisdictional defect, and was released.

Subject matter jurisdiction involves more than having the right offense for the right court. Even if the court has jurisdiction over the type, class or grade of crime committed, it will still lack subject matter jurisdiction if the law which the crime is based upon is invalid, void, unconstitutional, or nonexistent.

Jurisdiction over the subject matter of action is essential to power of court to act, and is conferred only by constitution or by valid statute.  Brown v. State, 37 N.E. 2d 73, 77 (Ind. 1974).

The court must be authorized to hear a crime, and have a valid law that creates a crime. Thus the crux of subject matter jurisdiction is always the crime or offense.  If a law is invalid there is not crime; if there is not crime there is not subject matter jurisdiction.

If a criminal statute is unconstitutional, the court lacks subject-matter jurisdiction and cannot proceed to try the case.  22 Corpus Juris Secundum, "Criminal Law," § 157, p. 189; citing People v. Katrinak, 185 Cal.Rptr. 869, 136 Cal. App. 3d 145 (1982).

182

In a case where a man was convicted of violating certain sections of some laws, he later claimed that the laws were unconstitutional which deprived the county court the jurisdiction to try him for those offenses. The Supreme Court of Oregon held: If these sections are unconstitutional, the law is void and an offense created by them is not a crime and a conviction under them cannot be a legal cause of imprisonment, for no court can acquire jurisdiction to try a person for acts which are made criminal only by a unconstitutional law. Kelly v. Meyers, 263 p. 903, 905 (Ore. 1928)

In Wisconsin a case involved a charge for violating a law which had actually been repealed. There was a motion hearing on the issue of whether the court had subject matter jurisdiction, and the Supreme Court held: Where the offense charged does not exist, the trial court lacks jurisdiction. State v. Christensen, 329 N.W. 382, 383, 110 Wis. 2d 538 (1983).

In a case in Minnesota, a man was charged with the offense of "Being an Habitual Offender." But the statue did not make this a crime. The State Supreme Court said the man could not be convicted of a crime because the statue used did not state an offense, which meant the "court was without subject matter jurisdiction." State ex rel. Hansen v. Rigg, 104 N.W. 2d 553, 258 Minn. 388 (1960).

An invalid, unconstitutional or non-existent statue also affects the validity of the "charging document," that is, the complaint, indictment or information. If these documents are void or fatally defective, there is not subject matter jurisdiction since they are the basis of the court's jurisdiction.

When a criminal defendant is indicted under a not-yet effective statute, the charging document is void. State v. Dungan, 718 p.2d 1010, 1014, 149 Ariz. 357 (1985).

183

The indictment or complaint can be invalid if it is not constructed in the particular mode or form prescribed by constitution or statute (42 C.J.S., "Indictments and Informations, "§ 1, p. 833). But it also can be defective and void when it charges a violation of a law, and that law is void, unconstitutional or nonexistent. If the charging document is void, the subject matter jurisdiction of a court does not exist.

The want of a sufficient affidavit, complaint, or information goes to the jurisdiction of the court, *** and renders all proceeding prior to the filing of a proper instrument void ab initio. 22 Corpus Juris Secundum, "Criminal Law," § 324, p. 390.

Jurisdiction then is brought to a court by way of a complaint, information or indictment. If these instruments fail to charge a crime, there can be no subject matter jurisdiction. The allegations in the indictment or information determines the jurisdiction of the court. Ex parte Waldock, 286 Pac. 765, 766 (Okla. 1930)

Where information charges no crime, the court lacks jurisdiction to try the accused, and a motion to quash the information or charge is always timely. People v Hardiman, 347 N.W. 2d 460, 462, 132 Mich. App. 382 (1984); 22 Corpus Juris Secundum, "Criminal Law," § 157, p. 188; citing People v. McCarty, 445 N.E. 2d 298, 94 Ill.2d 28. Without a formal and sufficient indictment or information, a court does not acquire subject matter jurisdiction and thus an accused may not be punished for a crime. Homomichl v. State, 333 N.W. 2d 797, 798 (S.D. 1983)

One way in which a complaint or indictment fails to charge a crime, is by its failure to have the charge based upon a valid or existing law. Complaints or indictments which cite invalid laws, or incomplete laws, or nonexistent law are regarded as being invalid on their face. Thus

184

they are said to be "fatally defective" or "fatally bad." Usually when such matters occur the accused would have the complaint or indictment set aside either by a "motion to quash." or a "demurrer." But with today's system, if they are not based on the jurisdictional question, such a motion can be easily denied.

