WRONGFUL ACT, WHICH SUCH CITIZEN IN PARTIES BY REASONABLE
DILIGENCE COULD HAVE PREVENTED, AND ANY NUMBER OF CITIZENS IN
PARTIES, GUILTY OF SUCH WRONGFUL NEGLECT OR REFUSAL MAY BE
JOINED AS RESPONDENTS IN THE ACTION. PLAINTIFFS WERE INJURED
WITH THE REMOVAL OF THE FLAG, ALL RIGHTS WERE STOLEN FROM
PLAINTIFFS BY ALL THE DEFENDANTS CONSPIRING TITLE 42 U.S.C. 1985 (1)
TO OBSTRUCT JUSTICE TITLE 42 U.S.C. 1985(2) WITH INJURY TITLE 42 U.S.C.
1983 AND NOTE 39 TITLE 42 U.S.C. 1983; THROUGH COLLUSION TITLE 28
CHAPTER 85 U.S.C. 1359, BREACHES THE OATH TITLE 28 U.S.C. 453 TAKEN
BY THE DEFENDANTS. SETTING THE CONSPIRACY TITLE 18 U.S.C. 241 TO
DEPRIVE TITLE 18 U.S.C. 242, RESULTING IN KIDNAPPING TITLE 18 U.S.C.
1201; THEREBY WANTING RANSOM (PROPERTY) TITLE 18 U.S.C. 1202
WITHOUT TRIAL BY JURY A.u.S.C. 7 THEREBY INJURING TITLE 42 U.S.C. 1983.
THIS ALL LED TO OBSTRUCTION OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH
PERJURY TITLE 18 U.S.C. 1621 OF OATH TITLE 28 U.S.C. 453. ALL THESE ACTS
ARE COMMITTED BY THE DEFENDANTS THROUGH EXTORTION
RACKETEERING TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7,
6, 5, 4, 3, 2, 1 THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

6.    WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF
RIGHTS ARTICLE IX PLAINTIFFS WERE DENIED RIGHT TO DUE PROCESS.
PLAINTIFFS ARE ACCUSING THE RESPONDENTS WITH (TITLE 42 U.S.C. 1986)
WITH NEGLECT TO PREVENT STATEMENT IN #NO. 2 ABOVE, FOR

KNOWLEDGE OF THE LAW AND NEGLECT TO STOP AND CORRECT A
WRONG, AS EXPLAINED IN #NO. 2 ABOVE WITH PERJURY OF OATH OF
OFFICE AND CONSTRUCTIVE TREASON AGAINST THE U.S. CONSTITUTION.
GIVING RISE TO, AN ACTION UNDER (TITLE 42 U.S.C. 1986) FOR
KNOWLEDGE OF THE LAW AND NEGLECT TO STOP AND CORRECT A
WRONG AND PERJURY OF OATH PURSUANT TO (TITLE 18 U.S.C. 1621).
OFFICERS OF THE COURT SWORE TO DEFEND AND PROTECT THE CITIZENS
IN PARTIES OF THE STATE, WITH WANT OF CARE VIOLATED THAT OATH OF
AUTHORITY. OFFICERS WERE ENRICHED (GET WAGES) BY THE STATE FOR
NEGLECT TO PROTECT A CITIZEN IN PARTIES'S U.S. CONSTITUTIONAL
RIGHTS. PLAINTIFFSS WERE INJURED WITH THE REMOVAL OF THE FLAG,
ALL RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS
CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C.
1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983;
THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359, BREACHES THE
OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE
CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242.
RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201; THEREBY WANTING
RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C.
7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION
OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF
OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE

DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

7.   WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF RIGHTS ARTICLE IX PLAINTIFFS WERE INJURED, PURSUANT TO THE NEGLECT TO DUE PROCESS. THE COMMON LAW TRIAL BY JURY HAS NOT BEEN HELD UNDER THE CONTRACT WITH THE COURT AND THE PLAINTIFFS, PURSUANT TO F.R.C.P. RULE 38(a) THE u.S.C.A. 7 AND BILL OF RIGHTS ARTICLE IX: WITH THE REMOVAL OF THE FLAG, ALL RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C. 1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983; THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359, BREACHES THE OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242, RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201; THEREBY WANTING RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C. 7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872

BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

8.   CAUSE OF ACTION: NO COMMON LAW TRIAL OR HEARING HAS BEEN CONDUCTED UNDER ARTICLE THREE (3) OF THE U.S. CONSTITUTION. AND (TITLE 4 U.S.C. 1) AMERICAN FLAG. WITHIN THE DESIGNATED TIME AND PLACE. TO PRESENT. PLAINTIFFS WERE INJURED WITH THE REMOVAL OF THE FLAG. ALL RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C. 1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983: THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359. BREACHES THE OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242. RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201: THEREBY WANTING RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C. 7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

9.   WITHOUT DUE PROCESS OF LAW. UNDER THE u.S.C.A 5 AND 14. PLAINTIFFS WERE DENIED RIGHT TO DUE PROCESS. PLAINTIFFS WILL JOIN (DEFINE)

OFFICERS AND JUDGE, TO BE NAMED IN THE EVENT OF A CONTINUED VIOLATION, OF THE RIGHTS, OF THE PLAINTIFFS, UNDER THE LAW, OF THE FLAG. ACTION OF KIDNAPPING AND ASSAULT, WITH A DEADLY WEAPON WHILE IN USE OF "COERCION" (TITLE 28 CHAPTER 85 U.S.C. 1359) WHILE IN THE PROCESS OF ARREST WITHOUT A u.S.C.A. 4. WARRANT, SIGNED BY A JUDGE OF OATH AND AFFIRMATION. THE ACTS OF COERCION (TITLE 28 CH. 85 1359) WERE USED AGAINST THE PLAINTIFFS: VIOLATION OF THE 5TH A.u.S.C. DUE PROCESS. PLAINTIFFS WERE INJURED WITH THE REMOVAL OF THE FLAG. ALL RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C. 1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983: THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359. BREACHES THE OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C 242. RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201: THEREBY WANTING RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C. 7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

10.    WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF
       RIGHTS ARTICLE IX PLAINTIFFS WERE DENIED RIGHT TO DUE PROCESS, IN
       DENYING THE PLAINTIFFS RIGHT TO DUE PROCESS IN ACTIONS OF:
       OBSTRUCTION OF JUSTICE (TITLE 18 U.S.C. 1512) RIGHT TO WITNESSES AND
       EVIDENCE WITHOUT INTIMIDATION AND TREATS FROM THE COURT
       DEFINED UNDER: (TITLE 42 U.S.C. 1985) (1) = CONSPIRACY TO INTERFERE
       WITH CIVIL RIGHTS, STATES: AN ORGANIZED CONSPIRACY TO COMMIT
       THE CRIMES OF EXTORTION OR COERCION, OR ATTEMPT TO COMMIT
       EXTORTION IS INDUCED BY ORAL OR WRITTEN THREATS TO DO AN
       UNLAWFUL INJURY TO THE PROPERTY OF THE THREATENED CITIZEN, BY
       MEANS OF EITHER THREAT, EXPRESS OR DEMANDING, SOLICITING OR
       RECEIVING OR IMPLIED, THAT THE CITIZEN SO DEMANDING, SOLICITING
       OR RECEIVING SUCH THING OF VALUE WILL CAUSE THE COMPETITION OF
       THE CITIZEN FROM WHOM THE PAYMENT IS DEMANDED SOLICITED OR
       RECEIVED TO BE DIMINISHED OR ELIMINATED. (JAILED WITHOUT DUE
       PROCESS FOR THE SILENCING OF THE PLAINTIFFS) THROUGH USE OF
       CONTEMPT OF COURT OR JAIL TIME THREAT; WITH THE REMOVAL OF THE
       FLAG. ALL RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE
       DEFENDANTS CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE
       TITLE 42 U.S.C. 1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE
       42 U.S.C. 1983: THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359.
       BREACHES THE OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS.

SETTING THE CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242, RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201; THEREBY WANTING RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C. 7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

11.   WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF RIGHTS ARTICLE IX PLAINTIFFS WERE INJURED, PURSUANT TO THE NEGLECT TO DUE PROCESS, PLAINTIFFS ARE ACCUSING OFFICERS OF THE COURT  TITLE ABOVE ON DATE 08/05/2010 WITH PERJURY OF OATH OF OFFICE AND CONSTRUCTIVE TREASON AGAINST THE united STATES CONSTITUTION IN AND FOR: VIOLATION OF RIGHTS BY OFFICERS OF THE COURT AND KEPT QUIET WHILE AN INNOCENT CITIZEN IN PARTY THREATENED WITH LOSS OF HOUSE, CARS, CREDIT, CARDS BY ALL DEFENDANTS. GIVES RISE TO A CAUSE OF ACTION (TITLE 18 U.S.C. 4) MISPRISION OF A FELON, STATES: WHOEVER, HAVING KNOWLEDGE OF THE ACTUAL COMMISSION OF A FELONY COGNIZABLE BY A COURT OF THE united STATES, CONCEALS AND DOES NOT AS SOON AS POSSIBLE MAKE KNOWN THE SAME TO SOME JUDGE OR OTHER PARTIES IN CIVIL OR

MILITARY AUTHORITY UNDER THE united STATES. SHALL BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN THREE YEARS. OR BOTH. PLAINTIFFS WERE INJURED WITH THE REMOVAL OF THE FLAG. ALL RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C. 1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983. THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359. BREACHES THE OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242. RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201; THEREBY WANTING RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A u.S.C. 7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a). (NOTE APPLIES TO ALL OFFICERS OF THE COURT WHOM HAVE KNOWLEDGE OF THE WRONG COMMITTED IN VIOLATION OF THE U.S. CONSTITUTIONAL RIGHTS). NOTE DEF.: COGNIZABLE = CAPABLE OF BEING TRIED OR EXAMINED BEFORE A DESIGNATED TRIBUNAL.

212

12.     WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF

RIGHTS ARTICLE IX PLAINTIFFS WERE INJURED, PURSUANT TO THE RIGHT

TO DUE PROCESS. PLAINTIFFS ARE ACCUSING OFFICERS OF THE COURT

(SPECIFY) TITLED ABOVE WITH PERJURY OF OATH OF OFFICE AND

CONSTRUCTIVE TREASON AGAINST THE U.S. CONSTITUTION IN AND FOR:

TITLE 42 U.S.C. 1985(2) OBSTRUCTING JUSTICE. INTIMIDATING CITIZEN IN

PARTIES. WITNESS: IF TWO OR MORE CITIZENS IN PARTIES IN ANY STATE

OR TERRITORY CONSPIRE TO DTER, BY FORCE INTIMIDATION, OR THREAT,

ANY CITIZEN IN PARTIES OR WITNESS IN ANY COURT OF THE united STATES

FROM ATTENDING SUCH WITNESS IN ANY COURT OR FROM TESTIFYING TO

ANY MATTER PENDING  THEREIN, FREE, FULL, AND TRUTHFUL, OR TO

INJURE SUCH CITIZEN IN PARTIES OR WITNESS IN CITIZEN IN PARTIES'S

BEHALF OR PROPERTY, ON ACCOUNT OF CITIZEN IN PARTIES HAVING SO

ATTENDED OR TESTIFIED, OR TO INFLUENCE THE VERDICT, PRESENTMENT,

OR INDICTMENT OF ANY GRAND OR PETIT JUROR IN ANY SUCH COURT, OR

TO INJURE SUCH JUROR IN CITIZEN IN PARTIES, SELF OR PROPERTY ON

ACCOUNT OF ANY VERDICT, PRESENTMENT, OR INDICTMENT LAWFULLY

ASSENTED TO BY CITIZEN IN PARTIES, OR OF CITIZEN IN PARTIES BEING

OR HAVING BEEN SUCH JUROR, OR IF TWO OR MORE CITIZENS IN PARTIES

CONSPIRE FOR THE PURPOSE OF IMPEDING, HINDERING, OBSTRUCTING, OR

DEFEATING, IN ANY MATTER, THE DUE COURSE OF JUSTICE IN ANY STATE

OR TERRITORY, WITH THE WILL OF INTENT TO DENY TO ANY CITIZEN IN

PARTIES THE EQUAL PROTECTION OF THE LAW, OR TO INJURY CITIZEN IN

PARTIES OR CITIZEN IN PARTIES'S PROPERTY FOR LAWFUL ENFORCING,

OR ATTEMPTING TO ENFORCE, THE RIGHT OF ANY CITIZEN IN PARTIES, OR

CLASS OF CITIZENS IN PARTIES, TO THE EQUAL PROTECTION OF THE LAW.