The crux then of this whole issue of jurisdiction revolves around law, that is, the law claimed to be violated. If one is subject to a law, they are then under the jurisdiction of some authority. If a king passes a law then those who are subject to the law are under his jurisdiction, and they can be judged for the violation of the law by the king or one of his ministers. When a person is outside the king's jurisdiction, there is no law he is subject to. Bu the reverse of this is also true, that being, if there is not law of the king, then there is no jurisdiction or authority to judge the person, even if he is the king's subject.

If the crime is alleged but there is no law to form the basis of that crime, there is no jurisdiction to try and sentence one even though they are subject to the legislative body and the court. There has to be a law, a valid law, for subject matter jurisdiction to exist.

The current corrupt legal system has in effect sown its own seeds of destruction by arbitrarily forming codes and revised statutes. All complaints or indictments today cite laws from these codes or revise statue books which contain no enacting clauses. Laws which lack an enacting clause are not laws of the legislative body to which we are constitutionally subject. Thus if a complaint or information charges one with a violation of a law which has no enacting clause, then no valid law is cited. If it cites no valid law then the complaint charges no crime, and the court has not subject matter jurisdiction to try the accused.

185

No complaint or indictment can allege that a criminal act has been committed when there is no law which makes the act a crime.  When common law crimes were prosecuted in state courts, there were many cases that arose where the accused claimed the act was not a crime at common law.  Thus when issued a complaining or indictment, the accused could, before trail, demurrer to the complaint or file a motion to quash the complaint based on the fact that the complaint failed to cite anything that was a crime.  It therefore might be held that the act was not a crime at common law, and since there was not law, the court had no jurisdiction over the subject matter.

The legal system today does not recognize common law crimes, and thus the only thing that is a crime is made so by statute.  If there is not statute or law for the crime alleged, there can be no crime, and if there is no crime, there is not subject matter jurisdiction.  If a law does not exist, or is not constitutional, the complaint is void and it cannot give subject matter jurisdiction to the court.

### Error Versus Usurpation

To better understand why this must be an issue of subject matter jurisdiction, we need to understand the powers and limitations placed upon a court by fundamental law.

The jurisdiction of a court is in essence its authority to hear and decide a matter.  But a court or a judge is in actuality a human agency, and as such is liable to make a mistake or "error" on some issue he decides. Al of history is replete with examples of such error occurring.  It is universally recognized that a court, which has proper jurisdiction, has the right to be wrong in its judgment. The jurisdiction and authority to enter a judgment include the power to decide a case wrongly. Provance v. Shawnee Mission Unified School, 683 p. 2d 902, 235 Kan. 927 (1984).

186

Jurisdiction, it is agreed, includes the power to determine either rightfully or wrongfully. It can make no difference how erroneous the decision may be. Garcia v. Dial, 596 S.W. 2d 524, 528 (Tex.Cr.App. 1980); Olson v. Cass County, 253 N.W. 2d 179, 183 (N.D. 1977). Jurisdiction to decide is jurisdiction to make a wrong as well as a right decision. Pope v. United States, 323 U.S. 1, 65 Sup. Ct. Rep. 16, 23 (1944), cases cited.

It matter not how unconstitutional a law is, it matters not how much your rights are violated, it matters not how arbitrary government has been in violating due process of law, a court can rule against you and it is only regarded as "error" or a wrong decision. The judge can give the most incorrect, erroneous or illogical decision and it is binding until it is reversed by a higher court. The power of a court to decide includes the power to decide wrongly. An erroneous decision is as binding as one that is correct until it is set aside or corrected in a manner provided by law. Mayhue v. Mayhue, 706 p. 2d 890, note 7 (Okla. 1985)

It may be hard for many to accept this concept, especially in light of the corrupt courts that exist today. But it would be a problem if judges and other leaders were godly men as prescribed by the Bible: Moreover you shall select from all the people able men, such as fear God, men of truth, hating covetousness; and place over them to be rulers (Exod. 18:21)

There was a time in this country that when a man was elected to office he had to make an oath that he believed in God and believed in a future state of rewards and punishments. But the spiritual condition of the nation has taken on an evil disposition, which has a definite affect on the nature of the legal system. The result has been courts which defy the law of God, uphold unconstitutional laws, support abortion, allow property to be taken without due process, and make other "wrong" decisions.

187

The key then is not to find the right law or argument to present in court, but to somehow remove the jurisdiction of court so that the right to decide wrongly does not exist. This can be done by showing that there are no valid laws charged against you because they do not have enacting clauses or titles. Without valid laws there is not subject matter jurisdiction and any decision rendered is void. There can be no valid judgment, either right or wrong, without this type of jurisdiction. No authority need to be cited for the proposition that, when a court lacks jurisdiction, any judgment rendered by it is void and unenforceable, *** and without any for or effect whatever. Hooker v. Boles, 346 F.2d 285, 286 (1965); Honomichl v. State, 333 N.W. 2d 797, 799 (S.D. 1983).