PLAINTIFFS WERE INJURED WITH THE REMOVAL OF THE FLAG. ALL

RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS

CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C.

1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983:

THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359, BREACHES THE

OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE

CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242,

RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201: THEREBY WANTING

RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C.

7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION

OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF

OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE

DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872

BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT

JOINING THE CASE F.R.C.P. 10(a).

13.   WITHOUT DUE PROCESS OF LAW UNDER THE U.S.C.A. 5 AND 4 PLAINTIFFS

WERE DENIED RIGHT TO DUE PROCESS AND ACCUSING OFFICER TITLED

ABOVE (SPECIFY), WITH PERJURY OF OATH OF OFFICE AND CONSTRUCTIVE

TREASON IN AND FOR CONTEMPT OF THE CONSTITUTION OF THE united
STATES UNDER: TITLE 42 U.S.C. 1985(3) = DEPRIVING PARTIES OF RIGHTS OR
PRIVILEGES: IF TWO OR MORE CITIZENS IN PARTIES IN ANY STATE OR
TERRITORY CONSPIRE OR GO IN DISGUISE, FOR THE PURPOSE OF
DEPRIVING, EITHER DIRECT OR INDIRECT, ANY CITIZEN IN PARTIES OR
CLASS OF CITIZEN IN PARTIES, OF THE EQUAL PROTECTION OF THE LAW,
OR OF EQUAL PRIVILEGES AND IMMUNITIES UNDER THE LAW, OR FOR THE
PURPOSE OF PREVENTING OR HINDERING THE CONSTITUTED AUTHORITIES
OF ANY STATE OR TERRITORY FROM GIVING OR SECURING TO ALL
CITIZEN IN PARTIES WITHIN SUCH STATE OR TERRITORY THE EQUAL
PROTECTION OF THE LAWS, OR IF TWO OR MORE CITIZENS IN PARTIES
CONSPIRE TO PREVENT BY FORCE, INTIMIDATION, OR THREAT, ANY
CITIZEN IN PARTIES WHO IS LAWFUL ENTITLED TO VOTE, FROM GIVING
PARTIES SUPPORT OR ADVOCACY IN A LEGAL MANNER, OR TO INJURE
ANY CITIZEN IN PARTIES, IN SELF OR PROPERTY ON ACCOUNT OF SUCH
SUPPORT OR ADVOCACY, IN ANY CASE OF CONSPIRACY SET FORTH IN
THIS SECTION, IF ONE OR MORE CITIZENS IN PARTIES ENGAGED THEREIN
DO, OR CAUSE TO BE DONE, ANY ACT IN FURTHERANCE OF THE OBJECT OF
SUCH CONSPIRACY, WHEREBY ANOTHER IS INJURED IN CITIZEN IN
PARTIES SELF OR PROPERTY, OR DEPRIVED OF HAVING AND EXERCISING
ANY RIGHTS OR PRIVILEGE OF A CITIZEN IN PARTIES OF THE united STATES,
THE CITIZEN IN PARTIES SO INJURED OR DEPRIVED MAY HAVE AN ACTION

215

FOR THE RECOVERY OF DAMAGES OCCASIONED BY SUCH INJURY OR
DEPRIVATION, AGAINST ANY CITIZEN IN PARTIES OR MORE OF THE
CONSPIRATORS. PLAINTIFFS WERE INJURED WITH THE REMOVAL OF THE
FLAG. ALL RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE
DEFENDANTS CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE
TITLE 42 U.S.C. 1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE
42 U.S.C. 1983: THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359,
BREACHES THE OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS.
SETTING THE CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C.
242, RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201: THEREBY WANTING
RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C.
7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION
OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF
OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE
DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872
BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT
JOINING THE CASE F.R.C.P. 10(a).

14.   WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF
RIGHTS ARTICLE IX PLAINTIFFS WERE DENIED RIGHT TO DUE PROCESS.
PLAINTIFFS IS ACCUSING OFFICER TITLED ABOVE (SPECIFY). OF THE
COURT. WITH PERJURY OF OATH OF OFFICE AND CONSTRUCTIVE TREASON
IN AND FOR: TITLE 18 U.S.C. 242(1). DEPRIVATION OF RIGHTS UNDER COLOR

216

OF LAW BY OFFICERS OF THE COURT: WHOEVER, UNDER COLOR OF ANY LAW, STATUE, ORDINANCE, REGULATION, OR CUSTOM, WILLFUL SUBJECTS ANY CITIZEN IN PARTIES IN ANY STATE, TERRITORY, OR DISTRICT TO THE DEPRIVATION OF ANY RIGHTS, PRIVILEGES, OR IMMUNITIES SECURED OR PROTECTED BY THE CONSTITUTION OR THE LAWS OF THE united STATES, OR TWO DIFFERENT PUNISHMENTS, PAINS, OR PENALTIES, ON ACCOUNT OF SUCH PARTIES BEING ALIEN, OR BY REASON OF THE PARTIES COLOR OR RACE, THAN ARE PRESCRIBED FOR THE PUNISHMENT OF CITIZENS IN PARTIES, SHALL BE FINED $10,000, UNDER THIS TITLE OR IMPRISONED NOT MORE THAN TEN YEARS, OR BOTH, PLAINTIFFS WERE INJURED WITH THE REMOVAL OF THE FLAG, ALL RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C. 1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983: THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359, BREACHES THE OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242, RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201: THEREBY WANTING RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C. 7 THEREBY INJURING TITLE 42 U.S.C. 1983, THIS ALL LED TO OBSTRUCTION OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF OATH TITLE 28 U.S.C. 453, ALL THESE ACTS ARE COMMITTED BY THE DEFENDANTS THROUGH EXTORTION RACKETEERING

217

TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7. 6. 5. 4. 3. 2. 1
THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

15.   WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1. 5. 7. 14 AND BILL OF
RIGHTS ARTICLE IX PLAINTIFFS WERE INJURED. PURSUANT TO THE
NEGLECT TO DUE PROCESS: (TITLE 18 U.S.C. 872) EXTORTION. BY OFFICERS
AS EMPLOYEES OF THE united STATES: WHOEVER. BEING AN OFFICER. OR
EMPLOYEE OF THE united STATES OR ANY DEPARTMENT OR AGENCY
THEREOF. OR REPRESENTING HIMSELF TO BE OR ASSUMING TO ACT AS
SUCH UNDER COLOR OR PRETENSE OF OFFICE OR EMPLOYMENT COMMITS
OR ATTEMPTS AN ACT OF EXTORTION. SHALL BE FINED UNDER THIS TITLE
OR IMPRISONED NOT MORE THAN THREE YEARS. OR BOTH. PLAINTIFFS
WERE INJURED WITH THE REMOVAL OF THE FLAG. ALL RIGHTS WERE
STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS CONSPIRING TITLE 42
U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C. 1985(2) WITH INJURY
TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983: THROUGH
COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359. BREACHES THE OATH TITLE
28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE CONSPIRACY
TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242. RESULTING IN
KIDNAPPING TITLE 18 U.S.C. 1201: THEREBY WANTING RANSOM
(PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C. 7
THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION
OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF

218

OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE

DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872

BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT

JOINING THE CASE F.R.C.P. 10(a).

16. WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF

RIGHTS ARTICLE IX PLAINTIFFS WERE DENIED RIGHT TO DUE PROCESS.

PLAINTIFFS ARE ACCUSING OFFICERS OF THE COURT (DEFINE = TIME AND

PLACE) TITLED ABOVE WITH PERJURY OF OATH OF OFFICE AND

CONSTRUCTIVE TREASON AGAINST THE U.S. CONSTITUTION IN AND FOR:

TITLE 18 U.S.C. 241 CONSPIRACY, PROVIDES IN PERTINENT PART:

WHOEVER, UNDER COLOR OF LAW STATUE, ORDINANCE, REGULATION, OR

CUSTOM, WILLFUL SUBJECTS ANY INHABITANT OF ANY STATE,

TERRITORY, OR DISTRICT TO THE DEPRIVATION OF ANY RIGHTS,

PRIVILEGES, OR IMMUNITIES SECURED OR PROTECTED BY THE UNITED

STATES CONSTITUTION OR LAWS OF THE united STATES... SHALL BE FINED

NOT MORE THAN $10,000.00 OR IMPRISONED NOT MORE THAN TEN YEARS

OR BOTH. PLAINTIFFS WERE INJURED WITH THE REMOVAL OF THE FLAG.

ALL RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS

CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C.

1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983:

THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359, BREACHES THE

OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE

219

CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242.

RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201; THEREBY WANTING

RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C.

7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION

OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF

OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE

DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872

BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT

JOINING THE CASE F.R.C.P. 10(a).

17.   WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF

RIGHTS ARTICLE IX PLAINTIFFS WERE DENIED RIGHT TO DUE PROCESS.

PLAINTIFFS ARE ACCUSING OFFICERS OF THE COURT TITLED ABOVE WITH

PERJURY OF OATH OF OFFICE AND CONSTRUCTIVE TREASON AGAINST THE

CONSTITUTION OF THE united STATES IN AND FOR: A CAUSE OF ACTION

UNDER (TITLE 42 U.S.C. 1983 CH. 21 AT NOTES 319 AND 337) POLICY AND

CUSTOM WHEN ACTS COMMITTED, CAUSE VIOLATION OF DUE PROCESS

AND EQUAL PROTECTION OF THE LAW, AND BEFORE THE FACTS OF A

CASE, (UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 12(b)(1) LACKS

SUBJECT MATTER JURISDICTION OVER THE SUBJECT), ARE PRESENTED TO

THE COURT FOR REVIEW: THE OFFICER OF THE COURT (DEFINE) FOR ACTS

COMMITTED TO DETERMINE THE OUTCOME OF THE CASE, BEFORE THE

FACTS ARE PRESENTED IN THE COURT, WILL LOSE JURISDICTION OVER

220

THE SUBJECT MATTER OF THE CASE, AND WHEN SUCH ACTS CAUSE THE CITIZEN IN PARTIES INJURY, UNDER THE CONSTITUTIONAL OF THE united SATES BREACH OF CONTRACT OR VIOLATION, SHALL BE LIABLE TO THE CITIZEN IN PARTIES INJURED. UNDER (TITLE 42 U.S.C. 1983 CHAPTER 21 AT NOTES 333, 349, 351, 352, 355.) PLAINTIFFS WERE INJURED WITH THE REMOVAL OF THE FLAG, ALL RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C. 1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983; THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359, BREACHES THE OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242, RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201: THEREBY WANTING RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C. 7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

18. WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF RIGHTS ARTICLE IX PLAINTIFFS WERE DENIED RIGHT TO DUE PROCESS. PLAINTIFFS ARE ACCUSING OFFICERS OF THE COURT TITLED ABOVE WITH

PERJURY OF OATH OF OFFICE AND CONSTRUCTIVE TREASON AGAINST THE
U.S. CONSTITUTION IN AND FOR: PLAINTIFFS ARE ACCUSING OFFICERS OF
THE COURT ON DATE 10-24-96 WITH PERJURY OF OATH OF OFFICE AND
CONSTRUCTIVE TREASON IN AND FOR: TITLE 28 CHAPTER 85 U.S.C. 1359
COLLUSION IS WHEN A JUDGE USES FORCE (U.C.C. 3-501) TO INTIMIDATE
BY COLLUSION, TO FORCE THE PARTIES INTO A (CONTRACT) IN THE BAR.
PLAINTIFFS WERE INJURED WITH THE REMOVAL OF THE FLAG. ALL
RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS
CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C.
1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983:
THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359, BREACHES THE
OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE
CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242.
RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201: THEREBY WANTING
RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.U.S.C.
7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION
OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF
OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE
DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872
BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT
JOINING THE CASE F.R.C.P. 10(a).