Where judicial tribunals have no jurisdiction of subject matter, the proceeding are void. 21 Corpus Juris Secundum, "Courts," § 18, p. 25; People v. Mckinnon, 362 N.W. 2d 809, 812 (Mich. App. 1985). Where subject matter jurisdiction does not exist, any bad, wrong or corrupt decision is void, but if the jurisdiction exists, a wrong or erroneous decision is only voidable by appeal. The test of jurisdiction is the right to decide, not right decision. Judgments of courts, which at the time the judgments were rendered had no jurisdiction, *** are absolutely void, and may be attached and defeated collaterally. On the other hand, judgments or courts empowered to hear and determine issues related to the subject matters and persons, although such judgments may be illegal and wrong, are simple voidable and are not open to collateral attack. United States v. U.S. Fidelity & Guaranty Co., 24 F. Supp. 961, 966 (1938); 47 Am. Jur.2d, "Judgments, "§ 916.

The only remedy to correct an error or illegal decision is by appeal. But the judges of the appeal court also have the right to make error or be wrong, and can thus support the illegal

188

decision of the trial court. But if the trial court decision was void for lack of jurisdiction, it cannot be making valid by an appeal decision. Even though a void judgment is affirmed on appeal, it is not thereby rendered valid. Ralph v. Police Court of City of El Cerrito, 190 p.2d 632, 634, 84 Ca. App.2d 257 (1948).

When jurisdiction is lacking, the court can do nothing except dismiss the cause of action. Any other court proceeding is usurpation. Lack of jurisdiction and improper exercise of jurisdiction are vitally different concepts. *** Where the court is without jurisdiction it has no authority to render any judgment other than one of dismissal. Garcia v. Dial, 596 S.W. 2d 524, 528 (Tex. Cr. App. 1980).

A judge or court may be in a legal sense immune from any claims that it is guilty of corruption because of its improper exercise of jurisdiction. However, it has no such protection where it lacks jurisdiction and the issue has been raised and asserted before judgment. Thus when the lack of jurisdiction has been shown, a judgment rendered is not only void, but is also usurpation! Jurisdiction is a fundamental prerequisite to a valid prosecution and conviction, and usurpation thereof is a nullity. 22 Corpus Juris Secundum, "Criminal Law," § 150, p. 183.

If [excessive exercise of authority] has reference to want of power over the subject matter, the result is void when challenged directly or collaterally. If it has reference merely to the judicial method of the exercise of power, the result is binding upon the parties to the litigation till reversed *** the former is usurpation: the latter is error in judgment. Harrigan v. Gilchrist, 99 N.W. 909, 934, 121 Wis. 127 (1904). The line which separates error in judgment from the usurpation of power is very definite. Voorhees v. The Bank of the United States, 35 U.S. 449, 474-75 (1836).

Since the laws in use today are invalid on their face, it deprives the court of subject matter jurisdiction. For the court to proceed with trial and make a judgment or sentence after such a jurisdictional challenge has been made, it is simple an act of usurpation and treason. The importance of this material is that it forces the courts to either completely retract from enforcing corrupt and ungodly laws, or it forces them to establish the ground for revolution—usurpation and tyranny! There is no right to commit tyranny or usurpation, and such acts can be disobeyed or resisted. A maxim of law states: A judge who exceeds his office or jurisdiction is not to be obeyed. He who exercises judicial authority beyond his proper limits cannot be obeyed with safety or impunity. See, Maxims of Law, edited by C. Weisman, 63z, 66m.

A judge cannot claim immunity to acts of usurpation, for the law does not recognize such acts. Thus one cannot be punished for not obeying a judgment rendered by usurpation or want of jurisdiction: The rule is fundamental that, where the court has no jurisdiction over the subject matter of the action, all proceedings in such action are void. The rule is likewise well settled that refusal to obey a void order or judgment is not contempt. Wolski v. Lippincott, 25 N.W. 2d 754, 755 (Neb. 1947).

It should be stated in all fairness that an act cannot really be classified as usurpation unless the problem is revealed and the judge warned of the situation. The American colonists knew that it was proper to first warn King George of his acts of usurpation and tyranny before they would take action against him. Up to now judges have escaped being held accountable for committing usurpation or tyranny for using invalid law against citizens. If this is not pointed out and objected to, it is assumed the accused has acquiesced to the invalidity of the law. There must be notice and warning of the matter.

190

It is often held that a void judgment, or an act committed without jurisdiction, can be attacked collaterally, which means it can be attacked differently from what the law usually prescribes, as one text writer explains: There are only two ways to attack a judicial proceeding, direct and collateral. Any proceeding provided by law for the purpose of avoiding or correcting a judgment, is a direct attack which will be successful upon showing error; while an attempt to do the same thing in any other proceeding is a collateral attack, which will be successful only upon showing a want of power. John M. Vanfleet, the Law of Collateral Attack on Judicial Proceedings, Callaghan & Co., Chicago, 1892, p. 5.