19. THE FURTHER APPLICATIONS TO THE RULES OF LAW. IN LAW. THE
VIOLATIONS UNDER THE FOREIGN YELLOW FRINGE FLAG JURISDICTION. IS
WHEN THE HONORABLE JUDGE AS THE FIDUCIARY AND RESPONSIBLE FOR
THE SETUP OF THE COURT ROOM: WHEN A JUDGE ENTERS THE COURT
ROOM UNDER THE FOREIGN YELLOW FRINGE FLAG, WITH THE YELLOW
FRINGE AND OR YELLOW BRAID ON THE FLAG, AND ON THE POLE:
YELLOW SPEAR (MILITARY) OR YELLOW EAGLE (FOR PRESIDENT OF U.S.A.
CORPORATE, ONLY), PLACED IN THE COURT BY THE JUDGE AND BEFORE
THE HEARING BEGINS. THIS ACTION PURSUANT TO THE LAW OF THE FLAG.
THE COURT ROOM WILL BE UNDER A FOREIGN STATE JURISDICTION AND
ALL CONSTITUTIONAL RIGHTS WILL BE SUSPENDED. WARNING! CITIZENS
WILL BE GUILTY UNTIL PROVEN INNOCENT. THE JUDGE WILL HAVE
SURRENDERED THE U.S. CONSTITUTION TO A FOREIGN STATE/POWER
THAT DOES NOT HAVE A CONSTITUTION CONSTRUCTIVE TREASON
AGAINST THE CONSTITUTION OF THE united STATES AND CONTEMPT OF
THE CONSTITUTION OF THE united STATES. BY THE OFFICERS OF THE
COURT UNDER OATH AND AFFIRMATION OR ALLEGIANCE THAT WERE
SWORN TO DEFEND AND PROTECT THE U.S. CONSTITUTION AND CITIZENS
IN PARTIES, IS NOW SURRENDERED. PLAINTIFFS WERE INJURED WITH THE
REMOVAL OF THE FLAG, ALL RIGHTS WERE STOLEN FROM PLAINTIFFS BY
ALL THE DEFENDANTS CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT
JUSTICE TITLE 42 U.S.C. 1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE

223

39 TITLE 42 U.S.C. 1983: THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C.
1359, BREACHES THE OATH TITLE 28 U.S.C. 453 TAKEN BY THE
DEFENDANTS. SETTING THE CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE
TITLE 18 U.S.C. 242. RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201:
THEREBY WANTING RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT
TRIAL BY JURY A.u.S.C. 7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL
LED TO OBSTRUCTION OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY
TITLE 18 U.S.C. 1621 OF OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE
COMMITTED BY THE DEFENDANTS THROUGH EXTORTION RACKETEERING
TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7. 6. 5. 4. 3. 2. 1
THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

20. WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF
RIGHTS ARTICLE IX PLAINTIFFS WERE DENIED RIGHT TO DUE PROCESS.
PLAINTIFFS ARE ACCUSING OFFICERS OF THE COURT TITLED ABOVE WITH
PERJURY OF OATH OF OFFICE AND CONSTRUCTIVE TREASON AGAINST THE
U.S. CONSTITUTION IN AND FOR: FOR INJURY DEFINED AS TITLE 18 U.S.C.
242. DEPRIVATION OF RIGHTS UNDER COLOR OF LAW. AND TITLE 42 U.S.C.
1983 CHAPTER 21 INJURY TO U.S. CONSTITUTIONAL VIOLATION OF u.S.C.A.
1, 5, 7, 14 AND BILL OF RIGHTS ARTICLE IX = DUE PROCESS AND EQUAL
PROTECTION OF THE LAW. GIVING RISE TO A PERJURY OF OATH OF OFFICE
UNDER TITLE 18 U.S.C. 1621. PERJURY OF OATH AND CONSTRUCTIVE
TREASON ARE THE NECESSARY ELEMENTS NEEDED TO PROVE THE WILL

224

OF INTENT, BY THE JUDGE OR OFFICERS OF THE COURT (DEFINE NAMES, PLACES, TIME). PLAINTIFFS WERE INJURED WITH THE REMOVAL OF THE FLAG. ALL RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C. 1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983; THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359, BREACHES THE OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242, RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201: THEREBY WANTING RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.U.S.C. 7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

21.  WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF RIGHTS ARTICLE IX PLAINTIFFS WERE DENIED RIGHT TO DUE PROCESS. PLAINTIFFS ARE ACCUSING OFFICERS OF THE COURT TITLED ABOVE WITH PERJURY OF OATH OF OFFICE AND CONSTRUCTIVE TREASON AGAINST THE CONSTITUTION OF THE united SATES IN AND FOR: TITLE 42 U.S.C. 1621, CHAPTER 79: PERJURY OF OATH: (1) WHOEVER, HAVING TAKEN AN OATH

225

BEFORE A COMPETENT TRIBUNAL, OFFICER, OR PARTIES. IN ANY CASE
WHICH A LAW OF THE united STATES AUTHORIZES AN OATH TO BE
ADMINISTERED, THAT PARTIES WILL TESTIFY, DECLARE, DEPOSE, OR
CERTIFY TRUE, WILLFUL AND CONTRARY TO SUCH OATH STATES OR
SUBSCRIBES ANY MATERIAL MATTER WHICH PARTIES DOES NOT BELIEVE
TO BE TRUE, OR (2) IN ANY DECLARATION, CERTIFICATE, VERIFICATION,
OR STATEMENT UNDER PENALTY OF PERJURY AS PERMITTED UNDER
SECTION 1746 OF TITLE 28 U.S.C. WILLFUL SUBSCRIBES AS TRUE ANY
MATERIAL MATTER WHICH PARTIES DOES NOT BELIEVE TO BE TRUE, IS
GUILTY OF PERJURY AND SHALL, EXCEPT AS OTHERWISE EXPRESS
PROVIDED BY LAW, BE FINED UNDER THIS TITLE OR IMPRISONED NOT
MORE THAN FIVE YEARS OR BOTH.

22. WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF
RIGHTS ARTICLE IX PLAINTIFFS WERE DENIED RIGHT TO DUE PROCESS.
PLAINTIFFS ARE ACCUSING OFFICERS OF THE COURT TITLED ABOVE
PERJURY OF OATH OF OFFICE AND CONSTRUCTIVE TREASON AGAINST THE
CONSTITUTION OF THE united SATES IN AND FOR: TITLE 42 U.S.C. 1983
CHAPTER 21) PERSONAL INJURY: EVERY CITIZEN IN PARTIES WHO, UNDER
COLOR OF ANY STATUTE, ORDINANCE, REGULATION, CUSTOM, OR USAGE,
OF ANY STATE OR TERRITORY OR THE DISTRICT OF COLUMBIA, SUBJECTS,
OR CAUSES TO BE SUBJECTED, ANY CITIZEN IN PARTIES OF THE united
STATES OR OTHER CITIZEN IN PARTIES WITHIN THE JURISDICTION

226

THEREOF TO THE DEPRIVATION OF ANY RIGHTS, PRIVILEGES, OR
IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, SHALL BE
LIABLE TO THE CITIZEN IN PARTIES INJURED IN AN ACTION AT LAW, SUIT
IN EQUITY, OR OTHER PROPER PROCEEDING FOR REDRESS. FOR THE
PURPOSES OF THIS SECTION, ANY ACT OF CONGRESS APPLICABLE
EXCLUSIVE TO THE DISTRICT OF COLUMBIA SHALL BE CONSIDERED TO BE
A STATUTE OF THE DISTRICT OF COLUMBIA. PLAINTIFFS WERE INJURED
WITH THE REMOVAL OF THE FLAG, ALL RIGHTS WERE STOLEN FROM
PLAINTIFFS BY ALL THE DEFENDANTS CONSPIRING TITLE 42 U.S.C. 1985 (1)
TO OBSTRUCT JUSTICE TITLE 42 U.S.C. 1985(2) WITH INJURY TITLE 42 U.S.C.
1983 AND NOTE 39 TITLE 42 U.S.C. 1983; THROUGH COLLUSION TITLE 28
CHAPTER 85 U.S.C. 1359, BREACHES THE OATH TITLE 28 U.S.C. 453 TAKEN
BY THE DEFENDANTS. SETTING THE CONSPIRACY TITLE 18 U.S.C. 241 TO
DEPRIVE TITLE 18 U.S.C. 242. RESULTING IN KIDNAPPING TITLE 18 U.S.C.
1201; THEREBY WANTING RANSOM (PROPERTY) TITLE 18 U.S.C. 1202
WITHOUT TRIAL BY JURY A.u.S.C. 7 THEREBY INJURING TITLE 42 U.S.C. 1983.
THIS ALL LED TO OBSTRUCTION OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH
PERJURY TITLE 18 U.S.C. 1621 OF OATH TITLE 28 U.S.C. 453. ALL THESE ACTS
ARE COMMITTED BY THE DEFENDANTS THROUGH EXTORTION
RACKETEERING TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7.
6. 5. 4. 3. 2. 1 THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

23.   WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF
RIGHTS ARTICLE IX PLAINTIFFS WERE DENIED RIGHT TO DUE PROCESS.
PLAINTIFFS ARE ACCUSING OFFICERS OF THE COURT TITLED ABOVE WITH
PERJURY OF OATH OF OFFICE AND CONSTRUCTIVE TREASON AGAINST THE
U.S. CONSTITUTION IN AND FOR: TITLE 42 U.S.C. 1983 CHAPTER 21 NOTE 39;
IN ORDER TO ESTABLISH PERSONAL LIABILITY ON PART OF GOVERNMENT
OFFICIAL IN FEDERAL CIVIL RIGHT LAW ACTION. WILLFUL INTENT
AGAINST THE CITIZEN IN PARTIES, IS ENOUGH TO SHOW THAT OFFICIAL
ACTION UNDER THE COLOR OF LAW CAUSED DEPRIVATION OF FEDERAL
RIGHT IN CONTRAST, WITH THE WILL OF INTENT. GOVERNMENT ENTITY IS
LIABLE IN OFFICIAL CAPACITY SUIT UNDER (TITLE 42 U.S.C. 1983) ONLY
WHEN ENTITY IS MOVING FORCE BEHIND DEPRIVATION = TITLE 18 U.S.C.
242). PLAINTIFFS WERE INJURED WITH THE REMOVAL OF THE FLAG. ALL
RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS
CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C.
1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983;
THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359. BREACHES THE
OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE
CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242.
RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201; THEREBY WANTING
RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C.
7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL LED TO OBSTRUCTION

OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

24.     WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF RIGHTS ARTICLE IX PLAINTIFFS WERE DENIED RIGHT TO DUE PROCESS. PLAINTIFFS ARE ACCUSING OFFICERS OF THE COURT TITLED ABOVE WITH PERJURY OF OATH OF OFFICE AND CONSTRUCTIVE TREASON AGAINST THE U.S.A. CONSTITUTION IN AND FOR: WHEN THE JUDGE FAILS TO JOIN WITH THE JURISDICTION OF THE AUTHORITY UNDER THE FEDERAL RULES OF CIVIL PROCEDURE RULE 16(f) SANCTIONS, FOR NON JOINDER. WITH WILL OF INTENT AND PERJURY OF OATH. PLAINTIFFS WERE INJURED WITH THE REMOVAL OF THE FLAG. ALL RIGHTS WERE STOLEN FROM PLAINTIFFS BY ALL THE DEFENDANTS CONSPIRING TITLE 42 U.S.C. 1985 (1) TO OBSTRUCT JUSTICE TITLE 42 U.S.C. 1985(2) WITH INJURY TITLE 42 U.S.C. 1983 AND NOTE 39 TITLE 42 U.S.C. 1983: THROUGH COLLUSION TITLE 28 CHAPTER 85 U.S.C. 1359. BREACHES THE OATH TITLE 28 U.S.C. 453 TAKEN BY THE DEFENDANTS. SETTING THE CONSPIRACY TITLE 18 U.S.C. 241 TO DEPRIVE TITLE 18 U.S.C. 242, RESULTING IN KIDNAPPING TITLE 18 U.S.C. 1201: THEREBY WANTING RANSOM (PROPERTY) TITLE 18 U.S.C. 1202 WITHOUT TRIAL BY JURY A.u.S.C. 7 THEREBY INJURING TITLE 42 U.S.C. 1983. THIS ALL

229

LED TO OBSTRUCTION OF JUSTICE TITLE 18 U.S.C. 1512 THROUGH PERJURY TITLE 18 U.S.C. 1621 OF OATH TITLE 28 U.S.C. 453. ALL THESE ACTS ARE COMMITTED BY THE DEFENDANTS THROUGH EXTORTION RACKETEERING TITLE 18 U.S.C. 872 BY CREATING A FRAUD F.R.C.P. 12(b) 7, 6, 5, 4, 3, 2, 1 THEFT WITHOUT JOINING THE CASE F.R.C.P. 10(a).

PRAYER

PLAINTIFFS PRAY TO THE COURT FOR REDRESS IN THE AMOUNT OF $5 MILLION DOLLARS, FOR THE LOSE IN STANDING IN THE COMMUNITY AND THE EMBARRASSMENT THAT INCARCERATION HAS CAUSE PLAINTIFFS.

PLAINTIFFS PRAY TO THE COURT FOR PECUNIARY DAMAGES FOR THE TORTURE OF BODY AND MIND. PLAINTIFFS PRAY TO THE COURT FOR 10 MILLION DOLLARS (U.S.A. CURRENCY).

PLAINTIFFS PRAYS TO THE COURT FOR $10 MILLION DOLLARS FOR EACH U.S. CONSTITUTIONAL RIGHT VIOLATED THE VIOLATION OF PLAINTIFFSS u.S.C.A. 1, 4, 5, 6, 7, 8, 9, 10, 11, 14.

PLAINTIFFS PRAYS TO THE COURT FOR EXCESSIVE DAMAGE IN THE AMOUNT OF $10 MILLION DOLLARS GOLD. U.S. DOLLARS, FOR THE VIOLATION OF THE RIGHTS UNDER CONSTRUCTIVE TREASON AS AGAINST THE PLAINTIFFS. AS PLAINTIFFS WILL NEVER FEEL SAFE FROM INCARCERATION BY THE FORCES OF THE FOREIGN AGENTS UNDER THE FOREIGN YELLOW FRINGE FLAGS AND THE CONSTRUCTIVE TREASON OF THE FOREIGN ENTITY JURISDICTION AGAIN.

230

Case 1:10-cv-23917-CMA   Document 3-2   Entered on FLSD Docket 10/29/2010   Page 27 of 61

CONCLUSION

WITHOUT DUE PROCESS OF LAW UNDER THE u.S.C.A. 1, 5, 7, 14 AND BILL OF RIGHTS ARTICLE IX PLAINTIFFS WERE DENIED RIGHT TO DUE PROCESS. PLAINTIFFS ARE ACCUSING OFFICERS OF THE COURT TITLED WITH PERJURY OF OATH OF OFFICE AND CONSTRUCTIVE TREASON AGAINST THE U.S. CONSTITUTION IN AND FOR: WITHOUT A 4TH AMENDMENT WARRANT, SIGNED BY A JUDGE OF OATH AND AFFIRMATION, PLAINTIFFS WERE ARRESTED BY RESPONDENT AND INCARCERATED WITHOUT A F.R.C.P. RULE 38(a) HEARING OR JUDGED BY A TRIAL OF PLAINTIFFSS PEERS. PLAINTIFFS IN COOPERATING WITH THE AUTHORITIES WERE LIED TO AND PUNISHED FOR PLAINTIFFSS GOOD FAITH EFFORT TO RESOLVE THE DISPUTE WITH JUSTICE IN AND FOR THE ARTICLE THREE COURTS. THE AMERICAN FLAG OF PEACE (TITLE 4 U.S.C. 1) IS FLOWN WITH PRIDE.

THE ACTS COMMITTED AT THIS POINT IN TIME, TO THE PLAINTIFFS TITLED ABOVE, IN THE STATE OF FLORIDA, OF THE united STATES OF AMERICA, ARE UNDER THE COLLUSION OF (TITLE 28 CHAPTER 85 u.S.C.A. 1359) OF THE FOREIGN STATE POWER JURISDICTION SUPPORTED WITH THE FOREIGN YELLOW FRINGE FLAG, WITH THE YELLOW BRAID, AND A YELLOW EAGLE OR YELLOW SPEAR OR BALL, ATOP THE FLAG POLE, WILL ESTABLISH THE JURISDICTION OF THE JURISDICTION.

231

**Topics within**

<u>Proper Jurisdiction</u>

The proper jurisdiction for any foreclosure procedure is in Federal arena because STATES their responsibility is to set the price of silver do not have any credit. All the credit of the UNITED STATES is vested in the UNITED STATES, making STATE and COUNTY without proper subject matter jurisdiction. Without subject matter jurisdiction all judgments are null and void ab initio.

<u>Promissory Notes</u>

Promissory notes are instruments of monetary agreement to be enforced, the note must be produced when the debtor request to see the note; along with an attached accounting. If no accounting is attached to the note, the note is not enforceable. The reason foreclosures exist in any court is because borrower cannot make payment on an existing note. When a suit is filed by a FLORIDA BAR lawyer, the suit must have a promissory note on it or state where and when the note may be viewed by the defending party. This is normally called the cause of action. Without a cause of action on the face of the document the action cannot stand; the action must be dismissed by the clerk of the court or the magistrate presiding over the action.

<u>Land Patent</u>

The history of our land development and theories of ownership comes from the Bible and the British. This can be found in Genesis 47. The land given or sold by the Government to a soldier or citizen cannot be taxed, levied, or compromised for any reason. The land can be inherited by the owner's children or assigned for monetary compensation. With the land patent one gets the fief. The fief is what the King own in England. This gave the King (a sovereign) the right to

232

collect taxes on the good produced by the tenant owner. In the united States of America the people here became the sovoran with the signing of the Treaty of Peace of 1783; in which King George stated that the sovereignty was not a gift but was won by the Colonist. In winning the war the people of the thirteen states became Kings of their own castle (house) and respected each other's rights. By owning the fief no one could tax or take their castle which was sacred to them.

### Irrevocable, Common Law, Contractual Pure Trust

In a <u>Pure</u> Trust the owner of Land must relinquish himself of ownership of Land meaning: sign the deed over to the trustee, who in turn gives the Grantor a certificate. The Grantor usually becomes the manager; however, he has totally divested himself of ownership of the property. <u>Irrevocable</u> in that this trust remains in trust ownership for 21 years and cannot revert back to the grantor during that time. <u>Common law</u> in that all differences or disputes must be tried in a court of common law with common law procedure and form. <u>Contractual</u> agreement as prescribed by Article I section 10 sub section 1 of the united States constitution. State cannot abridge the obligation of a contract.

### Exhibits

Exhibits A and B speak for themselves. Both Affiants are learned scholars and have worked in numerous positions in the banking system. Both asseverate that the notes to tender debt are created by the borrower. In essence, the borrower is the lender because the money is created by the Federal Reserve upon the signature of the borrower. At this point the Bank becomes the debtor and the borrower becomes the lender.

233

## Prayer

A failure to treat all humans equally where no reasonable distinction can be found between those favored and those not favored in discrimination; thereby, in violation of Amendment 14 to the United States of America Constitution. Because everyone is deemed to know the law, inaccurate representations regarding a matter of law (such as) not having a cause of action in a legal matter that the misrepresentor himself knew to be in accurate, a fraud action would lie. As shown previously, the defendants are assured to be knowledgeable humans with above average intelligence, have conspired through utilization of private court system of the Florida Bar thereby allowing commitment of egregious wrongs under the pretense of being a legal system which falls on all people of Florida. The result is huge sums of money being extorted by the defendants.

Federal Rule 9(b) fraud, from the Federal Rules of Civil Procedures and cross referencing this to Title 28 U.S.C.A. section 1746.

The fraud denotes the unconscionable wrong of premeditated fraud by defendants violating the officials Oath of Office and caused a perjury of said oath, pursuant to Title 18 U.S.C.A. section 1621, resulting in a deprivation of rights, pursuant to Title 18 U.S.C.A. section 242, as you have no contract with them to deprive you of your unalienable rights, causing Title 18 U.S.C.A. section 872 extortion of those un alienable rights.

As a result of these deprivations and extortions of rights in concert with the court or other officials, the actions result in a Title 42 U.S.C.A. section 1985 conspiracy to violate/deprive rights, action.

234

Title 42 U.S.C.A. sections 1986 and 1985 create the jurisdiction of the suit brought as a result of these actions: neglect to correct, fraud, perjury, extortion, deprivation, and conspiracy, resulting in a criminal conspiracy pursuant to Title 18 U.S.C.A. section 241, which all have resulted in a Title 42 U.S.C.A. sections 1983 damage to Plaintiffs.

<u>Pray this court to:</u>

1.    Stop the Florida Bar members from harassing the Plaintiffs.

2.    Uphold the actions of the common law grand jury of 12 women and men thereby upholding the abatement of the common law grand jury.

235

Exhibit A

LI1.84*13*87.16.51*21  89989

Note: Emphasis added to this affidavit with Yellow Highlighting!

## STATE OF MICHIGAN

### IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

03-047448-CZ

JUDGE  EDWARD  SOSNICK
BANK  ONE         V. DAVE, HARSHA

| | | |
|---|---|---|
| BANK ONE. N.A.. | ) | Case No. 03-04 |
| | ) | |
| Plaintiff. | ) | Hon. E.. Sosnic |
| | ) | |
| v. | ) | AFFIDAVIT OF WALKER F. TODD. |
| | ) | EXPERT WITNESS FOR DEFENDANTS |
| HARSHAVARDHAN DAVE and | ) | |
| PRATIMA DAVE. jointly and severally, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| Harshavardhan Dave and Pratima H. Dave<br>C/o 5128 Echo Road<br>Bloomfield Hills, MI 48302<br>Defendants. *in propria persona* | Michael C. Hammer (P41705)<br>Ryan O. Lawlor (P64693)<br>Dickinson Wright PLLC<br>Attorneys for Bank One, N.A.<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226<br>(313) 223-3500 |

Now comes the Affiant, Walker F. Todd. a citizen of the United States and the State of

Ohio over the age of 21 years, and declares as follows. under penalty of perjury:

1.   That I am familiar with the Promissory Note and Disbursement Request and

Authorization. dated November 23. 1999. together sometimes referred to in other

documents filed by Defendants in this case as the "alleged agreement" between

Defendants and Plaintiff but called the "Note" in this Affidavit.  If called as a witness,

I would testify as stated herein.  I make this Affidavit based on my own personal

knowledge of the legal. economic. and historical principles stated herein, except that I

have relied entirely on documents provided to me, including the Note, regarding

1

certain facts at issue in this case of which I previously had no direct and personal knowledge. I am making this affidavit based on my experience and expertise as an attorney, economist, research writer, and teacher. I am competent to make the following statements.