The American colonists at first attacked the usurpation and tyranny of King George directly with petitions and redress. Later on they attacked it in a collateral sense by force of arms and by proclaiming their independence from that government. However, no act or judgment can be attacked until it is understood how and why it is without power or authority.

If one is asked to plead to the charges, it should be said that you can't plead at this time because you believe that the subject matter for this case is lacking, and you choose first to submit a motion to dismiss on those grounds. The government may try to say that, "the laws in question were lawfully passed by the Legislature pursuant to the Constitution." Technically this can be said since laws like the ones in the Revised Statutes (or U.S. Code) were passed by the Legislature, but this is not the issue. The issue is not whether the laws charged against you or laws like them were passed by the Legislature (or Congress), but rather that they don't exist in their current state as valid laws. That is, they fail to follow the valid form and style of a law due to the manner in which they were published or promulgated. If the court says that the authority

191

for the law is the legislature, the reply should be, where is the legislative enacting authority for the law?

Memorandum of law and motion to dismiss should be constructed due to lack of subject matter jurisdiction. With this argument you are not asking for the charges to be dismissed, since legally there are no charges, but rather that the cause of action be dismissed.

<u>Creating an Issue for Trial</u>

The issue of a trial or hearing exists when the plaintiff and defendant arrive at some specific point or matter in which one affirms and the other denies. Black's Law Dictionary, 2d ed., West Publishing, 1910, p. 657. In a criminal matter this issue is that a law has or has not been violated. But if there is no valid law, or the accuses is not subject to the law in question, no issue can legally exist as the basis for the point of contention does not legally exist.

Since there are no valid laws on the complaint or indictment, there legally is no issue before the court. But the court system creates an issue by asking the accused how he pleads to the charges. The plea causes an issue to exist because it creates a controversy. The controversy relates to what is on the complaint or indictment because the plea acknowledges that it is a genuine document. The very act of pleading to its genuineness as a record. Frisbie v. United States, 157 U.S. 160, 165 (1894).

If there is a law on the complaint which is unconstitutional, or is from another state or other legal entity, the violation of that law can become a triable issue by way of the plea. Thus when one pleads to a false or invalid charge on the complaint, he establishes an issue which would not have otherwise existed. The plea forms the issue to be tried, without which there is nothing before the court or jury for trial. Koscielski v. State, 158 N.E. 903, 903 (Ind. 1927):

192

Andrews v. State, 146 N.E. 817, 196 Ind. 12 (1925); State v. Acton, 160 Atl. 217, 218 (N.J. 1932).

It is essential to a valid trial that in some way there should be an issue between the state and the accused, and without a plea, there could be no issue. United States v. Aurandt, 107 Pac. 1064, 1065 (N.M. 1910). If you make a plea of "not guilty" to the charge of violating GMR 142.65, subd. C, or the law of the French Parliament, you have admitted or acknowledged that the law used in the complaint is genuine. It has now been established that there exists an issue which can be tried. When one is charged for violating a zoning ordinance, driving without a license, or failure to file an income tax return, and a plea of "not guilty" is made, one has in effect acquiesced to the validity of these laws. The only was one can prevail is by showing they did not commit them, or by showing they are unconstitutional. But since these are non constitutional laws of some committee or commission, such constitutional arguments will not work. The one thing that can stop this procedure is showing a lack of subject matter jurisdiction, which can be shown because the laws used have no enacting clauses and are thus void. It now is an issue of authority for that law to exist as a law of the state or Congress.

When you are charged with a violation of some "Code" of some committee, the court proceedings are in equity since your conflict is not with a constitutional source of law, or with a common law crime.

The legal system today does not recognize or proceed upon common law crimes, and thus the only things that are crimes are made so by statute (or rather code). A crime exists when a law exists which prohibits or commands an action. If there is no law, there can be no crime, and if there is no crime, there can be no subject-matter jurisdiction of the court to hear a matter. A non

193

constitutional law has the same effect upon a complaint or indictment as does an unconstitutional law or a non-existent law. It renders the charging instrument void.

A non constitutional law is not law to which we are subject, so doing what it prohibits cannot constitute a crime. Thus if General Motors passes a law requiring all persons to show up for work by 6:00 A.M. or they will lose their jobs, it is a non constitutional law. Unless one is an employee of General Motors, he is not subject to that law and so cannot be charged for violating it. Because it is a non constitutional law it has no force and effect as a law over you and the court lacks subject matter jurisdiction to try the matter.