## PROFESSIONAL BACKGROUND QUALIFICATIONS

2. My qualifications as an expert witness in monetary and banking instruments are as follows. **For 20 years, I worked as an attorney and legal officer for the legal departments of the Federal Reserve Banks of New York and Cleveland.** Among other things, I was assigned responsibility for questions involving both novel and routine notes, bonds, bankers' acceptances, securities, and other financial instruments in connection with my work for the Reserve Banks' discount windows and parts of the open market trading desk function in New York. In addition, for nine years, I worked as an economic research officer at the Federal Reserve Bank of Cleveland. I became one of the Federal Reserve System's recognized experts on the legal history of central banking and the pledging of notes, bonds, and other financial instruments at the discount window to enable the Federal Reserve to make advances of credit that became or could become money. I also have read extensively treatises on the legal and financial history of money and banking and have published several articles covering all of the subjects just mentioned. I have served as an expert witness in several trials involving banking practices and monetary instruments. A summary biographical sketch and resume including further details of my work experience, readings, publications, and education will be tendered to Defendants and may be made available to the Court and to Plaintiff's counsel upon request.

## GENERALLY ACCEPTED ACCOUNTING PRINCIPLES

3. Banks are required to adhere to Generally Accepted Accounting Principles (GAAP). GAAP follows an accounting convention that lies at the heart of the double-entry bookkeeping system called the Matching Principle. This principle works as follows: When a bank accepts bullion, coin, currency, checks, drafts, promissory notes, or any other similar instruments (hereinafter "instruments") from customers and deposits or records the instruments as assets, it must record offsetting liabilities that match the assets that it accepted from customers. The liabilities represent the amounts that the bank owes the customers, funds accepted from customers. **In a fractional reserve banking system like the United States banking system, most of the funds advanced to borrowers (assets of the banks) <u>are created by the banks themselves</u> and are not merely transferred from one set of depositors to another set of borrowers.**

RELEVANCE OF SUBTLE DISTINCTIONS ABOUT TYPES OF MONEY

4. From my study of historical and economic writings on the subject, I conclude that a common misconception about the nature of money unfortunately has been perpetuated in the U.S. monetary and banking systems, especially since the 1930s. In classical economic theory, once economic exchange has moved beyond the barter stage, there are two types of money: money of *exchange* and money of *account*. For nearly 300 years in both Europe and the United States, confusion about the distinctiveness of these two concepts has led to persistent attempts to treat money of account as the equivalent of money of exchange. In reality, especially in a fractional reserve banking system, a comparatively small amount of money of exchange (e.g., gold, silver, and official currency notes) may support a vastly larger quantity of business transactions denominated in money of account. The sum of these transactions is the sum of credit extensions in the economy. **With the exception of**

3

customary stores of value like gold and silver, the monetary base of the economy largely consists of credit instruments.  **Against this background, I conclude that the Note, despite some language about "lawful money" explained below, clearly contemplates both disbursement of funds and eventual repayment or settlement in money of account (that is, money of exchange would be welcome but is not required to repay or settle the Note).**  The factual basis of this conclusion is the reference in the Disbursement Request and Authorization  to repayment of $95,905.16 to Michigan National Bank from the proceeds of the Note.  That was an exchange of the credit of Bank One (Plaintiff) for credit apparently and previously extended to Defendants by Michigan National Bank.  Also, there is no reason to believe that Plaintiff would refuse a substitution of the credit of another bank or banker as complete payment of the Defendants' repayment obligation under the Note. This is a case about exchanges of money of account (credit), not about exchanges of money of exchange (lawful money or even legal tender).

5.  Ironically, the Note explicitly refers to repayment in "lawful money of the United States of America" (*see* "Promise to Pay" clause).  Traditionally and legally, Congress defines the phrase "lawful money" for the United States.  **Lawful money was the form of money of exchange that the federal government (or any state) could be required by statute to receive in payment of taxes or other debts.**  Traditionally, as defined by Congress, lawful money only included gold, silver, and currency notes redeemable for gold or silver on demand.  In a banking law context, lawful money was only those forms of money of exchange (the forms just mentioned, plus U.S. bonds and notes redeemable for gold) that constituted the reserves of a national bank prior to 1913 (date of creation of the Federal Reserve Banks).  *See,* Lawful Money,

4

*Webster's New International Dictionary* (2d ed. 1950).   **In light of these facts, I conclude that Plaintiff and Defendants exchanged reciprocal credits involving money of account and not money of exchange; no lawful money was or probably ever would be disbursed by either side in the covered transactions.**   This conclusion also is consistent with the bookkeeping entries that underlie the loan account in dispute in the present case.   Moreover, it is puzzling why Plaintiff would retain the archaic language, "lawful money of the United States of America," in its otherwise modern-seeming Note   It is possible that this language is merely a legacy from the pre-1933 era.   Modern credit agreements might include repayment language such as, "The repayment obligation under this agreement shall continue until payment is received *in fully and finally collected funds*," which avoids the entire question of "In what form of money **or credit** is the repayment obligation due?"

6. *Legal tender*, a related concept but one that is economically inferior to *lawful money* because it allows payment in instruments that cannot be redeemed for gold or silver on demand, has been the form of money of exchange commonly used in the United States since 1933, when domestic private gold transactions were suspended (until 1974)..  Basically, legal tender is whatever the government says that it is.  The most common form of legal tender today is Federal Reserve notes, which by law cannot be redeemed for gold since 1934 or, since 1964, for silver.   See, 31 U.S.C. Sections 5103, 5118 (b), and 5119 (a).

Note: I question the statement that fed reserve notes cannot be redeemed for silver since 1964. It was Johnson who declared on 15 Marcy 1967 that after 15 June 1967 that Fed Res Notes would not be exchanged for silver and the practice did stop on 15 June

1967 – not 1964. I believe this to be error in the text of the author's affidavit.

7. *Legal tender under the Uniform Commercial Code (U.C.C.)*, Section 1-201 (24) (Official Comment), is a concept that sometimes surfaces in cases of this nature.. **The referenced Official Comment notes that the definition of *money* is not limited to *legal tender* under the U.C.C.** *Money* is defined in Section 1-201 (24) as "a medium of exchange authorized or adopted by a domestic or foreign government and includes a monetary unit of account established by an intergovernmental organization or by agreement between two or more nations." The relevant Official Comment states that "The test adopted is that of sanction of government, whether by authorization before issue or adoption afterward, which recognizes the circulating medium as a part of the official currency of that government. The narrow view that money is limited to legal tender is rejected." Thus, I conclude that the U.C.C. tends to validate the classical theoretical view of money.

HOW BANKS BEGAN TO LEND THEIR OWN CREDIT INSTEAD OF REAL MONEY

8. In my opinion, the best sources of information on the origins and use of **credit as money** are in Alfred Marshall, MONEY, CREDIT & COMMERCE 249-251 (1929) and Charles P. Kindleberger, A FINANCIAL HISTORY OF WESTERN EUROPE 50-53 (1984). A synthesis of these sources, as applied to the facts of the present case, is as follows: As commercial banks and discount houses (private bankers) became established in parts of Europe (especially Great Britain) and North America, by the mid-nineteenth century they commonly made loans to borrowers by extending their own credit to the borrowers or, at the borrowers' direction, to third parties. **The typical form of such extensions of credit was drafts or bills of exchange drawn upon themselves (claims on the credit of the drawees) instead of disbursements of bullion,**

coin, or other forms of money.  In transactions with third parties, these **drafts and bills came to serve most of the ordinary functions of money.**  The third parties had to determine for themselves whether such "credit money" had value and, if so, how much.  The Federal Reserve Act of 1913 was drafted with this model of the commercial economy in mind and provided at least two mechanisms (the discount window and the open-market trading desk) by which certain types of bankers' credits could be exchanged for Federal Reserve credits, which in turn could be withdrawn in lawful money.  Credit at the Federal Reserve eventually became the principal form of monetary reserves of the commercial banking system, especially after the suspension of domestic transactions in gold in 1933.  Thus, credit money is not alien to the current official monetary system; it is just rarely used as a device for the creation of Federal Reserve credit that, in turn, in the form of either Federal Reserve notes or banks' deposits at Federal Reserve Banks, functions as money in the current monetary system.  In fact, a means by which the Federal Reserve expands the money supply, loosely defined, is to set banks' reserve requirements (currently, usually ten percent of demand liabilities) at levels that would encourage banks to extend new credit to borrowers on their own books that third parties would have to present to the same banks for redemption, thus leading to an expansion of bank-created credit money.  In the modern economy, many non-bank providers of credit also extend book credit to their customers without previously setting aside an equivalent amount of monetary reserves (credit card line of credit access checks issued by non-banks are a good example of this type of credit), which also causes an expansion of the aggregate quantity of credit money.  The discussion of money taken from Federal Reserve and other modern sources in paragraphs 11 et seq. is consistent with the account of the

7

origins of the use of bank credit as money in this paragraph.

## ADVANCES OF BANK CREDIT AS THE EQUIVALENT OF MONEY

9. Plaintiff apparently asserts that the Defendants signed a promise to pay, such as a note(s) or credit application (collectively, the "Note"), in exchange for the Plaintiff's advance of funds, credit, or some type of money to or on behalf of Defendant. However, the bookkeeping entries required by application of GAAP and the Federal Reserve's own writings should trigger close scrutiny of Plaintiff's apparent assertions that it lent its funds, credit, or money to or on behalf of Defendants, thereby causing them to owe the Plaintiff $400,000. According to the bookkeeping entries shown or otherwise described to me and application of GAAP, the Defendants allegedly were to tender some form of *money* ("lawful money of the United States of America" is the type of money explicitly called for in the Note), securities or other capital equivalent to money, funds, credit, or something else of value in exchange (money of exchange, loosely defined), collectively referred to herein as "money," to repay what the Plaintiff claims was the *money* lent to the Defendants. **It is not an unreasonable argument to state that Plaintiff apparently changed the economic substance of the transaction from that contemplated in the credit application form, agreement, note(s), or other similar instrument(s) that the Defendants executed, thereby changing the costs and risks to the Defendants.** At most, the Plaintiff extended its own *credit* (money of account), but the Defendants were required to repay in *money* (money of exchange, and *lawful money* at that), **which creates at least the inference of inequality of obligations** on the two sides of the transaction (*money*, including *lawful money*, is to be exchanged for *bank credit*).

MODERN AUTHORITIES ON MONEY

11. To understand what occurred between Plaintiff and Defendants concerning the alleged loan of *money* or, more accurately, *credit*, it is helpful to review a modern Federal Reserve description of a bank's lending process. *See*, David H. Friedman, MONEY AND BANKING (4th ed. 1984)(apparently already introduced into this case): "The commercial bank lending process is similar to that of a thrift in that the receipt of cash from depositors increases both its assets and its deposit liabilities, which enables it to make additional loans and investments. . . . When a commercial bank makes a business loan, it accepts as an asset the borrower's debt obligation (the promise to repay) and creates a liability on its books in the form of a demand deposit in the amount of the loan." (Consumer loans are funded similarly.) Therefore, the bank's original bookkeeping entry should show an increase in the amount of the asset credited on the asset side of its books and a corresponding increase equal to the value of the asset on the liability side of its books. **This would show that the bank received the customer's signed promise to repay as an *asset*, thus *monetizing* the customer's signature and creating on its books a liability in the form of a demand deposit or other demand liability of the bank.** The bank then usually would hold this demand deposit in a transaction account on behalf of the customer. Instead of the bank lending its *money* or other assets to the customer, as the customer reasonably might believe from the face of the Note, the bank *created funds* for the customer's transaction account without the customer's permission, authorization, or knowledge and delivered the *credit* on its own books representing those funds to the customer, meanwhile alleging that the bank lent the customer *money*. If Plaintiff's response to this line of argument is to the effect that it acknowledges that it lent credit or issued credit instead of money, one might refer to Thomas P. Fitch, BARRON'S

9

BUSINESS GUIDE DICTIONARY OF BANKING TERMS, "Credit banking," 3 "Bookkeeping entry representing a deposit of funds into an account." But Plaintiff's loan agreement apparently avoids claiming that the bank actually lent the Defendants *money*. They apparently state in the agreement that the Defendants are obligated to repay Plaintiff principal and interest for the "Valuable consideration (money) the bank gave the customer (borrower)." The loan agreement and Note apparently still delete any reference to the bank's receipt of actual cash value from the Defendants and exchange of that receipt for actual cash value that the Plaintiff banker returned.