Only a constitutionally established government, or that which exists by the common law, (sheriffs, constables, coroners, mayors, etc.), can do something that is unconstitutional. Only the State Legislature is limited by the provisions of the State Constitution regarding laws enacted. Thus only the State Legislature can enact an unconstitutional law or statute. General Motors, Inc., or the Parliament of France, can pass all sorts of rules, regulations and laws, but none of them can ever be declared unconstitutional. But they are not valid laws which we are subject to, for we have no legal relationship to these entities. Likewise, we have no legal relationship to the commissions which drafted the modern-day "Codes" or "Revised Statutes."

### Conclusions and Comments

The comprehensive codes and revised statutes that exist... today are but a clandestine means to subject citizens to some legal entity other than the State Legislature or Congress. They also serve as a clandestine means to bring laws into existence that are not limited to the confines of a constitution or the common law. While these codes were intended to solve the problem of massive amounts of law, they have created even bigger problems.

194

There is no way anyone can say that it was the intent of the framers of the Constitution, and the people who adopted it, to have all titles and enacting clauses stripped away from all the laws when they are published. Such a measure totally defeats the purpose for which these forms of law were intended and thus required in the State constitutions. In Washington it was held that the compilation entitled "Revised Code of Washington… is not the law." In re Self v. Rhay, 61 Washington (2d) 261, 264, 265, 377 P. (2d) 885 (1963).

It has been repeatedly said that the comprehensive codes were done for the sake of "convenience." It also has been said that it would not be practicable to have the enacting clause or title precede every law within a revision or comprehensive code. (This argument is also not sound as the Illinois revises statutes has been compiled with titles and enacting clauses). But note that nothing is ever raised or said about the constitutionality of such a measure. If those in government are free to do things based solely upon what they deem to be more practicable or convenient, then we truly live under an arbitrary and despotic government.

The necessities of a particular case will not justify a departure from the organic law. It is by such insidious process and gradual encroachment that constitutional limitations and government by the people are weakened and eventually destroyed. It has been well said: "One step taken by the Legislature or judiciary in enlarging the powers of government opens the door for another, which will be sure to follow, and so the process goes on until all respect for the fundamental law is lost, and the powers of government are just what those in authority please to make or call them." Oakley v. Aspinwall, 3 N.Y. 547, 568; Village of Ridgefield Park v. Bergen Co. Bd. Of Tax, 162 A. 2d 132, 134-35, 62 N.J. Super. 133 (1960); citing State v. Burrow, 104 S.W. 526, 527, 119 Tenn. 376 (1907).

195

Constitutions were written to prescribe certain ways of doing things, which means there will no doubt be other means of doing the same thing which are easier and more convenient. Governments naturally tend to do that which is easier, more convenient and practical for their own sake. Whenever they do so they always transcend constitutional limitations and trespass on individual rights, and all of history attests that this is the result of arbitrary action.

The enacting clause acts as a sign or seal of constitutional authority of law. A king may have a seal which indicates his authority. All things that bear the seal of the king are recognized as existing by his authority. If a king's agent presents a document claiming it is from the king but has not his seal, many may believe it is by the authority of the king, though it is not. This is what the government has done with the codes and revised statutes. It has presented to the public a collection of statute books, claiming they are from the State Legislature or Congress, but the laws in them do not have the seal of authority upon them. They do not have the official enacting clause upon them to indicate they are laws from an authorized source. They thus are laws which no one needs to respect or obey.

### Writ of Error

NOTICE: RESPONSIBILITY DISCLAIMER UNDER U.C.C. 3-501: PURSUANT TO TITLE 42 U.S.C. 1986 FOR KNOWLEDGE OF THE LAW FOR F.R.C.P. RULE 60 (b) DISCOVERY AND F.R.C.P. RULE 38 (a). THE CASE TITLED ABOVE IS UNDER THE TITLE 4 U.S.C. 1 AMERICAN FLAG OF PEACE, OF THE united STATES OF AMERICA, UNDER PRESIDENTIAL EXECUTIVE ORDER 10834. NO TITLES OF NOBILITY UNDER ANY FOREIGN FLAG JURISDICTION AND IN BREACH OF ARTICLE (I), SECTION (9), OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA, WILL BE ALLOWED

196

IN THE JURISDICTION OF THIS CASE. BREACH OF THE CONTRACT WILL CAUSE SANCTIONS UNDER F.R.C.P. RULE 16(f). WHEN THE CONSTITUTION OF THE united STATES IS SURRENDERED TO A FOREIGN POWER TO CAUSE THE BREACH OF CONTRACT. OF OATH AND AFFIRMATION, TO THE CONSTITUTION OF THE united STATES OF AMERICA. THEN CHARGES FOR PERJURY OF OATH (TITLE 18 U.S.C. 1621). CONSTRUCTIVE TREASON, AND CONTEMPT FOR THE CONSTITUTION OF THE united STATES OF AMERICA, AND FALSE SWEARING WILL BE BROUGHT AGAINST THE OFFICERS OF THE COURT RESPONSIBLE.