12. **According to the Federal Reserve Bank of New York, money is anything that has value that banks and people accept as money; money does not have to be issued by the government.** For example, David H. Friedman, I BET YOU THOUGHT . . . . 9, Federal Reserve Bank of New York (4th ed. 1984)(apparently already introduced into this case), explains that banks create new money by depositing IOUs, promissory notes, offset by bank liabilities called  checking account balances.  Page 5 says, "Money doesn't have to be intrinsically valuable, be issued by government, or be in any special form. . . . ."

13. The publication, Anne Marie L. Gonezy, MODERN MONEY MECHANICS 7-33, Federal Reserve Bank of Chicago (rev. ed. June 1992)(apparently already introduced into this case), contains standard bookkeeping entries demonstrating that *money* ordinarily is recorded as a bank *asset*, while a bank *liability* is evidence of *money* that a bank owes.  The bookkeeping entries tend to prove that banks accept cash, checks, drafts, and promissory notes/credit agreements (assets) as *money* deposited to create credit or checkbook money that are bank *liabilities*, which shows that, absent any right of setoff, banks owe *money* to persons who deposit *money*..  **Cash (money of**

10

<u>exchange) is money, and credit or promissory notes (money of account) become</u> <u>money when banks deposit promissory notes with the intent of treating them</u> <u>like deposits of cash.</u> *See*, 12 U.S.C. Section 1813 (*l*)(1) (definition of "deposit" under Federal Deposit Insurance Act). The Plaintiff acts in the capacity of a lending or banking institution, and <u>the newly issued credit or money is similar or equivalent</u> <u>to a promissory note, which may be treated as a deposit of money</u> when received by the lending bank.. Federal Reserve Bank of Dallas publication MONEY AND BANKING, page 11, explains that **when banks grant loans, they create new money.** The new money is created because a new "loan becomes a deposit, just like a paycheck does." **MODERN MONEY MECHANICS, page 6, says,** "What they [banks] do when they make loans is to accept promissory notes in exchange for credits to the borrowers' transaction accounts." **The next sentence on the same page explains that the banks' assets and liabilities increase by the amount of the loans.**

COMMENTARY AND SUMMARY OF ARGUMENT

14. Plaintiff apparently accepted the Defendants' Note and credit application (money of account) in exchange for its own credit (also money of account) and deposited that credit into an account with the Defendants' names on the account, as well as apparently issuing its own credit for $95,905.16 to Michigan National Bank for the account of the Defendants. One reasonably might argue that the Plaintiff recorded the Note or credit application as a loan (money of account) from the Defendants to the Plaintiff and that the Plaintiff then became the borrower of an equivalent amount of money of account from the Defendants.

15. <u>The Plaintiff in fact never lent any of its own pre-existing money,</u> <u>credit, or assets as consideration to purchase the Note or credit</u>

**agreement from the Defendants.** (Robertson Notes: I add that when the bank does the forgoing, then in that event, there is an utter *failure of consideration* for the "loan contract".) When the Plaintiff deposited the Defendants' $400,000 of newly issued credit into an account, the Plaintiff created from $360,000 to $400,000 of new money (the nominal principal amount less up to ten percent or $40,000 of reserves that the Federal Reserve would require against a demand deposit of this size). The Plaintiff received $400,000 of credit or money of account from the Defendants as an asset. GAAP ordinarily would require that the Plaintiff record a liability account, crediting the Defendants' deposit account, showing that the Plaintiff owes $400,000 of money to the Defendants, just as if the Defendants were to deposit cash or a payroll check into their account.

16. The following appears to be a disputed fact in this case about which I have insufficient information on which to form a conclusion: I infer that it is alleged that Plaintiff refused to lend the Defendants Plaintiff's own money or assets and recorded a $400,000 loan from the Defendants to the Plaintiff, which arguably was a $400,000 deposit of money of account by the Defendants, and then when the Plaintiff repaid the Defendants by paying its own credit (money of account) in the amount of $400,000 to third-party sellers of goods and services for the account of Defendants, the Defendants were repaid their loan to Plaintiff, and the transaction was complete.

17. I do not have sufficient knowledge of the facts in this case to form a conclusion on the following disputed points: None of the following material facts are disclosed in the credit application or Note or were advertised by Plaintiff to prove that the Defendants are the true lenders and the Plaintiff is the true borrower. **The Plaintiff is trying to use the credit application form or the Note to persuade**

12

**and deceive the Defendants into believing that the opposite occurred**

**and that the Defendants were the borrower and not the lender.** The

following point is undisputed: The Defendants' loan of their credit to Plaintiff, when

issued and paid from their deposit or credit account at Plaintiff, became money in the

Federal Reserve System (subject to a reduction of up to ten percent for reserve

requirements) as the newly issued credit was paid pursuant to written orders,

including checks and wire transfers, to sellers of goods and services for the account of

Defendants.

CONCLUSION

18. Based on the foregoing, Plaintiff is using the Defendant's Note for its own purposes,

and it remains to be proven whether Plaintiff has incurred any financial loss or actual

damages (I do not have sufficient information to form a conclusion on this point). In

any case, the inclusion of the "lawful money" language in the repayment clause of the

Note is confusing at best and in fact may be misleading in the context described

above.

AFFIRMATION

19. I hereby affirm that I prepared and have read this Affidavit and that I believe the

foregoing statements in this Affidavit to be true. I hereby further affirm that the basis

of these beliefs is either my own direct knowledge of the legal principles and

historical facts involved and with respect to which I hold myself out as an expert or

statements made or documents provided to me by third parties whose veracity I

reasonably assumed.

Further the Affiant sayeth naught.

At Chagrin Falls, Ohio

December 5, 2003

WALKER F. TODD (Ohio bar no. 0064539)
Expert witness for the Defendants
Walker F. Todd, Attorney at Law
1164 Sheerbrook Drive
Chagrin Falls, Ohio 44022
(440) 338-1169, fax (440) 338-1537
e-mail: westodd@adelphia.net

<mailto:westodd@adelphia.net>

## NOTARY'S VERIFICATION

At Chagrin Falls, Ohio
December 5, 2003

On this day personally came before me the above-named Affiant, who proved his identity to me to my satisfaction, and he acknowledged his signature on this Affidavit in my presence and stated that he did so with full understanding that he was subject to the penalties of perjury.

_____
Notary Public of the State of Ohio

14

Exhibit B

STATE OF MICHIGAN }ss.
COUNTY OF OAKLAND

DEC 2 6 2007

RUTH JOHNSON
Deputy Clerk

1   Harshavardhan D. and Pratima H. Dave
2   c/o 5128 Echo Road
    Bloomfield Hills, MI  48302
3   Defendant, *in propria persona*

4

5

6                               TY CL

7

8                    '03 MAY 30   STATE OF MICHIGAN

9            IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

10

11  BANK ONE, NA,                    )    Case No: 50-02-2003-047448-cz
                                     )
12      Plaintiff,                   )
                                     )    AFFIDAVIT OF TODD-ELLIS;
13      v.                           )    SWANSON, CERTIFIED PUBLIC
                                     )    ACCOUNTANT.
14  HARSHAVARDHAN DAVE and           )
    PRATIMA DAVE,                    )
15                                   )    03-047448-cz
    Defendants.                      )
16                                   )
                                     )
17                                   )    JUDGE EDWARD SOSNICK
                                          BANK ONE    V DAVE, HARSHA

18

19  I, Todd-Ellis; Swanson, being duly sworn, depose and state:

20      1. That I am familiar with the alleged agreement between Defendant

21  and Plaintiff and if called as a witness, I would testify as stated

22  herein.  I make this Affidavit based on personal knowledge and I am

23  competent to state the following. (Note: The amount of $400,000

24  includes the amount of the alleged note, but does not exclude any other

25  transaction amount between Plaintiff and Defendant.)

26  ////

27  ////

28

Affidavit of Todd-Ellis; Swanson Page 1 of 7

## PROFESSIONAL BACKGROUND QUALIFICATIONS

I am a graduate of the University of North Carolina at Asheville. I graduated Magna Cum Laude with a B.S. in Financial Accounting. I am licensed in both North Carolina (License # 23573) and South Carolina (License # 04808) as a Certified Public Accountant. I have been in the accounting industry for nine years, and I have been licensed for seven years. I have spent most of my career in the public accounting field. Additionally, I spent approximately a year and a half working for Insignia Financial Group, one of the nations largest property management groups in their Partnership Accounting office. Currently, I provide private non-negotiable consultation on individual and business taxation and other accounting matters.

## GENERALLY ACCEPTED ACCOUNTING PRINCIPLES

3. I am making this Affidavit based on my experience and expert opinion as a Certified Public Accountant using Generally Accepted Accounting Principles (hereinafter "GAAP"). GAAP has a principle, called the Matching Principle. The principle works like this. When a bank accepts cash, checks, drafts, promissory notes, or any other similar instruments (hereinafter "instruments") from a customer and deposits or records the instruments as an asset, they must record an offsetting liability that matches the asset they accepted from the customer. The liability shows or demonstrates the amount they owe the customer, the money they accepted from the customer. From my study of the published Federal Reserve Banks' policies and procedures publications, I conclude that two loans were exchanged between Defendant and Plaintiff according to the bookkeeping entries with respect to the instant case and account in dispute.

Affidavit of Todd-Ellis; Swanson Page 2 of 7

4.   Plaintiff appears to assert that the Defendant (hereinafter "alleged borrower") signed a promise to pay, such as a note(s) or credit application in return for Plaintiff advancing funds, credit or money on behalf of Defendant.   However, the bookkeeping entries that must be recorded under the application of GAAP, and the Federal Reserve Bank's rules, regulations and procedures contradict Plaintiff's assertions that it lent its funds, credit or money to, or on behalf of Defendant owing the Plaintiff $400,000.

5.   According to the bookkeeping entries, GAAP, the alleged borrower provided the money, money equivalent, capital, credit, funds or thing of value, hereinafter "money", to fund what the Plaintiff claims is the money lent to the alleged borrower.   It appears the Plaintiff substantially changed the substance from the credit application form, agreement, note(s) or other similar instrument(s), thereby changing the cost and risk and creating economics similar to counterfeiting.

MONEY

6.   To understand what occurred between Plaintiff and Defendant one must understand money, which is not limited to cash.   According to the Federal Reserve Bank, money is anything that has value and banks or people accept as money and money does not have to be issued by the government.   For example, the Federal Reserve Bank of New York's publication *I bet you thought...*by David H. Friedman Fourth Edition 1984, page 9 explains that cash and checkbook money have equal value. Page 27 explains that the banks create new money by depositing IOU's, promissory notes, offset by a bank liability called a checking account balance.   Page 5 says, "Money doesn't have to be intrinsically valuable, be issued by a government or be in any special form..."   A

... correct copy of "I bet you thought..." is hereby attached and incorporated herein by this reference as Exhibit "A."