PLAINTIFFS ARE THE MOVANT AND CITIZEN IN PARTIES AND SWEARS TO TELL THE TRUTH AND HAS FIRST HAND KNOWLEDGE OF THE FACTS STATED HERE IN.

THE DISTRICT COURT OF THE united STATES, HAS ORIGINAL JURISDICTION UNDER TITLE 28 U.S.C. 1331 AND 1343 OVER THIS COMMON LAW CASE UNDER F.R.C.P. 38(a). THE u.S.C.A. 7 AND BILL OF RIGHTS ARTICLE IX, RIGHT TO A COMMON LAW JURY TRIAL.

```
ABBREVIATIONS:  U.S.C.A. =    UNITED STATES CODES ANNOTATED.
HERE AND AFTER: U.S.C. =     UNITED STATES CODES.
                u.S.C.A. =   united STATES CONSTITUTION AMENDMENT #
                F.R.C.P. =   FEDERAL RULES OF CIVIL PROCEDURE.
                U.C.C. =     UNIFORM COMMERCIAL CODE.
                u.S.A. =     united STATES OF AMERICA
                A.u.S.C. =   AMENDMENT united STATES CONSTITUTION
                PERSON IS DEFINED AS A CITIZEN IN PARTIES
```

## FACTS

1.    WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF RIGHTS ARTICLE IX PLAINTIFFS WERE INJURED, PURSUANT TO THE

NEGLECT TO DUE PROCESS. PLAINTIFFS STATES: THE RIGHT TO A
COMMON LAW COURT PURSUANT TO (F.R.C.P. RULE 38(a) IS UNDER THE
u.S.C.A. 7 AND BILL OF RIGHTS ARTICLE IX SHALL BE PRESERVED. THE
CONSTITUTION OF THE united STATES OF AMERICA, DESCRIBES THE
JURISDICTION OF THE COURT BY THE AMERICAN FLAG, UNDER (TITLE 4
united STATES CODE ONE SEC. (1) (2) (3). THE FLAG IS DESCRIBED AS RED
WHITE AND BLUE WITH A STAR TO REPRESENT EACH STATE OF THE UNION
ON A FIELD OF BLUE, AND STRIPES OF RED AND WHITE HORIZONTALLY
PLACED IN ALTERATION. UNDER THE JURISDICTION OF THE AMERICAN
FLAG OF PEACE THE united STATES CONSTITUTION HAS JURISDICTION AND
ALL RIGHTS THE AMERICAN FLAG OF PEACE THE united STATES
CONSTITUTION HAS JURISDICTION AND ALL RIGHTS ARE PRESERVED.
PEOPLE ARE INNOCENT UNTIL PROVEN GUILTY. THE JURISDICTION UNDER
THE LAW OF THE FLAG PURSUANT TO THE AMERICAN FLAG (TITLE 4 U.S.C.
1) IS THE FACTOR UPON WHICH ALL CITIZENS IN PARTIES RIGHTS ARE
GUARANTEED: WITH THE REMOVAL OF THE FLAG, ALL RIGHTS WERE
STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS CONSPIRING TITLE 42
U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C. 1985(2) WITH INJURY
TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983; THROUGH
COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359, BREACHES THE OATH TITLE
28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE CONSPIRACY
TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242, RESULTING IN

198

KIDNAPPING TITLE 18 U.S.C. 1201: THEREBY WANTING RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C. 7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

2.  WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF RIGHTS ARTICLE IX PLAINTIFFS WERE INJURED, PURSUANT TO THE NEGLECT TO DUE PROCESS. STATEMENT: THE u.S.C.A. 9 REMINDS THE JUDGE THAT OFFICERS OF THE COURT ARE ELECTED BY THE PEOPLE AND FOR THE PEOPLE: TO PROTECT JUSTICE, NOT CORRUPT JUSTICE. PLAINTIFFS'S COMPLAINT STATES: PURSUANT TO THE TITLE 42 U.S.C. 1986 FOR THE KNOWLEDGE OF THE LAW AND THE NEGLECT TO STOP AND CORRECT A WRONG. THE DUE PROCESS OF LAW PURSUANT TO THE (u.S.C.A. 1, 5, 7, 14 AND BILL OF RIGHTS ARTICLE IX) AND PURSUANT TO (F.R.C.P. 38(a)). THE RIGHT TO A COMMON LAW JURY TRIAL UNDER THE (u.S.C.A. 7 AND BILL OF RIGHTS ARTICLE IX). PLAINTIFFS ACCUSE THE OATH AND AFFIRMATION OF OFFICE, WERE BREACHED BY THE OFFICER OF THE 11th JUDICIAL CIRCUIT COURT OF MIAMI-DADE COUNTY. PLAINTIFFS ACCUSE THE OFFICER OF THE COURT, OF PERJURY OF OATH