7. Federal Reserve Bank of Chicago publication *Modern Money Mechanics* by Anne Marie L. Gonczy, revised June 1992, shows standard bookkeeping entries from pages 7 to 33 proving that money is recorded as a bank asset and a bank liability is evidence of money a bank owes. The bookkeeping entries prove that banks accept cash, checks, drafts, and promissory notes/credit agreements as money deposited to create

9 credit or checkbook money that are bank liabilities, which show that

10 the bank owes money to the one who deposited money at the bank. A true

11 and correct copy of "Modern Money Mechanics" is hereby attached and

12 incorporated herein by this reference as Exhibit "B."

13 8. Cash is money, and credit or promissory notes are money when

14 banks deposit promissory notes like depositing cash. See 12 United

15 States Code § 1813(1)(1). The Plaintiff acts in the capacity of a

16 lending or banking institution and the newly issued credit or money is

17 similar, and/or equivalent to a promissory note, which acts like a

18 deposit of money into the credit card company. Federal Reserve Bank

19 of Dallas publication *Money and Banking* page 11 explains that when

20 banks grant loans, they create new money. The new money, new "loan

21 becomes a new deposit, just like a paycheck does." A true and correct

22 copy of "Money and Banking" is hereby attached and incorporated herein

23 by this reference as Exhibit "C."

24 9. *Modern Money Mechanics* page 6 says, "What they do when they

25 make loans is to accept promissory notes in exchange for credits to the

26 borrowers' transaction accounts." The next sentence on the same page

27 explains that the bank assets and liabilities increase by the amount of

28 the alleged loan.

10.   The Federal Reserve Bank of Chicago publication *ABCs of Figuring Interest* page 2 explains that by depositing money in a savings account, an individual makes a loan to the bank. A true and correct copy of "ABCs of Figuring Interest" is hereby attached and incorporated herein by this reference as Exhibit "D."   Federal Reserve Bank of Chicago publication *Public Debt: Private Asset* page 2 explains, "The bank owes us the money that is in our account." A true and correct copy of "Public Debt: Private Asset" is hereby attached and incorporated herein by this reference as Exhibit "E."

<u>SUMMARY</u>

11.   Based on paragraphs 3 through 10 herein and above, Plaintiff accepted the alleged borrower's note(s) or credit card application in exchange for credit(s) or money and deposited said credit(s)/money into an account with the alleged borrower's name on the account.   This means that the Plaintiff recorded the note(s) or credit card application as a loan from the alleged borrower to the Plaintiff and the Plaintiff became the borrower.

12.   The Plaintiff never lent any of their own money, credit or assets as consideration to purchase the credit card agreement or note(s) from the alleged borrower.   When the Plaintiff deposited the alleged borrower's $400,000 of newly issued credit into an account, the Plaintiff created $400,000 of new money.   The Plaintiff received $400,000 of money from the alleged borrower, and GAAP requires that the Plaintiff record a liability account, crediting the alleged borrower's account, showing that the Plaintiff owes $400,000 of money to the alleged borrower just as if the alleged borrower were to deposit cash or a payroll check into his account.

13. As a result, Plaintiff refused to lend the alleged borrower Plaintiff's own money or assets and recorded a $400,000 loan from the alleged borrower to the Plaintiff, which is a $400,000 deposit, and when the Plaintiff repaid the alleged borrower by paying the $400,000 to the seller of the goods and/or services, the lender/alleged borrower was repaid the loan and the transaction was complete.

14. None of these material facts are disclosed in the agreement or advertised by Plaintiff proving that the alleged borrower is the lender and the Plaintiff is the borrower and the Plaintiff is trying to use the credit card application form, or the note(s), to convince and deceive the alleged borrower that the opposite occurred and that the alleged borrower was the borrower and not the lender. The credit issued becomes money in the Federal Reserve System as the newly created credit is paid in the form of a written order (check/wire transfer) to the seller of the goods and/or services.

15. If Plaintiff claims that it did not follow GAAP and controverts the CPA audit claiming that GAAP was followed, then the CPA audit must be reissued claiming that GAAP was not followed and the SEC must be informed of a fraud to the stockholders.

## CONCLUSION

16. Based on the foregoing, Plaintiff is using the alleged borrower's note(s) and/or credit card application to create new money or credit(s), and as a result Plaintiff has never incurred any financial loss and/or actual damages. None of these material facts are disclosed in the alleged agreement between Plaintiff and Defendant, and therefore it is my opinion that Plaintiff breached the alleged agreement by doing the opposite of what they claimed that they had done.

## ATTESTATION

The above facts are true and correct.

Signed by:

*All Rights Reserved*
*Todd-Ellis; Swanson*

Todd-Ellis; Swanson – Certified Public Accountant
c/o 111 Mountainside Way
Greenville, South Carolina [29609]

Subscribed and Sworn before me this ___8th___
day of ___may_____, 2003.

The State of South Carolina,

County of ___Greenville___

*Barbara Deen Miller*
Signature and Seal of Notary

My Commission Expires
November 17, 2010

Affidavit of Todd-Ellis; Swanson Page 7 of 7

🛒 0 Item(s) in Basket          Home    Online Services    About us    Contact us

# Harvey Ruvin
## CLERK *of the* COURTS
MIAMI DADE COUNTY, FLORIDA

## Civil / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS          ALL PARTIES          START A NEW SEARCH

### DEUTSCHE BANK NATL TR CO (TR) vs VALDES, NOELIA E
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

Case Number (LOCAL): 2008-57633-CA-01    Dockets Retrieved: 52    Filing Date: 09/26/2008
Case Number (STATE): 13-2008-CA-057633-0000-01    Judicial Section: 50

| Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|
| 09 01 2010 | | MEMORANDUM OF LAW | |
| 09 01 2010 | | ANSWER AND AFFIRMATIVE DEFENSE | ATTORNEY 88888888 DN01 |
| 08 13 2010 | | NOTICE HAS WRONG TIME | 09/13/2010 09 30 AM |
| 06 19 2010 | | TEXT | REASGND FROM SEC 09 PER A.O. #10-08 |
| 04 02 2010 | | NOTICE | OF FILING COPY OF THE RECORDED ASSIGNMENT OF MORTGAGE |
| 04 02 2010 | 27239 / 2568 Pages 4 | RECORDED DOCUMENT | BK 27239 PG 2568 NOTICE OF FILING ORDER GRANTING RELIEF FROM STAY |
| 12 10 2009 | | NOTICE NOT TIMELY FILED | 10/07/2009 09 00 AM |
| 09 29 2009 | | NOTICE NOT TIMELY FILED | 10/07/2009 09 00 AM |
| 06 25 2009 | | TEXT | CALENDAR CANCELLED PER JUDGE |
| 04 27 2009 | | ORDER | GRANTING MTN TO WITHDRAW AS COUNSEL FOR DEFENDANT |
| 04 15 2009 | | NOTICE | OF CHANGING VENUE |
| 04 15 2009 | | TEXT | WRIT OF PONE |
| 04 15 2009 | | TEXT | JURIDICTIONAL CHALLENGE |
| 03 27 2009 | | NOTICE OF HEARING- | MOTIONS 04/27/2009 09 00 AM |
| 03 18 2009 | | NOTICE OF HEARING- | MOTIONS 06/08/2009 09 00 AM |
| 03 12 2009 | | NOTICE OF HEARING- | MOTIONS 04/27/2009 09 00 AM |
| 03 03 2009 | | MOTION TO WITHDRAW | |
| 02 02 2009 | | OBJECTION | TO MTN TO STRIKE AFFIRMATIVE DEFENSES |
| 01 23 2009 | | NOTICE | OF WITHDRAWAL OF COUNT I |
| 01 23 2009 | | MOTION | TO FILE REPLY & MOTION TO STRIKE |
| 01 23 2009 | | RESPONSE | AND MOTION TO STRIKE AFFIRMATIVE DEFENSES |
| 01 12 2009 | | COURT REGISTRY DEPOSIT | $ 100 00 # 2950 KAHNE & ASSOCS |
| 01 08 2009 | 26717 / 4107 Pages 2 | BOND | $ 100 00 BK 26717 PG 4107 PN01 NON RESIDENT COST |
| 12 30 2008 | | TEXT | 20 DAYS' NOTICE FLORIDA STATUTE |
| 12 22 2008 | | MOTION FOR EXTENSION OF TIME | |
| 12 19 2008 | | NOTICE | OF SERVICE OF RESPONSE TO ADMISSIONS |
| 12 19 2008 | | NOTICE OF CHANGE OF ADDRESS | |
| 12 12 2008 | | CANCELLATION NOTICE | 12/17/2008 09 00 AM |
| 12 09 2008 | | SERVICE RETURNED | BADGE # 7626 P 10/21/2008 DN01 |
| 12 03 2008 | | REQUEST FOR ADMISSIONS | |
| 12 03 2008 | | NOTICE OF APPEARANCE | ATTORNEY 00253049 DN01 |
| 12 03 2008 | | NOTICE OF INTERROGATORY | |

| 12 03 2008 | | ANSWER AND AFFIRMATIVE DEFENSE | ATTORNEY 00253049 DN01 |
|---|---|---|---|
| 12 03 2008 | | NOTICE OF FILING | 20 DAYS NOTICE FLORIDA STATUTE SECTION 57 011 |
| 12 03 2008 | | REQUEST FOR PRODUCTION | |
| 11 15 2008 | | NOTICE OF INTERROGATORY | |
| 11 15 2008 | | NOTICE OF APPEARANCE | ATTORNEY 00253049 DN01 |
| 11 13 2008 | | REQUEST FOR ADMISSIONS | |
| 11 13 2008 | | REQUEST FOR PRODUCTION | |
| 11 13 2008 | | MOTION TO DISMISS | |
| 11 13 2008 | | NOTICE OF FILING | AFFIDAVIT OF COSTS |
| 11 13 2008 | | AFFIDAVIT AS TO COSTS | |
| 11 13 2008 | 26656 331 Pages 2 | RECORDED DOCUMENT | BK 26656 PG 0331 NOTI OF DROPPING UNK SPOUSE UNK PERSON IN POSS OF ETC |
| 11 13 2008 | | NOTICE OF HEARING- | MOTIONS 12/17/2008 09 00 AM |
| 10 17 2008 | | MOTION FOR EXTENSION OF TIME | |
| 10 14 2008 | | SERVICE RETURNED | BADGE # 666666 P 09/27/2008 DN01 DK01 DK02 |
| 10 14 2008 | | TEXT | SUMMON RTD NO SERVICE ON UNK PERSONS IN POSS OF THE SUBJ |
| 10 14 2008 | | TEXT | SUMMON RTD NO SERVICE ON UNK SPOUSE OF NOELIA E VALDES |
| 10 01 2008 | 26591 1430 Pages 1 | LIS PENDENS | BK 26591 PG 1430 |
| 09 26 2008 | | COMPLAINT | |
| 09 26 2008 | | CIVIL COVER | |
| 09 26 2008 | | SUMMONS ISSUED | DN01 DN02 |

BACK TO SEARCH RESULTS          ALL PARTIES

Civil Search Home | Civil Court Information | Email Clerk
Home   Privacy Statement   Disclaimer   Contact us   Information
2008 Clerk of the Court All Rights Reserved 

57141755



🛒 0 Item(s) in Basket          Home     Online Services     About us     Contact us