199

AND AFFIRMATION OF OFFICE, IN THE OFFICIAL CAPACITY AND ENRICHED
PRIVATE CAPACITY, PURSUANT TO TITLE 18 U.S.C.A. 1621. THE OFFICERS
OF THE COURT SWEAR TO SUPPORT THE CONSTITUTION OF THE united
STATES OF AMERICA. WHEN THE OFFICERS OF THE COURT BREACH THE
OATH AND AFFIRMATION, WITH THE WILL OF INTENT THE "WILL" (BEING
THE CONDITION OF THE MIND); WILL CAUSE CONSTRUCTIVE TREASON,
AGAINST THE CONSTITUTION OF THE united STATES OF AMERICA, DEFINED
(PURSUANT TO BLACK'S LAW DICTIONARY), GIVING CAUSE TO THE
OFFENSE OF ATTEMPTING BY OVERT ACTS TO OVERTHROW THE
GOVERNMENT OF THE STATE TO WHICH THE OFFENDER OWES
ALLEGIANCE, AND OF BETRAYING THE STATE INTO THE HANDS OF A
FOREIGN POWER. WHEREBY, THE JUDGE IS THE FIDUCIARY, OF THE COURT
AND RESPONSIBLE FOR THE COLORS OF THE FLAG. MUTILATION (TITLE 4
U.S.C. 3) OF THE FLAG PURSUANT TO PLACING A FOREIGN YELLOW FRINGE
AROUND THE PRESIDENTIAL EXECUTIVE ORDER #10834, AUGUST 25, 1959
REGULATION SIZE (10 X 19) DIMENSIONAL PROPORTIONS AMERICAN FLAG,
TITLE 4 U.S.C. 1, IS THE MUTILATION, OF THE AMERICAN FLAG! UNDER THE
NATIONAL MILITARY AMERICAN FLAG = (ARMY REG. 260-10 FOR MILITARY
JURISDICTION DISPLAY), DIMENSIONS OF (12 X 17), THE STANDARD OR
POLE IS TOPPED BY A YELLOW BALL = (FOR OUTSIDE DISPLAY OF
MILITARY RECRUITING CENTERS ONLY), YELLOW SPEAR = (FOR MILITARY
COURT MARSHALS), YELLOW BRAID = (MILITARY REGIMENTAL COLORS),

OR YELLOW EAGLE = (FOR THE PRESIDENT OF THE united STATES ONLY) ON THE STANDARD. FOREIGN YELLOW FRINGE ON A TITLE 4 U.S.C. 1 AMERICAN FLAG. THIS IS NOT REPRESENTED BY ANY COUNTRY OR CONSTITUTION IN THE WORLD. CREATING A FOREIGN STATE/POWER. UNDER THE LAW OF THE FLAG. WITHIN THE SANCTUARY OF THE BAR. DENY THE U.S.A. CITIZEN IN PARTIES OF ALL U.S.A. CONSTITUTIONAL RIGHTS. WITHOUT THE DUE PROCESS OF LAW. THE PARTIES WERE INJURED BY FRAUD THAT MAKES THE JUDGE THE SUPREME RULER OF A FOREIGN STATE/POWER WITHOUT A CONSTITUTION. THE CONSTITUTION OF THE UNITED STATES WOULD HAVE PROTECTED THE CITIZEN IN PARTIES BEFORE THE COURT. NO DISCLAIMER CONTRACT. OF THE NOTICE OF THE WILL OF INTENT. WAS PRESENTED TO THE CITIZEN IN PARTIES BEFORE ENTERING THE BAR. HENCE FORTH TREASON THIS LACK OF A DISCLAIMER CONTRACT WILL VOID ANY CONTRACT BY ALL STANDARDS OF INTERNATIONAL TREATY OR CONTRACT. THE ACT OF CONSPIRACY TO COMMIT CONSTRUCTIVE TREASON WITH KNOWLEDGE (TITLE 42 U.S.C. 1986) AND NEGLECT TO STOP THIS JURISDICTIONAL WRONG. PURSUANT TO TITLE 18 U.S.C. 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW BY OFFICERS OF THE COURT AND OBSTRUCTION OF JUSTICE PURSUANT TO: TITLE 18 U.S.C. 1512. DENYING WITNESSES AND TESTIMONY INTO THE COURT RECORD. WHILE ACTING IN CONSPIRACY BY THE OFFICERS OF THE COURT WITHOUT DUE PROCESS OF LAW UNDER THE (u.S.C.A. 1. 5. 7. 14 AND