# Harvey Ruvin
## CLERK *of the* COURTS
MIAMI-DADE COUNTY, FLORIDA

## Civil / Probate Justice System - Docket Information

BACK TO SEARCH RESULTS                ALL PARTIES                START A NEW SEARCH

### CENTRAL MORT CO vs VALDES, NOELIA E
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

Case Number (LOCAL): 2009-12210-CA-01          Dockets Retrieved: 71          Filing Date: 02/17/2009
Case Number (STATE): 13-2009-CA-012210-0000-01                                 Judicial Section: 27

| Date | Book/Page | Docket Entry | Comments |
|------|-----------|--------------|----------|
| 09 29 2010 | | MOTION: | TO VACATE FINAL JUDG ;CANCEL SEPT 29 2010 FORE SALE |
| 09 29 2010 | | RECEIPT | #6588 $50.00 REOPENING FEE |
| 09 28 2010 | 27436 / 3033 Pages 1 | ORDER TO VACATE JUDGMENT | BK 27436 PG 3033 DN01 DN02 DN03 DN04 |
| 09 28 2010 | 27436 / 3033 Pages 1 | COURT ORDER | BK 27436 PG 3033 SALE DATE SET FOR 9-29-10 IS CANCELLED |
| 09 28 2010 | | MTGE FORECLOSR SALE CANCEL | 09/29/2010 09.00 AM CANCELLED PER COURT ORDER |
| 09 23 2010 | | LETTER OF CORRESPONDENCE | TO JUDGE LANDO/FROM KENNETH ERIC TRENT ESQ DATED 9/19/10 |
| 09 21 2010 | | MTG FORE PUB FEE | 150 00 SALE DATE SEPTEMBER 29 |
| 09 21 2010 | | MOTION FOR DEFAULT | |
| 09 20 2010 | | MOTION: | TO VACATE FINAL JUDGMENT |
| 09 07 2010 | | AFFIDAVIT OF | OF TITLE |
| 09 01 2010 | | ANSWER AND AFFIRMATIVE DEFENSE | ATTORNEY 88888888 DN01 |
| 09 01 2010 | | MEMORANDUM OF LAW | |
| 08 26 2010 | | NOTICE OF APPEARANCE | ATTORNEY 00693601 DN01 |
| 08 20 2010 | | TEXT | ANSWER OF JACOB-FRANZ-DYCK-TRUSTEE OF PERFIDIA TRUST |
| 08 20 2010 | | TEXT | REPLEVIN DEMAND |
| 08 20 2010 | | MOTION TO STRIKE | FINAL JUDG, SALE DATE & ACKNOWLEDGEMENT OF BOND LAND PATEN |
| 08 19 2010 | | PN S CERTIF OF RESIDENT MTGE FRCLSR CASE STATUS | |
| 08 11 2010 | | NOTICE OF SALE | |
| 08 09 2010 | | MTG COLLECT FEE | 70.00 |
| 08 05 2010 | | NOTICE OF FILING | ORIGINAL NOTE |
| 08 05 2010 | 27380 / 2995 Pages 4 | FINAL JUDGMENT | J S 1168031 87 BK 27380 PG 2995 DN01 DN02 DN03 DN04 |
| 08 03 2010 | | MTGE FORECLOSURE SALE DATE | 09/29/2010 09 00 AM |
| 03 15 2010 | | TEXT | ABATEMENT |
| 01 26 2010 | 27161 / 2287 Pages 1 | RECORDED DOCUMENT | BK 27161 PG 2287 NOTICE OF BANKRUPTCY (CASE NUMBER 09-31181-LMI) |
| 01 25 2010 | | NOTICE | OF CHANGING VENUE |
| 01 25 2010 | | TEXT | ACTION IN ABATEMENT & WRONGFUL FORECLOSURE |
| 01 25 2010 | | TEXT | WRIT OF PONE |
| 01 25 2010 | | TEXT | JURISDICTIONAL CHALLENGE |
| 01 07 2010 | | AFFIDAVIT OF | AMENDED TIME EFFORT & OCCBS |
| 01 07 2010 | | NOTICE OF FILING | AMENDED AFFO OF INDEBTEDNESS TIME EFFORT |

| Date | Book/Page | Event | Description |
|---|---|---|---|
| 01 07 2010 | | NOTICE OF HEARING- | MOTIONS 02/05/2010 08 30 AM |
| 01 07 2010 | | AFFIDAVIT OF | AMENDED OF INDEBTEDNESS |
| 10 26 2009 | | SUMMONS RETURNED - NO SERVICE | DN03 |
| 09 29 2009 | | NOTICE OF FILING | ORIGINAL PROOF OF PUBLICATION |
| 09 16 2009 | | PROOF OF PUBLICATION | PUB DATE |
| 09 15 2009 | | DEFAULT | DN02 |
| 09 15 2009 | | NOTICE OF DEFAULT NOT ENTERED | DN01 I- ORDER OF DEFAULT 08-13-09 |
| 09 01 2009 | | AFFIDAVIT OF DILIGENT SEARCH | |
| 09 01 2009 | | NOTICE OF FILING | AFFID OF DUE AND DILIGENT SEARCH |
| 09 01 2009 | | NOTICE OF ACTION - PUBLICATION | PUB DATE 10/13/2009 DN03 UNKNOWN SPOUSE UNKNOWN BENEFICIARIES. 3 MAIL OUTS |
| 08 18 2009 | | SUMMONS RETURNED - NO SERVICE | DN03 |
| 08 18 2009 | | TEXT | SUM RTN NO SVC ON UKN SPOUSE OF JACOB-FRANK DYCK |
| 07 30 2009 | | SERVICE RETURNED | BADGE # 1742 P 07/23/2009 DN04 |
| 07 28 2009 | 26956 / 475 Pages 1 | RECORDED DOCUMENT | BK 26956 PG 0475 AMENDED LIS PENDENS |
| 07 22 2009 | | AMENDED COMPLAINT | |
| 07 10 2009 | | CANCELLATION NOTICE | 07/10/2009 08 30 AM |
| 06 17 2009 | | NOTICE OF FILING | UNRECORDED ASSIGNMENT OF MORTGAGE |
| 06 16 2009 | | NON-MILITARY AFFIDAVIT | |
| 06 16 2009 | | NOTICE OF HEARING- | MOTIONS 07/10 2009 08 30 AM |
| 06 16 2009 | | ORDER OF DEFAULT | DN01 UKWN SPOUSE AND UKWN TENANT # |
| 06 16 2009 | | MOTION FOR SUMMARY JUDGMENT | |
| 06 16 2009 | 26913 / 3935 Pages 1 | RECORDED DOCUMENT | BK 26913 PG 3935 NOTICE OF DROPPING COUNT I |
| 06 15 2009 | | AFFIDAVIT OF | TIME. EFFORT |
| 06 15 2009 | | AFFIDAVIT AS TO ATTORNEY FEES | |
| 06 15 2009 | | PN'S CERTIF OF RESIDENT MTGE FRCLSR CASE STATUS | |
| 06 15 2009 | 26912 / 1636 Pages 1 | RECORDED DOCUMENT | BK 26912 PG. 1636 NOTICE OF DROPPING COUNT II OF COMPLAINT |
| 06 15 2009 | | MOTION FOR DEFAULT | |
| 06 15 2009 | 26912 / 1666 Pages 1 | RECORDED DOCUMENT | BK 26912 PG 1666 NOTICE OF DROPPING UNKWN SPOUSE VALDES & UNKWN TENANT#2 |
| 06 15 2009 | | AFFIDAVIT OF INDEBTEDNESS | |
| 06 10 2009 | | MOTION FOR DEFAULT | |
| 04 15 2009 | | NOTICE | OF CHANGING VENUE |
| 04 15 2009 | | TEXT | WRIT OF PONE |
| 03 17 2009 | | SERVICE RETURNED | BADGE # 55555 S 02/19/2009 DN02 |
| 02 23 2009 | | TEXT | SUMMON SERVED ON UKWN TENANT #1 2 17 09 |
| 02 23 2009 | | SERVICE RETURNED | BADGE # 245 P 02/17/2009 DN01 |
| 02 23 2009 | | TEXT | SUMMONS NONSERVED ON UKWN SPOUSE OF NOE JA VALDES |
| 02 23 2009 | | TEXT | SUMMONS NONSERVED ON UKWN TENANT #2 |
| 02 19 2009 | 26757 / 3667 Pages 1 | LIS PENDENS | BK 26757 PG 3667 |
| 02 17 2009 | | CIVIL COVER | |
| 02 17 2009 | | COMPLAINT | |
| 02 17 2009 | | SUMMONS ISSUED | DN01 DN02 |

Civil Search Home | Civil Court Information | Email | Login
Home | Privacy Statement | Disclaimer | Contact Us | About Us
2009 Clerk of the Court. All Rights reserved



SC141755

http: www2.miami-dadeclerk.com/civil/Search.aspx                    10 27/2010

## Table of Contents

1.  Cover Letter
2.  Diversity of Citizenship
3.  Gold Fringed Flag
4.  Reid vs. Covert
5.  Reid vs. Covert Commentary
6.  Judge Yourselves
7.  Proper Jurisdiction
8.  Brief on Promissory Notes
9.  Florida Statutes on Common Law Trusts
10. A Common Law Trust Organization
11. Trusts
12. Memorandum of Law
13. Land Patents
14. Bylaws of a Trust
15. Highlights
16. Jurisdiction III
17. Writ of Error
18. Topics within
19. Prayer
20. Exhibit A- Walker Todd
21. Exhibit B- Todd Ellis
22. Exhibit C- Docket
23. Table of Contents
24. We are not expert
25. Service List

We are not an expert in the law; however, I know right from wrong. If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make any effort to amend my ways. I hereby and herein reserve the right to amend and make amendments to this document as necessary in order that the truth may as curtained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this affidavit, please advise me in written affidavit form within the allotted time (21 days) from receipt hereof providing me with your counter affidavit by all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this affidavit statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declaration herein being established as fact as a matter of law. May the will of our heavenly father through the power and authority of the blood of his Son be done on earth as this is in Heaven.

Service to the agent is service to the principle; service to the principle is service to the agent, further sayeth affiant to the principle is service to the agent. Further sayeth affiant not.

Date:  09/18/2010

Noelia E. Valdes

Jacob Franz: Dyck Trustee of Hagen Trust

237

Noelia E. Valdes
11901 SW 45 St.
Miami, Florida 33175

Jacob-Franz:Dyck
3876 SW 112 Avenue #137
Miami, Florida 33165

### Service List

Certified that a True copy of the foregoing was delivered to the parties:

1.  Central Mortgage Company
    801 John Barrow Road, Suite 1
    Little Rock, AR 72205

2.  American Brokers Conduit
    520 Broadhollow Road
    Melville, NY 11747

3.  Maxine Cohen Lando, Circuit Judge
    73 West Flagler Street
    Miami, FL 33131

4.  Galina Bovchev
    2901 Stirling Road, Suite 300
    Fort Lauderdale, FL 33312

5.  Ben-Ezra & Katz P.A.
    2901 Stirling Road, Suite 300
    Fort Lauderdale, FL 33312

6.  Deutsche Bank
    8742 Lucent Blvd. Suite 300
    Highlands Ranch, CO 80129

7.  American Home Mortgage
    PO Box 13922
    Durham, NC 27709-3922

8.  Beacon Financial Mortgage Bankers
    8726 NW 26 St., Suite 24
    Miami, FL 33172

9.  Jerald Bagley, Circuit Judge
    73 West Flagler St.
    Miami, FL 33131

10. Robert J. Nemrow, Esq.
    8201 Peters Road, Suite 3000
    Plantation, FL 33334

11. Kahane & Associates, P.A.
    8201 Peters Road, Suite 3000
    Plantation, FL 33324

12. Mortgage Electronic Registration System, Inc.
    3300 SW 34th Avenue, Suite 101
    Ocala, FL  34474

13. Florida Bar Association
    651 E. Jefferson St.
    Tallahassee, FL 32399

14. Harvey Rubin, Clerk of the Circuit Court
    73 West Flagler St.
    Miami, FL 33131

15. Deputy Clerk, Clerk of the Circuit Court Denisse Baum 32955
    73 West Flagler St.
    Miami, FL 33131

16. Miami Dade Sheriff's Office
    140 West Flagler St., Suite 800
    Miami, FL 33131

17. John Doe 1-5 and

18. Jane Doe 1-5