BILL OF RIGHTS ARTICLE IX). THIS CONSPIRACY BY OFFICERS OF THE COURT PRESENT IN COURT UNDER (TITLE 18 U.S.C. 241), AND A CIVIL CONSPIRACY UNDER (TITLE 42 U.S.C. 1985(1), FURTHERED THE EXTORTION FOR MONEY OR PROPERTY FOR FEES COMPENSATION WITHOUT DUE PROCESS u.S.C.A. 1, 5, 7, 14 AND BILL OF RIGHTS ARTICLE IX OF LAW; AND EXTORTION TITLE 18 U.S.C.  872, OF MONEY OR PROPERTY IN VIOLATION OF THE U.S. CONSTITUTIONAL RIGHTS OF THE PLAINTIFFS. THE VIOLATIONS OF THE LAW IN AND FOR THE DEPRIVATION CAUSE THE (F.R.C.P. RULE 12(b) (7, 6, 5, 4, 3, 2, 1), CAUSING F.R.C.P. RULE 11 (a) FRIVOLOUS FILING, CAUSING A FRAUD (F.R.C.P. RULE 9 (b)); WITH THE REMOVAL OF THE FLAG, ALL RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C. 1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983; THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359, BREACHES THE OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242, RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201; THEREBY WANTING RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C. 7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE DEFENDANTS THROUGH EXTORTION RACKETEERING

TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1

THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

3.   WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF

RIGHTS ARTICLE IX PLAINTIFFS WERE INJURED, PURSUANT TO THE

NEGLECT TO DUE PROCESS BY THE VIOLATION OF MAIL FRAUD PURSUANT

TO (TITLE 18 U.S.C. 1342 AN 1341). THE NAME OF THE PLAINTIFFS FROM

COURT CORRESPONDENCE, TO THE PLAINTIFFS, WERE FICTITIOUS UNDER

THE TERM NOM DE GUERRE AND IN VIOLATION OF (F.R.C.P. RULE 10(a))

NAME OF THE PARTIES. THE ACTIONS LISTED ABOVE ESTABLISH THE WILL

OF INTENT OF THE INJURY, PURSUANT TO (TITLE 42 U.S.C. 1983 AT NOTES

319, 337) INJURY AS TO THE POLICY AND CUSTOM OF THE COURT TO

INJURE PLAINTIFFS WITH THE REMOVAL OF THE FLAG, ALL RIGHTS WERE

STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS CONSPIRING TITLE 42

U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C. 1985(2) WITH INJURY

TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983: THROUGH

COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359, BREACHES THE OATH TITLE

28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE CONSPIRACY

TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242, RESULTING IN

KIDNAPPING TITLE 18 U.S.C. 1201: THEREBY WANTING RANSOM

(PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C. 7

THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION

OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF

OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7. 6. 5. 4. 3. 2. 1 THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

4. CONSTRUCTIVE TREASON AGAINST THE united STATES CONSTITUTION. OFFICERS OF THE COURT ALL SWEAR "ALLEGIANCE" OR "OATH". I SHALL SUPPORT THE united STATES OF AMERICA CONSTITUTION. HOWEVER SURRENDERING THAT OATH OF ALLEGIANCE TO A FOREIGN STATE/POWER OF THE YELLOW FRIDGE FALG. SEE: FALSE SWEARING. PERJURY. TREASON. (BLACK'S LAW DICTIONARY)

5. WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1. 5. 7. 14 AND BILL OF RIGHTS ARTICLE IX PLAINTIFFS WERE INJURED. PURSUANT TO THE NEGLECT TO DUE PROCESS. AND (TITLE 42 U.S.C. 1986) WITH NEGLECT TO PREVENT. SEE STATEMENT IN #NO. 2 ABOVE. FOR KNOWLEDGE OF THE LAW AND NEGLECT TO STOP AND CORRECT A WRONG. DEFINED AS: EVERY CITIZEN IN PARTIES WHO HAVING KNOWLEDGE THAT ANY OF THE WRONGS CONSPIRED TO BE DONE. AND MENTIONED IN SECTION 1985 OF THIS TITLE. ARE ABOUT TO BE COMMITTED. AND HAVING POWER TO PREVENT OR AID IN PREVENTING THE COMMISSION OF THE SAME. NEGLECTS OR REFUSES SO TO DO. IF SUCH WRONGFUL ACTS BE COMMITTED. SHALL BE LIABLE TO THE PARTIES INJURED. OR CITIZENS IN PARTIES LEGAL REPRESENTATIVES. FOR ALL DAMAGES CAUSED BY SUCH